Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
ENTERED

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

### Civil Division

OCT 1 5 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:                              DEPUTY

sade renee el sui juris
in proper persona
all rights reserved UCC1-207 UCC 1-308

2:21-cv-01910-APG-DJA

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ✔ Yes   ' No _____

-v-

CHILD FAMILY SERVICES LAS VEGAS,
STEVEN B. WOLFSON,
STEPHANIE A. CHARTER,
ADRIANA RINCON WHITE,
JOE LOMBARDO,
LAS VEGAS METROPOLITAN POLICY ENFORCERS,
S. GUERRA #18286
P. ANDERSON # 16266
NICHOLAS EASON, MICHELLE PELINO, TISHA EVANS,
PAYAL PATEL, NICK PETAS, BELINDA T. HARRIS
EIGHTH JUDICAL FAMILY COURT LAS VEGAS,
SHALONDA ADAMS, BETH ROSENBLUM

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

# COMPLAINT FOR A CIVIL CASE

**1.    The Parties to This Complaint A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Name | sade renee el |
| Street Address | c/o 5370 east craig road unit 2173 |
| City and County | las vegas, clark county |
| State and Zip Code | Nevada Republic [89115] |
| Telephone Number | (415) 684-2289 |
| E-mail Address | sade.kellogg@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | STEPHANIE A. CHARTER |
| Job or Title *(if known)* Street | (acting as)(JUDGE) EIGHTH JUDICAL FAMILY COURT |
| Address | 601 pecos road |
| City and County | las vegas, clark county |
| State and Zip Code | Nevada Republic, [89115] |
| Telephone Number | (702) 455-0032 |
| EMAIL Address *(if known)* | dept1lc@clarkcountycourts.us |

Defendant No. 2

| | |
|---|---|
| Name | STEVEN B. WOLFSON |
| Job or Title *(if known)* Street | (acting as)(clark county district attorney) |
| Address | 601 north pecos road suite 470 |
| City and County | las vegas, clark county |
| State and Zip Code | Nevada Republic [89101] |
| Telephone Number | (702) 280-7715 |
| EMAIL Address *(if known)* | UNKNOWN |

Defendant No. 3

| | |
|---|---|
| Name | STEPHANIE RICHER |
| Job or Title *(if known)* Street | (acting as)(chief deputy attorney) |
| Address | 601 north pecos road suite 470 |
| City and County | las vegas, clark county |
| State and Zip Code | Nevada Republic, [89101] |
| Telephone | (702) 280-7715 |
| EMAIL | UNKNOWN |

PLEASE SEE ATTACHMENT #1 ADDITIONAL DEFENDANTS

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 4

| | |
|---|---|
| Name | EIGHTH JUDICIAL FAMILY COURT LAS VEGAS |
| Job or Title *(if known)* Street | BUSINESS/CORPORATION |
| Address | 601 North Pecos road |
| City and County | las vegas, clark county |
| State and Zip Code | Nevada Republic [89106] |
| Telephone Number | UNKNOWN |
| E-mail Address *(if known)* | UNKNOWN |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

✔ Federal question          ✔ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question   Please see ATTACHMENT #2

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. • Treaty of Peace and Friendship of 1789 and 1836 between the Moroccan Empire and United States • Common Law • Supreme Court Rulings • Constitution of the United States of America 1789 Article 3 Section 1 and 2 • Constitution of the United States of America 1789 Article 6 • The Constitution of the State of Nevada Article 1, section 1,3,5,8,16,17,18, 19, 20.

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

a.  If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the

State of *(name)* _____.

b.  If the plaintiff is a corporation

The plaintiff, *(name)*       , is incorporated under the laws of the State of

_____ *(name)*, and has its

principal place of business in the State of *(name)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The plaintiff, *(name)*   , is incorporated under the laws of the State of

_____ *(name)*  , and has its

principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

      The _____ defendant,

      *(name)* , is _____ a citizen of the

      State of _____ . *(name)*  . Or is

      a citizen of

      *(foreign nation)*

   b.   If the defendant is a corporation

      The defendant, *(name)* _____ , is incorporated under

      the laws of the State of *(name)* _____ , and has its

      principal place of business in the State of *(name)* _____ .

      Or is incorporated under the laws of *(foreign nation)* _____ ,

      and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

**III.**   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see ATTACHMENT #3

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Please see Attachment #4*

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff        _____

Printed Name of Plaintiff   _____

### B.   For Attorneys

Date of signing: _____

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Defendant No.5

Name: <u>S Guerra #18286</u>

Job or Title (If Known): <u>(acting as)( Policy Enforcer Las Vegas Metropolitian Police Department)</u>

Street Address: <u>400 south martin luther king boulevard</u>

City and County: <u>las vegas, clark county</u>

State and Zip Code <u>Nevada Republic [89106]</u>

Telephone Number (If Known) <u>(702) 828-2294</u>


Defendant No.6

Name: <u>P. ANDERSON #16266</u>

Job or Title (If Known): <u>(acting as)( Policy Enforcer Las Vegas Metropolitian Police Department)</u>

Street Address: <u>400 south martin luther king boulevard</u>

City and County: <u>las vegas, clark county</u>

State and Zip Code: <u>Nevada Republic [89106]</u>

Telephone Number (If Known) : <u>(702) 828-2294</u>


Defendant No.7

Name: <u>ADRIANA RINCON WHITE</u>

Job or Title (If Known): <u>(acting as) (Magistrate Eighth Judicial Family Court Las Vegas)</u>

Street Address: <u>601 north pecos road</u>

City and County: <u>las vegas, clark county</u>

State and Zip Code: <u>Nevada Republic [89115]</u>

Telephone Number (If Known) : <u>unknown</u>

14

Defendant No.8

Name: BELINDA T.HARRIS

Job or Title (If Known): (acting as) (Magistrate Eighth Judicial Family Court Las Vegas)

Street Address:  601 north pecos road

City and County: las vegas, clark county

State and Zip Code:  Nevada Republic [89115]

Telephone Number (If Known) : unknown


Defendant No.9

Name: NICHOLAS EASON

Job or Title (If Known): (acting as) (case worker child family services las vegas)

Street Address:  601 north pecos road

City and County: las vegas, clark county

State and Zip Code:  Nevada Republic [89115]

Telephone Number (If Known) : (702) 455-2028

Email :          Nicholas.eason@clarkcountynv.gov


Defendant No.10

Name: MICHELLE PELINO

Job or Title (If Known): (acting as) (case worker child family services las vegas)

Street Address:  601 north pecos road

City and County: las vegas, clark county

State and Zip Code:  Nevada Republic [89115]

Telephone Number (If Known) : (702) 455-8062

Email :          michelle.pelino@clarkccountynv.gov

2/4

Defendant No.14

Name: JOE LOMBARDO

Job or Title (If Known): (acting as) (las vegas Sheriff)

Street Address: 400 south martin luther king boulevard

City and County: las vegas, clark county

State and Zip Code: Nevada Republic [89106]

Telephone Number (If Known) : (702) 828-3111


Defendant No.15

Name: BETH ROSENBLUM

Job or Title (If Known): (acting as) (clark county public defender)

Street Address: 1291 galleria drive suite 230

City and County: Henderson

State and Zip Code: Nevada Republic [89014]

Telephone Number (If Known) : unknown


Defendant No.16

Name: NICK PETAS

Job or Title (If Known): (acting as) (non-profit children's attorney)

Street Address: unknown

City and County: las vegas, clark county

State and Zip Code: Nevada Republic [89115]

Telephone Number (If Known) : unknown

Email :        npetsas@lacsn.org

Defendant No.11

Name: TISHA EVANS

Job or Title (If Known): (acting as) (case worker child family services las vegas)

Street Address: 601 north pecos road

City and County: las vegas, clark county

State and Zip Code: Nevada Republic [89115]

Telephone Number (If Known) : unknown

Email : evanst@clarkcountynv.gov


Defendant No.12

Name: SHALONDA ADAMS

Job or Title (If Known): (acting as) (case worker child family services las vegas)

Street Address: 601 north pecos road

City and County: las vegas, clark county

State and Zip Code: Nevada Republic [89115]

Telephone Number (If Known) : (702) 455-5739

Email : Shalonda.adams@clarkcountynv.gov


Defendant No.13

Name: PAYA PATEL

Job or Title (If Known): (acting as) (clark county district attorney)

Street Address: 601 north pecos road suite 470

City and County: las vegas, clark county

State and Zip Code: Nevada Republic [89115]

Telephone Number (If Known) : unknown

Email: paya.patel@clarkcounty.org

II.

   A.  If the Basis for Jurisdiction is a Federal Question (continued)

18 U.S. Code § 242.Deprivation of rights under color of law
18 U.S. Code § 241.Conspiracy against rights
18 USC §1001 – STATEMENTS OR ENTRIES GENERALLY
18 USC §1512B - ENGAGES IN MISLEADING CONDUCT
26 USC §7214 - OFFENSES BY OFFICERS AND EMPLOYEES OF THE UNITED STATES
42 USC §1985 (3) COUNTS - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS
18 USC §3571 (5) COUNTS  - VIOLATION OF OATH OF OFFICE
18 USC §3571 DENIEDPROPER WARRANT(S), DENIED RIGHT OF RESONABLE ARGUMENTS
(RECORDS)
18 USC §3571 DENIED RIGHT TO TRUTH IN EVIDENCE
18 USC §3571 SLAVERY FORCED COMPLIANCE NO CONTRACT
18 USC §3571 TREASON
18 USC §1091 GENOCIDE
18 USC §876  MAIL THREATS
18 USC §1001 FRAUD
18 USC §1001 FALSIFICATION OF DOCUMENTS
18 USC §1621 PERJURY
18 USC §1963 RACKETEERING (Criminal)
18 USC §1964 RACKETERRING (Civil)
Declaration of 1959 Rights of a Child Principal 3 and Principal 9
Bill of Rights Amendment 1, Amendment 4, Amendment 5
Universal Declaration of Human Rights Articles 7,10,11,12,15,23,24,25,31,33,37
Canon Rule 1-1-1.3; Canon Rule 2 1-2.10; Canon Rule 3. 9-3.11

1/1

## STATEMENT OF CLAIM

1   On June 28, 2020 I was kidnapped by Las Vegas Metro Policy Enforcers Badge

2   #18286 S.Guerra and Partner P.Anderson #16266 and Partner Badge #16266


3   As I was sitting in my car stopped in a public parking lot I was harassed and under

4   threat and duress was forced out the vessel and forced to submit to 2 field sobriety

5   tests.  My offspring Ase Divine El was in the backseat of the vehicle sleep. As A

6   Moorish American National both policy enforcers violated my human, common r

7   Rights demanding I

8   comply.  While taking the field sobriety test, I noticed the policy enforcers who

9   tried to hide

10  his information on the charge report going through my vessel which is an invasion of

11  privacy. I was then handcuffed like an animal and both policy enforcers began to take
    of my

12  cloths as they verbally assaulted and degraded me as a living being.  As the policy
    enforcers

13  manhandled me into the car, I demanded them not to leave because no one was there I

14  could speak to about my offspring Ase Divine El (all right reserved). The policy
    enforcers

15  began again to verbally abuse me and left the scene leaving my offspring Ase Divine

16  El (all rights reserved) alone and vulnerable to kidnapping, rape, child abduction,

17  child abuse, genocide and slavery and many other harmful acts. The policy enforcers
    also left

18  all of my belongings in the vessel/vehicle including my car/house keys, iPhone 11,

19  my wallet, diaper bag, my Dell PC laptop with the windows rolled down and door

20  unlocked again in a public parking lot.

21  Once I arrived to Las Vegas Police Department I was refused any phone calls for over

1/5

22  14 hours to check on the care, wealth, and wellbeing of my offspring Ase Divine El

23  (all rights reserved). I was originally told that I was arrested/kidnapped for a DUI. As

24  a Moorish American National I do not drive I only travel. Once I received my

25  paperwork while in custody/kidnapped the charge report stated 1 count DUI 1st

26  (handwritten in Alcohol & Drugs) 484C.110 and 1 count Allow Child Abuse/Neglect

27  Endanger, (1) 200.508.2B. The Las Vegas Metro Police has falsified documents and

28  still refuse to provide to me a copy of body camera footage which I have requested
    several times.

29  On June 28,2020 Clark County of Department of Family Services issued a

30  Notification of Protective Custody Hearing. Please note I was been held hostage as a
    14th amendment slave being denationalized in captivity

31  at the time and no one from Clark County Family Services contacted any of my

32  emergency contacts. The department also did not attempt to communicate with me

33  the divine creator of Ase Divine El (all rights reserved) regarding the protective

34  custody hearing.

35  On June 30, 2020 I was released from my kidnapping with Las Vegas Metropolitan

36  Police approximately 4:00am. When I was released, I did not have any shoes or any

37  Bottoms (just white panties) because the police stripped me of all my cloths and left a

38  ll my belongings in my vessel including my offspring.  The only thing I had on my

39  property release was some jewelry and the police falsified the report because I was

40  wearing the entire time in custody my under garment which was a pink sports bra and

41  white panties which were not shorts. They also falsified and lied stating I was unable

42  to initially sign for my belongings during the booking process.

43  On June 30, 2020 I used the phone of a female who also just released from

2/5

44  kidnapping and contacted Family Services Las Vegas. The Report on June 28, 2020

45  listed ROBIN FRANKLIN as the Case Manager. My call was transferred by an

46  operator to a NICHOLAS EASON CHILD FAMILY SERVICES  and he explained

47  to me he is now the case

48  manager. I immediately explained to NICHOLAS EASON he has no jurisdiction over

49  me and my persons. I explained to him I am a Moorish American National I am

50  protected by the Treaty of Peace and Friendship, no one has jurisdiction over free

51  national living beings and  my offspring is not a corporation of

52  the United States I never signed a Birth Certificate it is against my religion and

53  beliefs she has the rights of indigenous children. Her birth entry was entered in a
    family bible

54   I explained to him myself and my

55  offspring are living beings and if anyone brings charges against me, I request their

56  status and delegation on authority order. NICHOLAS EASON seemed to not

57  comprehend and stated he wanted to help get my daughter back in my care he just

58  needed to ask a few questions. Under threat and coercion, I explained to NICHOLAS

59  EASON how I am a wonderful caring protective mother who would never harm or

60  injure my offspring. I explained to NICHOLAS EASON me answering his question is

61  a violation of my privacy and continued to demand the immediate return of my

62  offspring.  NICHOLAS EASON continued to move forward and stated there would

63  be a court hearing July 1, 2020.

64  July 1,2020 sometime between 9am-11am I made a special appearance via phone to

65  court. NICHOLAS EASON falsified his report and listed the name of the young lady

3/5

66  who's phone I was using as a relative. NICHOLAS EASON made no attempt to reach

67  out to any family members for emergency placement of my daughter. During my

68  special apperance I Immediately asked for the hearing master's status and delegation

69  of authority number. She refused to provide the information and continued with

70  fraudulent procedures and practice law from the bench. I continued to explain to her

71  that I am a Moorish American National and my offspring Ase Divine El (all rights

72  reserved) does not fall into Nevada's state codes and statues because no one has

73  jurisdiction over us, we are free living beings we are soverign. The hearing master

74  then made the determination which violates the constitution because she is bound by

75  oath to honor all treaties coherent to the constitution. She committed Treason by

76  placing my daughter in foster care with limited supervised visits.

77  I have filed with the clerk of court over 30 documents that have not been rebutted,

78  disputed or answered. As stated on several affidavits failure to respond is admittance

79  of fraud, treason, human trafficking and genocide to my family.

80  Child Family Services Las Vegas has forced me to have supervised visits with my

81  Offspring for only 2hours a week. They are denying bonding time between mother

82  And child. This has brought unreasonable stress, and inhumane mental torture.

83  My daughter is being molested by strangers having to unveilher naked body and

84  Having numerous different strangers wipe her vagina. Nicholas Eason, Michelle

85  Pelino, Tisha Evans,  Shalonda Adams, Paya Patel, Nick Petas, Belinda T.Harris,

86  Adriana Rincon White, Beth Rosenblum have all conspired together to traffic

87  My child and have not witnessed or even have witness testimony of abuse/ neglect

88  Occurring. The culprits at hand are running a RICO scheme. They all work together

4/5

89 And have many conflicts of interest. Beth Rosenblum has a private law firm located

90 The same building as the child visitation center. NickPetas non profit organization is

91 Same store front with Child Family Services Las Vegas. Adriana Rincon White

92 Has a law private practice while working for Eighth Judicial Family Court as she

93 Also lost the race Nevada Governor raising over $250,000 in funds for campaigning.

94 Belinda T Harris gave authorization for my child to be vaccinated despite the

95 Numerous affidavits sent and filed with clerk of court which has brought tremendous

96 Pain, and health  inflictions. As stated  we are herbalist it is against our religion and

97 Culture to take vaccinations.

98 Joe Lombardo has received I hand delivered to Secretary Mason, on or around

99 10.19.2020 where he was ordered to release the body. Also E Filed with clerk

100 Of court. Joe Lombardo is apart

101 Of the genocide and slavery and racketeering to my child and I.

5/5

# IV. RELIEF

**1)**    Defendant <ADRIANA RINCON WHITE> is being sued for 60,000,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money. She has committed slavery to my family.

**2)**    Defendant <CHILD FAMILY SERVICES> is being sued for $100,000,000 for compensatory damages and $75,000 for punitive damages in ITS official capacity payable in lawful money. They have trafficked my child and are currently holding her hostage for profit.

**3)**    Defendant <STEPHANIE A.CHARTER> is being sued for $50,000,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money. She continues to break her oath of office while trafficking children and committing my family to involuntary servitude.

**4)**    Defendant <STEVEN B.WOLFSON> is being sued for $1,000,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful money. He has filed false documents and claims against me defrauding my character ,causing me trauma and life long mental suffering, damage  he has caused to my family is inhumane.

**5)**   Defendant <JOE LOMBARDO> is being sued for 100,000,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful money. He has ignored all my documents, I also hand delivered a 35money order for him to do administration work. He has violated his oath and caused emotional and physical pain, stress and emotional frustrations which has caused harm to my health and my daughters health.

**6)**    Defendant <SHALONDA ADAMS> is being sued for $3,000,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful money. She continues to hold my daughter hostage and deny bonding time.

**7)**   Defendant <S.GUERRA #18286> is being sued for $5,000,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

**8)**    Defendant <P.ANDERSON #16266> is being sued for $50,000,000 for compensatory damages and $75,000 for  punitive damages in her official and private capacity payable in lawful money. He initially arrested/kidnapped me without due process which caused this kidnapping. He took my daughters diaper off and molested her.

**9)**    Defendant <NICK PETAS> is being sued for $5,000,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money. He has caused emotional damages and has defamed my character with third party hearsay.

**10)**   Defendant <PAYAL PATEL> is being sued for $5,000,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money. He has continued to participate in the genocide to my family which has caused much irreversible trauma.

**11)**    Defendant <MICHELLE PELINO> is being sued for $10,000,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money. She continues to

defame my character and deny bonding time with mother and daughter causing slavery and emotional trauma and stress.

12)     Defendant <NICHOLAS EASON > is being sued for $15,000,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money. He has defamed my character attempting to assassinate my family causing life long trauma and pain and health difficulties.

13)     Defendant <BETH ROSUMBLUM> is being sued for $1,000,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money. She has witnessed corruption allowing slavery and genocide causing unreversible pain and suffering.

14)     Defendant <EIGHTH JUDICAL COURT LAS VEGAS> is being sued for $10,000,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money. This court has denied my common law human rights forcing me into servitude, running a racketeering RICO scheme.

15)     Defendant <TISHA EVANS> is being sued for $3,000,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful money. She continues to hold my daughter hostage and deny bonding time.

16) Defendant <BELINDA T.HARRIS> is being sued for $3,000,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money. She continues to break her oath of office while trafficking children and committing my family to involuntary servitude.


**Total amount $426,000,000 compensatory damages**

**Total amount $1,140,000 punitive damages**

2/2



# AMERICAN NATIONAL
## IDENTIFICATION CARD

**By: sade**

SEX: F     HAIR: BLK

HGT: 5'7"     WGT: 120 LB

EYES: BRN

**APPELLATION: sade renee el**

**BORN DAY: 07-06-1986**

**SEX: Female/Natural Woman xx/in full life**

**RACE: Human/multi-dimensional/non-**

**NATIONALITY: Moor American**

**NATIONAL DOMICILE: North America**

**MAIL LOCATION: c/o 5370 East Craig Road**

**Apartment 2173**

**Las Vegas, Nevada Republic [89115]**

**All Rights Reserved & Retained**

**Freehold by Birthright; Primogeniture & Inheritance; National**

**People of the Land; Natural Divine Law; Not taxed.**

  

## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

# LEGAL NOTICE!
## NAME DECLARATION, CORRECTION
## PROCLAMATION AND PUBLICATION

**I, Sade Renee El,** being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

I, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, **SADE KELLOGG THARP**, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record. I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am: **Sade Renee El,** 'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE

1. **FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:**
(Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2. **UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:**
Moorish American Credentials:  AA 222141- **TRUTH A-1**

3. **UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State**

4. **UNITED STATES CONSTITUTION:** Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).

5. **RESOLUTION NUMBER SEVENTY-FIVE (75):** Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES).

6. **UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS** [Article Fifteen (15)].

7. **RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.**

**Wherefore, I, Sade Renee El,** being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

**I Am:** *Sade Renee El* 

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION: (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE: Moorish American Credentials: AA 222141- **TRUTH A-1**

3. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State

4. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).

5. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES).

6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

**Wherefore, I, Sade Renee El**, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

I Am: *Sade Renee El*

A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem : Northwest Africa · North America
All Rights Reserved

Witness: *Shey Oshun Bey*

A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa · North America
All Rights Reserved

Witness: *Carneste Nicole Richard Bey*

A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem : Northwest Africa · North America
All Rights Reserved

LN/NCT No. 0001H

PG 1/i
Certified   7020 0090 0002 0599 8498 [ sent to Vital Stats NV & County Clerk NV ]



Electronically Filed 9/16/2021 11:36 AM Steven D. Grierson

**CLERK OF THE COURT**







𝔐oorish 𝔑ational 𝔯epublic 𝔣ederal 𝔊obernment

𝔐oorish 𝔇ibine and 𝔑ational 𝔐obement of the 𝔚orld

𝔑orthwest 𝔄mexem / 𝔑orthwest 𝔄frica / 𝔑orth 𝔄merica / '𝔗he 𝔑orth 𝔊ate'

❧ ~ '𝔗emple of the 𝔐oon and 𝔖un' ~ ☙

❧ ~ 𝔖ocietas 𝔯epublicae 𝔈a 𝔄l 𝔐aurikanos ~ ☙

𝔗he 𝔗rue and 𝔇e jure 𝔑atural 𝔓eoples ~ 𝔥eirs of the 𝔏and

---

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

September 15, 2021

### AFFADAVIT OF FACT
### WRIT OF MOTION TO DISMISS

I HEREBY SWEAR that the statements herein are 'TRUTHFUL, FACTUAL, SWORN TESTIMONY before GOD, as stated:

I sade renee el sui juris attest to a special appearance September 14, 2021. When arriving at acting as FAMILY COURT DIVISION 601 North Pecos Road acting as judge STEPHANIE CHARTER immediately asked if I would like to take this matter to trial. I then replied for the Record "I am here by special appearance, I am sade renee el sui juris and I am here to execute my common law sovereign rights"

Acting as judge STEPHANIE CHARTER started to threaten me from the bench and stated if I do not sit down I would be kicked out. As she spoke over me in a very aggressive matter I stated to the clerk of court I do not submit to jurisdiction. I am a free living being not lost at sea.

I then looked directly at the acting as judge STEPHANIE CHARTER and stated the following:

I wish to make a statement.
Please, tell me this - is this a court? Thank you.

Is this a court of record? ***STEPHANIE CHARTER DID NOT ANSWER***
Are you a judge? ***STEPHANIE CHARTER DID NOT ANSWER***

I then stated to the acting as clerk ofcourt: NAME UNKNOWN

For the record, wish to report a felony. I wish to report to the court that

You are guilty of Depriving a free Woman, Sovereign rights under common law.

- By obstructing justice with bias and prejudice to protect yourself, the EIGHTH JUDICIAL FAMILY COURT LAS VEGAS and fellow bar members from criminal exposure.
- By failing to protect a child while being kept in unlawful NEVADA incarceration, criminally abusing, aiding and abetting child sexual abuse and conspiring with other child family service Las Vegas agents and authorities to destroy my daughter and my family
- By conducting a court of unknown Unconstitutional jurisdiction, using Statutes against a free living being using unconstitutional statutes to deprive me of my unalienable rights . You cannot regulate a human being.

I then directly looked at the acting as bailiff  NAME UNKNOWN and stated for the record:

- You have witnessed Treason in open court under the Constitution of the US concurring treason, you have no choice you must remove her from the bench.
- You do have handcuffs, don't you? He did not answer.
- Do you refuse? He did not answer.

I stated For the record:

- Title 18, Section 4, US Code, is MISPRISON OF FELONY - as the bailiff, you are now as guilty".

The acting as bailiff began to walk forcefully towards me with aggression and violated my rights as he molested my belongings touching me and my documents and purse. Acting as judge STEPHANIE CHARTER stated I needed to be removed from the room and did not disclose to me on what basis.

As I was manhandled out of the room acting as Marshall DEREK SCOTT #502 witnessed and is also a party of treason and violation of his oath of office for witnessing deprivation of rights and not upholding his oath to the general rule, and participating in human trafficking.

I also stated the following UCC code violations, but take note not limited to:

- 18 USC §241 - CONSPIRACY AGAINST RIGHTS:
- 18 USC §242 - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW •         18 USC §1512B
  - ENGAGES IN MISLEADING CONDUCT:
- 18 USC §2071 - CONCEALMENT, REMOVAL, OR MUTILATION GENERALLY
- 42 USC §1985(3) - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS
- Title IV E of the social security act

Please also note:

"Officers of the court have no immunity, when violating a constitutional right, from liability. For they are deemed to know the Law." " Owen V Independence, 100 S Ct 1398

"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never passed." Norton v Shelby County, 118 US 425

"Due course of law, this phrase is synonymous with "due process of law" or "law of the land" and means law in its regular course of administration through courts of justice." - Kansas Pac. Ry. Co. v. Dunmeyer 19 KAN 542

"A parent's right to the custody of his or her children is an element of "liberty" guaranteed by the 5th amendment of the United States Constitution." Metter of Gentery 369 NW 2d 889, MI (1983)

"The rights of parents to the care, custody and nurture of their children is of such character that it cannot be denied without violating those fundaments\al principles of liberty and justice which lie at the base of all our civil and political institutions, and such right is a fundamental right protected by this amendment (First) and Amendments 5th and 9th Amendment" Doe V Irwin, 441 F Supp 1247; U.S. DC of Michigan (1985)

"Parents interest in custody of her children is a liberty interest which has received considerable constitutional protection, a parent who is deprived of custody of his or her child, even though temporarily, suffers thereby grievous loss and such loss deserves extensive due process protection." In the interest of Cooper, 621 P 2d 437; 5 Kansas App Division 2d 584 (1980)

"No bond is more precious and none should be more zealously protected by the law as the common bond between parent and child" Carson V Elrod, 411 F Supp 6445, 549 DC VA (1976)

I again have remedy for this matter. Return my offspring immediately.

If you do not respond and rebut to this affidavit in three (3) business days this affidavit will stand as proof to admittance of fraud, treason, conspiracy, genocide to my family, denied due process, human trafficking a minor, common law violations, oath and affirmation violations and intentionally depriving me of fundamental rights and liberties guaranteed by the Constitution to be free from excessive government intervention and criminal Nevada State abuse.

Please not there is no contract between sade renee el and EIGHTH JUDICAL FAMILY COURT and or CHILD FAMILY SERVICES LAS VEGAS. If any contract does exist it is null and void.

In closing I Demand the immediate return of my property.

THIS IS NOT A COURT OF LAW, NO CONSTITUTION, ONLY A KANGAROO COURT - A TRIBUNAL FOR THE DCSF/ CFS - I WILL IMMEDIATELY APPEAL INTO THE UNITED STATES SUPREME COURT ANY THING YOU DO BEYOND THIS POINT, AND WILL PROSECUTE YOU TO THE FULLEST EXTENT OF THE LAW.
AS GOD IS MY WITNESS THIS CORRUPTION STOPS NOW.

sade renee el sui juris
ucc 1 207 ucc 1 308
authorized representative, ex rel.
SADE KELLOGG THARP;
All Rights Reserved

Electronically Filed 9/16/2021 11:36 AM Steven D. Grierson

CLERK OF THE COURT







𝕸oorish 𝕹ational 𝕽epublic 𝕱ederal 𝕲obernment

𝕸oorish 𝕯ibine and 𝕹ational 𝕸obement of the 𝖂orld

𝕹orthwest 𝕬mexem / 𝕹orthwest 𝕬frica / 𝕹orth 𝕬merica / 'The 𝕹orth 𝕲ate'

❧ ~ 'Temple of the 𝕸oon and 𝕾un' ~ ❦

❧ ~ 𝕾ocietas 𝕽epublicae 𝕰a 𝕬l 𝕸aurikanos ~ ❦

The 𝕿rue and 𝕯e jure 𝕹atural 𝕻eoples ~ 𝕳eirs of the 𝕷and

---

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

FAMILY COURT FOR STATE OF NEVADA FOR THE DISTRICT OF LAS VEGAS NEVADA

RESPONDENTS REQUEST FOR PRODUCTION OF DOCUMENTS

Natural Mother, Jus Sanguinis, Sade Renee El, hereby DEMAND that District Attorney Stephen Wolfson and Stephanie Ritcher to produce and permit Sade Renee El, Respondent, to inspect and copy the documents designated below, within thirty days from the date of service of these requests for production of documents.

**<u>Second Request For Production of Documents:</u>**

1.  Produce the Documents, memoranda, reports, bulletins, or newsletters created or circulated by Defendant Las Vegas Nevada and Hospitals Corporation pertaining to it's

administrative policy for Cultural Awareness/ sensitivity training, organizational and/or training governing physicians related to the claims or subject-matter in this action.

2. Produce the documents, memorandum, bulletins, notes, letters, training manuals, guidebooks containing policy and/or directives guidance or procedures for caseworkers that implement Department Of Children and Family Services, Clark County Nevada's obligation to "keep biological families together" and emphasis on preventive services.

3. Produce the Documents relating to Children and Family Services, Clark County Nevada's administrative policy for training, organizational and/or Cultural Awareness policy regarding Moorish American /Indigenous daughters and sons.

4. Documents relating to Children and Family Services, Clark County Nevada's corporate compliance or risk management policies and/or procedures relative to any of the claims in this action.

5. Documents that were prepared, received, maintained, or sent by Children and Family Services, Clark County Nevada's or any of its agents, concerning the claims, and/or subject matter of this litigation, including but not limited to correspondence, reports, investigative reports, memoranda etc.

6. All documents referred to, reviewed, examined, or relied on by Children and Family Services, Clark County Nevada's or its agents.

1. All documents that Children and Family Services, Clark County Nevada provided to any entity, person, agents, contractors, government agency, relating to Respondent or her heir Ase Divine El, known to Court as ASE DIVINE KELLOGG THARP

2. All documents relating to complaints, reports, oral transmittal reports, written reports,

Nevada concerning the claims or subject matter of this litigation, including supporting, supplemental, or related documents and responses that Individual Defendants received.

3. All documents, emails, reports, diaries, transcripts, and notes prepared or written by Children and Family Services, Clark County Nevada.

4. All documents concerning any administrative or Family Court proceeding, including but not limited to, transcripts, orders, petitions, involving Respondent and her heir Ase Divine El

5. All subpoenas served on any individual or entity concerning this litigation.

6. All documents received in response to the subpoenas described above.

7. All documents relating to meetings and minutes, recording of meetings, whether oral, written, or recorded, made by Children and Family Services, Clark County Nevada and/or its agents concerning the claims or subject matter of this litigation.

8. The documents relating to insurance coverage or bonding of Children and Family Services, Clark County Nevada and/or its agents, to insure against claims of injury. Pursuant to rule 26(a)1(A)(iv), state whether there are any insurance agreements including excess policies under which any insurance business, person or firm may be liable to satisfy part or all of a judgment.

9. All documents relating to employment status, position and contractual status of Children and Family Services, Clark County Nevada and/or its agents and witnesses involved in these hearings.

10. All documents relating to complaints, reports, oral transmittal reports, written reports, requests for action or investigation, made by Children and Family Services, Clark County Nevada and/or its agents concerning the claims or subject matter of this litigation.

11. All documents relating to charts, or readings obtained by electronic measuring devices, "breathalyzer" tabular or graphic data used in relation to any claim or subject-matter of this action.

Children and Family Services, Clark County Nevada and/or its principal.

sade renee el sui juris
ucc 1 207 ucc 1 308
authorized representative, ex rel.
SADE KELLOGG THARP;
All Rights Reserved






Electronically Filed
8/11/2021 3:24 PM
Steven D. Grierson
CLERK OF






### Moorish National Republic Federal Government

### Moorish Divine and National Movement of the World

### Northwest Amexem / Northwest Africa / North America / 'The North Gate'

#### ～ 'Temple of the Moon and Sun' ～

#### ～ Societas Republicae Ea Al Maurikanos ～

### The True and De jure Natural Peoples ～ Heirs of the Land

---

## AFFADAVIT OF FACT PETION TO DENY MOTION

## DEMAND FOR IMMEDIATE RELEASE OF PROPERTY

1.
2. sade renee el ( all right reserved) in proper persona sui juris
3. Ex relatione nom de guerre SADE KELLOGG THARP
4. c/o 5370 East Craig Road 2173
5. Las Vegas Nevada Republic [89115]
6. (415) 684-2289

7.　　　　　　　EIGHTH JUDICIAL DISTRICT COURT (acting as)
8.　　　　　　　　　　　FAMILY DIVISION
9.　　　　　　　CLARK COUNTY, NEVADA REPUBLIC

10. In the Matter of the Parental Rights as to　　　　　) #-J-20-351056P1
11. ase divine el in proper persona (all rights reserved)　) Department Y
NOM DEGUERRE 14th Amendment Denationalized Defacto Strawman　) Courtroom 14
ASE DIVINE KELLOGG-THARP. ASE˙ KELLOGG-THARP　　　　　)

7020 2450 0000 0248 0129

NOTICE THIS DOCUMENT WAS WRITTEN AND CREATED JULY 15, 2021 ( see affidavit of verification ) THIS DOCUMENT WAS E FILED WITH THE CLERK OF COURT STEVE

12. GIERSON  JULY 20,2021. PLEASE SEND PROOF WHEN DOCUMENT WAS SENT

13. CERTIFIED MAIL. THIS DOCUMENT WAS HAND DELIVERED TO PETITIONER

14. AUGUST 8, 2021.

15.              ## DENIED MOTION TO TERMINATE PARENTAL RIGHTS

16. ACTING AS/UNDER color of law, the **CLARK COUNTY DEPARTMENT** of Family Services

17. ("Department"), by and through acting as Clark County District Attorney's Office, by and through

18. acting as **STEVEN B.WOLFSON**. and acting as Chief Deputy District Attorney

19. **STEPHANIE RICHTER** do not have the authority, jurisdiction or the God Given right to terminate Parental Rights

20. of Natural Divine Creator sade renee el.

21. ///

1.              ## DENIED MEMORANDUM OF POINTS AND AUTHORITIES

2. 1. Actions can only be governed by the people as stated in **THE CONSTITUTION OF THE STATE OF NEVADA** see Article 1 Section 20. Nevada Revised Statues, Chapter 432B and 128

3. has no authority and is without mercy. Justice without mercy is Godless. and therefore repugnant to the

4. United States Constitution. **Eighth Judicial District Court** has kidnapped the minor and has not proven for the record jurisdiction.

5. 2. In proper persona ase divine el .Nom Deguerre Strawman ASE DIVINE KELLOGG THARP

6. ASE KELLOGG THARP was born August 8, 2019 during a home birth. The order to create the  US Corporation birth certificate bond

7. at California Republic is denied due to ase divine el a natural living being has a Moorish Live

8. Record of Birth and a Living Family Holy Bible Live Birth Record. Those documents have been notarized and witnessed and sent via certified mail Vital Statistic California and e filed with **STEVE GIERSON** acting as Clerk of Court Nevada.

J12

9. 3. Ase a Moor American  is currently being denationalized as a 14th amendment subject and held hostage and captive by a defacto foster home which is unlawfully licensed

10. by the department where she was forcibly placed by the department.

11. Ase, Mother and  "we the people" has never, waived any rights, signed any contracts, given consent

12. permission or authority to the Juvenile Court to adjudicate or exercise jurisdiction over any matters

13. pertaining to our life, property, persons, security and liberty. A "Writ of Error and Default Judgment on top of numerous affidavits including a writ of habaes corpus

14.was Efiled with acting as clerk of court **STEVE GIERSON** and sent via certified mail.

15. The department is in violation of ...  full faith and credit...

16.  Divine creator sade renee el in proper persona nom de guerre **SADE KELLOGG THARP** all rights reserved

17. 4th amendment

18. 4th amendment

19. 4th amendment

20. 4th amendment

21. 4th amendment


1.  Divine creator sade renee el in proper persona has no need to establish or prove to any corporations maternity

2. Job 41:11: "Whatsoever is under the whole heaven is mine." Ezekiel 18:4: "Behold, all souls are mine; as the soul of the father, so also the soul of the son is mine." Exodus 19:5: "Now therefore, if ye will obey my voice indeed, and keep my covenant, then ye shall be a peculiar treasure unto me above all people: for all the earth is mine." Psalms 50:12: "If I were hungry, I would not tell thee: for the world is mine, and the fullness thereof." Proverbs 8:14: "Counsel is mine. and sound wisdom: I am understanding; I have strength.

3. 5. Acting as the "Department" as mother previously stated she had a sperm donor for conception.

4. She reserves her rights at all times

5. 4th amendment

6. 4th amendment

7. 6. The movant of this motion has continued to deny friends and family by way of consanguinity to take

8. guardianship and provide home to ase divine el. Mother has proof of several attempts to get her offspring with friends and family.

CONSPIRACY AGAINST RIGHTS—USC 18 §241 If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State in the free exercise or enjoyment of any right, they shall be fined under this title or imprisoned not more than ten years, or both.

9.    7. ase divine el is a Moor American. She is protected by Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire.

10. "A state cannot refuse to give foreign nationals their treaty rights because of fear that valid

11. international agreements may possibly not work completely to the satisfaction of state authorities. 1

12. Under the supremacy clause of the United States Constitution Art. VI, clause 2, state policies as to the rights of aliens to inherit must give way to overriding federal treaties and conflicting arrangements."

*Kolovrat v. Oregon, 366 U. S. 187, 194, 81 S.Ct. 922 (1961)*, which the Supreme Court of the United States decided the following.

13. The United Nations Declaration on the Rights of Indigenous Children avers the following:

Article 6 Every indigenous individual has the right to a nationality

14.                                    **DENIED FACTUAL BACKGROUND**

15. Where as (Hoke vs. Henderson.15. N.C.15.25 AM Dec 677) stated in a supreme court case ruling

16. "…That statutes which would deprive a citizen of the rights of person or property without a regular trial. according to the course and usage of common law, would not be the law of the land."

17. 10. **FALSIFIED COMMENCEMENT OF CASE**: Please provide for the record and on the record the party in

18. which had a concern of the mother alleged alcohol abuse. For the record please provide evidence and

19. proof of mother being arrested for DUI April 21.2020. The Department continues to falsify documents go

20. off 3rd party hearsay and lie on reports with no proof or evidence or sworn affidavits supporting their

21. claims and is again charged with Treason. Conspiracy and Genocide. The court and its acting members have no jurisdiction over free living beings.

Hear, O Israel: The Lord our God is one Lord: And thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy mind, and with all thy strength: this is the first commandment. And the second is like, namely this, Thou shalt love thy neighbor as thyself. There is none other commandment greater than these" (Mark 12:29-31).

1. 11. **DENIED CASE PLAN**

2. Ase Divine El is presently being held hostage as prize and deprived of her liberty under

3. color of state law within purview of the plausible 14th Amendment, contrary to and in

4. violation of the supreme Law of the Land under Article VI, clause 2 of the Constitution

5. for the United States Republic of North America.

6. "...The right to be let alone—the most comprehensive of rights and the right most valued by civilized men. To protect that right, every unjustifiable intrusion by the government upon the privacy of the individual, whatever the means employed, must be deemed a violation of the Fourth Amendment." (Olmstead v. U.S., 277 U.S. 438, 478, 1928)

7. 12. <u>DENIED TRIAL HOME VISIT</u>  **THE CONSTITUTION OF THE STATE OF NEVADA**

8. Article One Sec. 18. **Unreasonable seizure and search; issuance of warrants.**  The right of the people to be secure in their persons, houses, papers and effects against unreasonable seizures and searches shall not be violated; and no warrant shall issue but on probable cause, supported by Oath or Affirmation, particularly describing the place or places to be searched, and the person or persons, and thing or things to be seized.

9. 13. <u>**BABY PRISON CAMP**</u>: ase is currently being held hostage by

10. a hybrid European who is not familiar with mothers religions, heritage and customs.

11. ase is currently going through separation anxiety as she is being denied bonding time with her natural mother

"No state shall convert a liberty into a license, and charge a fee therefore." (Murdock v.

Pennsylvania, 319 U.S. 105)

12. sade renee el all rights reserved sui juris in proper persona is demanding the  immediate release and return of her offspring ase divine el.

13. DFS has continued to commit fraud and holding the child hostage from divine creator touch, reach and

14. sight. CONSPIRACY TO INTERFERE—USC 42 §1985 If two or more persons in any State or Territory

15. conspire for the purpose of depriving, either directly or indirectly any persons rights the party so

16. injured or deprived may have an action for the recovery of damages against any one or more of the

17. conspirators.

18. The court and its members have no authority or jurisdiction to adopt a permanency plan to terminate

19. god given rights.

20. MALACHI 3:8 "Will a man rob God?

21. ///

b/12

1.NO LEGAL AUTHORITY

2. the court and its members have not proven any evidence, witnesses, affidavits or anything similar to such

3. regards to prove and attest these statements are true and factual. This court which is not of record is acting

4.color which has not been given to them authority or consent.

5."Courts not of record are those of inferior dignity. which have no power to fine or imprison, and in which the 6. proceedings are not enrolled or recorded." 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, 7.C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. 8. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

9. Luke 11:52 Woe unto you, lawyers! for ye have taken away the key of knowledge: ye entered not in yourselves. and them that were entering in ye hindered.

10. THE BEST INTEREST OF ase divine el a living being in proper persona is to be with her divine creator sade 11. renee el. The immediate return of property is demanded. John 8:36 If the Son therefore shall make you 12.free. ye shall be free indeed.

13. sade renee el, a Moor American indigenous to this land have the rights to life, physical and mental 14.integrity. liberty and security of person. Indigenous peoples have the collective right to live in freedom, 15.peace and security as distinct peoples and shall not be subjected to any act of genocide or any other act of 16.violence, including forcibly removing children of the group to another group. Indigenous peoples and 17.individuals have the right not to be subjected to forced assimilation or destruction of their culture. 18.Indigenous peoples and individuals have the right to belong to an indigenous community or nation, in 19.accordance with the traditions and customs of the community or nation concerned. No discrimination of 20.any kind may arise from the exercise of such a right.

21. "The state cannot diminish rights of the people." - Hurtado v. People of the State of California, 110 U.S. 516.

1. CONSPIRACY TO INTERFERE—USC 42 §1985 If two or more persons in any State or Territory conspire for the 2.purpose of depriving, either directly or indirectly any persons rights the party so injured or deprived may 3.have an action for the recovery of damages against any one or more of the conspirators. "Where rights 4.secured by the Constitution are involved, there can be no rule making or legislation which would abrogate 5.them." - Miranda v. Arizona, 384 US 436, 491.

6. "...the right to be let alone the most comprehensive of rights and the right most valued by civilized men. To 7.protect that right, every unjustifiable intrusion by the government upon the privacy of the individual, 8.whatever the means employed, must be deemed a violation of the Fourth Amendment." - Olmstead v. U.S., 9.277 U.S. 438, 478 (1928).

10. Bill of Rights AMENDMENT X The powers not delegated to the United States by the Constitution, nor 11.prohibited by it to the States, ARE RESERVED TO THE STATES RESPECTIVELY, OR TO THE PEOPLE.

12. This agency has no authority to make a ruling or a judgment on People (sade renee el) without the Peoples 13.consent. "every man is independent of all laws, except those prescribed by nature. He is not bound by any 14.institutions formed by his fellowman without his consent." [Cruden v. Neale].

15. common law is the law of the land

16.<u>NEGLECT HAS NEVER BEEN PROVEN</u>. CFS and its agents have denied due process.

17. "If any statement, within any law, which is passed is unconstitutional, the whole law is unconstitutional." – 18.Marbury v. Madison: 5 US 137 (1803). Therefore, ... "that statutes which would deprive a citizen of the 19.rights of person or property without a regular trial, according to the course and usage of common law, 20.would not be the law of the land." - Hoke vs. Henderson,15, N.C.15,25 AM Dec 677.

21. If it does exist Please provide for the record where mother has been CONVICTED of a DUI related to this case of alleged child abuse.

1. Produce for the record any physical marks, scars or witness sworn affidavits to attest to ase alleged child abuse and neglect.

2. Produce for the record sworn affidavits or visible evidence the child was neglected from shelter

3. Produce for the record a mental health evaluation whereas the child suffered from trauma.

4. Produce for the record how the child in care of mother was deprived financially.

5. **CLAIM NOT PROVEN**

6. Produce for the record the mothers excessive alcohol usage

7. Produce for the record your evidence that proves sade is a unfit parent.

8. Where do you get your authority from. Is there a contract between sade renee el in proper persona and or 9.SADE RENEE EL nom de guerre ? if so produce for the record

10. no man shall be deprived of his property without being heard in his own defense. - [Kinney V. Beverly, 2 11.Hen. & M(VA) 381, 336].

12. legislators cannot legislate the behavior of the people.

13. "The common law is the real law, the Supreme Law of the land, the code, rules, regulations, policy and statutes are not the law", -- Self v. Rhay, 61 Wn (2d) 261.

14. Amendment V: "No person shall be held to answer for a capital, or otherwise infamous crime, unless on a 15.presentment or indictment of a Grand Jury."

16. sade renee el is demanding the immediate return of her offspring and this case to be immediately dismissed based on lack of evidence no proof of claim, hearsay and defamation.

17. CFS and its members have no authority and jurisdiction over free national living beings.

18. We hold these truths to be self-evident, that all men are created equal, that they are endowed by their 19.Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of

9|12

Happiness. 20.That to secure these rights. Governments are instituted among Men, deriving their just powers from the 21.consent of the governed.

1. US Constitution Article VI: This Constitution. and the laws of the United States which shall be made in 2.pursuance thereof; and all treaties made. or which shall be made. under the authority of the United States. 3.shall be the supreme law of the land; and the judges in every state shall be bound thereby. anything in the 4.Constitution or laws of any State to the contrary notwithstanding.

5. ase is in best care with her mother

6. ase has shown behavioral issues previous zoom chats due to her lacking the bonding with her divine 7.creator sade renee el

8. CFS is at fault for committing treason and genocide

9. CFS continues to deny Gods law which is the law of the land

10. NO CONTRACT EVERY EXISTED. Produce for the record when mother accepted any case plan. Produce for 11.the record the signature of mother September 21, 2020.

12. 42 USC §1985(3) - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: Depriving persons of rights or 13.privileges: If two or more persons in any State or Territory conspire or go in disguise on the highway or on 14.the premises of another. for the purpose of depriving. either directly or indirectly. any person or class of 15.persons of the equal protection of the laws. or of equal privileges and immunities under the laws: or for the 16.purpose of preventing or hindering the constituted authorities of any State or Territory from giving or 17.securing to all persons within such State or Territory the equal protection of the laws; or if two or more 18.persons conspire to prevent by force, intimidation. or threat. any citizen who is lawfully entitled to vote, 19.from giving his support or advocacy in a legal manner. toward or in favor of the election of any lawfully 20.qualified person as an elector for President or Vice President. or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section. if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy. whereby another is injured in his person or property. or deprived of having and exercising any right or privilege of a citizen of the United States,

the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

21. ASE IS AT RISK OF INJURY IN FOSTER HOME during zoom meetings ase displayed behavioral issue with mother throwing food , excessive crying, obvious sadness in body language. Foster home also has several large canines that put ase at high risk due to family history.

1. The court agents and agencies and members have no consent

2. sade renee el is demanding the immediate return of her property

3. sade renee el is demanding the immediate dismissal of this case due to lack of proof of evidence

4. the court and its members have not provided proof of injury

5. In order for a crime to exist there must be a injured party

6. 18 USC §1512B - ENGAGES IN MISLEADING CONDUCT: (b) Whoever knowingly uses intimidation, threatens, 7.or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward 8.another person, with intent to - (1) influence, delay, or prevent the testimony of any person in an official 9.proceeding; (2) cause or induce any person to - (A) withhold testimony, or withhold a record, document, or 10.other object, from an official proceeding; (B) alter, destroy, mutilate, or conceal an object with intent to 11.impair the object's integrity or availability for use in an official proceeding; (C) evade legal process 12.summoning that person to appear as a witness, or to produce a record, document, or other object, in an 13.official proceeding; or (D) be absent from an official proceeding to which such person has been summoned 14.by legal process; or (3) hinder, delay, or prevent the communication to a law enforcement officer or judge 15.of the United States of information relating to the commission or possible commission of a Federal offense 16.or a violation of conditions of probation [1] supervised release,. [1] parole, or release pending judicial 17.proceedings; shall be fined under this title or imprisoned not more than 20 years, or both.

18. sade renee el has filed with clerk of court several affidavits that have not been rebutted

19. please produce for the record where you derive your authority over free national living beings

11/12

20.///

21.///

1.**Hagans v Lavine 415 U.S. 533.**, There is no discretion to ignore lack of jurisdiction. **Joyce v U.S. 474 2d 215;** The law 2.provides that once State and Federal jurisdiction have been challenged, it must be proven. **Main v Thiboutot 100. S. Ct 3.2501 (1980);** " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must 4.be decided". **Basso v Utah Power and Light Co. 495 F.2d 906,910.**

### 5. YOU ARE ORDERED TO IMMEDIATELY RETURN THE PROPERTY

**6. Due to proven fraud it is ordered that you immediately release and return ase divine el to her divine creator sade 7.renee el.** "Sovereignty itself is, of course, not subject to law, for it is the author and source of law." (Yick 8.Wo v. Hopkins, 118 US 356, 370).

9. Gal 5:13-14 For, brethren, ye have been called unto liberty; only use not liberty for an occasion to the 10.flesh, but by love serve one another. For all the law is fulfilled in one word, even in this; Thou shalt love 11.thy neighbor as thyself.

12. sade renee el is the divine creator the mother of ase divine el and she is  endowed with unalienable 13.rights among  those are life liberty and the pursuit of happiness.

IT IS ORDERED.

X _Sade renee el  el rights reserv_
Sade Renee El
IN PROPER PERSONA
SUI JURIS

12.12

15 USC 1681(b)(2)

| U.S. Office of Personnel Management Guide to Personnel Data Standards | **ETHNICITY AND RACE IDENTIFICATION** (Please read the Privacy Act Statement and instructions before completing) |
|---|---|

| Name (Last, First, Middle Initial) | Social Security Number | Birthdate (Month and Year) |
|---|---|---|
| El, ASE Divine | | August 2019 |

Agency Use Only

**Privacy Act Statement**

Ethnicity and race information is requested under the authority of 42 U.S.C. Section 2000e-16 and in compliance with the Office of Management and Budget's 1997 Revisions to the Standards for the Classification of Federal Data on Race and Ethnicity. Providing this information is voluntary and has no impact on your employment status, but in the instance of missing information, your employing agency will attempt to identify your race and ethnicity by visual observation.

This information is used as necessary to plan for equal employment opportunity throughout the Federal government. It is also used by the U. S. Office of Personnel Management or employing agency maintaining the records to locate individuals for personnel research or survey response and in the production of summary descriptive statistics and analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies.

Social Security Number (SSN) is requested under the authority of Executive Order 9397, which requires SSN be used for the purpose of uniform, orderly administration of personnel records. Providing this information is voluntary and failure to do so will have no effect on your employment status. If SSN is not provided, however, other agency sources may be used to obtain it.

**Specific Instructions**: The two questions below are designed to identify your ethnicity and race. **Regardless of your answer to question 1, go to question 2.**

**Question 1. Are You Hispanic or Latino?** (A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race.)
☐ Yes  ☐ No

**Question 2.** Please select the racial category or categories with which you most closely identify by placing an "X" in the appropriate box. Check as many as apply.

| RACIAL CATEGORY (Check as many as apply) | DEFINITION OF CATEGORY |
|---|---|
| ☐ American Indian or Alaska Native | A person having origins in any of the original peoples of North and South America (including Central America), and who maintains tribal affiliation or community attachment. |
| ☐ Asian | A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam. |
| ☐ Black or African American | A person having origins in any of the black racial groups of Africa. |
| ☐ Native Hawaiian or Other Pacific Islander | A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands. |
| ☐ White | A person having origins in any of the original peoples of Europe, the Middle East, or North Africa. |
| ☒ OTHER | |

MOOR AMERICAN / INDIGENIOUS / ██████ / ABORIGINAL

Standard Form 181
Revised August 2005
Previous editions not usable

42 U.S.C. Section 2000e-16

NSN 7540-01-099-3446

| U.S. Office of Personnel Management Guide to Personnel Data Standards | **ETHNICITY AND RACE IDENTIFICATION** (Please read the Privacy Act Statement and instructions before completing |
|---|---|

| Name (Last, First, Middle Initial) | Social Security Number | Birthdate (Month and Year) |
|---|---|---|
| El, Sade Renee | | July 1986 |

**Agency Use Only**

**Privacy Act Statement**

Ethnicity and race information is requested under the authority of 42 U.S.C. Section 2000e-16 and in compliance with the Office of Management and Budget's 1997 Revisions to the Standards for the Classification of Federal Data on Race and Ethnicity. Providing this information is voluntary and has no impact on your employment status, but in the instance of missing information, your employing agency will attempt to identify your race and ethnicity by visual observation.

This information is used as necessary to plan for equal employment opportunity throughout the Federal government. It is also used by the U. S. Office of Personnel Management or employing agency maintaining the records to locate individuals for personnel research or survey response and in the production of summary descriptive statistics and analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies.

Social Security Number (SSN) is requested under the authority of Executive Order 9397, which requires SSN be used for the purpose of uniform, orderly administration of personnel records. Providing this information is voluntary and failure to do so will have no effect on your employment status. If SSN is not provided, however, other agency sources may be used to obtain it.

**Specific Instructions:** The two questions below are designed to identify your ethnicity and race. **Regardless of your answer to question 1, go to question 2.**

**Question 1.  Are You Hispanic or Latino?** (A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race.)
☐ Yes    ☒ No

**Question 2.   Please select the racial category or categories with which you most closely identify by placing an "X" in the appropriate box. Check as many as apply.**

| RACIAL CATEGORY (Check as many as apply) | DEFINITION OF CATEGORY |
|---|---|
| ☐ American Indian or Alaska Native | A person having origins in any of the original peoples of North and South America (including Central America), and who maintains tribal affiliation or community attachment. |
| ☐ Asian | A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam. |
| ☐ Black or African American | A person having origins in any of the black racial groups of Africa. |
| ☐ Native Hawaiian or Other Pacific Islander | A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands. |
| ☐ White   ☒ OTHER | A person having origins in any of the original peoples of Europe, the Middle East, or North Africa. |

→ MOOR AMERICAN / INDIGENIOUS / ▮▮▮▮ / ABORIGINAL

Standard Form 181
Revised August 2005
Previous editions not usable

42 U.S.C. Section 2000e-16

NSN 7540-01-099-3446



m?: 2450 0000 0248 0129

PCON
Your Appellant Name: ___Sade renee el___
Address: C/O 5370 East Craig Road #2173
City, State, Zip: Las Vegas, Nevada Republic
Phone: (415) 684-2289
Email: Sade.Kellogg@gmail.com
Self-Represented Petitioner

## DISTRICT COURT
## CLARK COUNTY, NEVADA

In the Matter of the Application of:

KELLOGG THARP
SADE RENEE
_____

(*print the old name you do not want anymore*)

For Change of Name. Sade Renee El

CASE NO.: # J-20-351056P1

DEPT: _____

## PETITION FOR ADULT NAME CHANGE

Petitioner respectfully states as follows:

1. Petitioner was born on (*date of birth*) __July 6. 1986__ in (*city*)
   __San Francisco__, (*state*) __California__.

2. Petitioner has resided in Clark County, Nevada since (*date*) __02/01/2019__ and
   intends to live in Clark County, Nevada indefinitely.

3. Petitioner's current legal name is: (*clearly print the **old name** you do not want anymore*)

   _____Sade_____          _____Renee_____          _Kellogg-Tharp_
       (*first*)                (*middle*)                (*last*)

Petitioner wishes to take a different name. The new name Petitioner would like to take is:

(*clearly print the **name you want to be known by in the future**)

   _____Sade_____          _____Renee_____          _____El_____
       (*first*)                (*middle*)                (*last*)

* You are responsible for knowing the law about your case. For more information on the law, this form, and free classes, visit www.familylawselfhelpcenter.org or the Family Law Self Help Center at 601 N. Pecos Road. To find an attorney, call the State Bar of Nevada at (702) 382-0504.

4. Petitioner wishes to assume the new name because: (☒ *check one*)

☐ I want to change my name to conform to my gender identity. ☒ Other: (explain why you want to change your name)

Because everyone has the right to name and nationality.

5. (☒ *check one*)

☒ I have never been convicted of a felony.

☐ I have been convicted of a felony.   The details of my convictions are (*list all felony convictions, including the offense, date of conviction, and the county/state*):

*If you have a felony conviction, a complete set of fingerprints taken in the manner described by the Department of Public Safety must be provided at the time you file this petition.*

6. Petitioner is not requesting this name change to defraud creditors or for some other fraudulent reason.

Petitioner requests that the court enter an order changing Petitioner's name to (*print the new name you want to assume*) Sade Renee El

and for such other relief as the Court finds to be just and proper.

DATED this (*day*) 11 day of (*month*) September , 20 21 .

Submitted By: (*your signature*) ▸ All all rights reserved /s/

(*print your name*) Sade renee el

Page 2 of 3 - Petition for Adult Name Change

## VERIFICATION

Under penalties of perjury, I declare that I am the Petitioner in the above-entitled action; that I have read the foregoing Petition and know the contents thereof; that the pleading is true of my own knowledge, except for those matters therein contained stated upon information and belief, and that as to those matters, I believe them to be true.

**I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.**

DATED this (*day*) 11 day of (*month*) September , 20 21 :

Submitted By: (*your signature*) ▸ All all rights reserved /s/

(*print your name*) Sade renee el

Nevada NOTARIZATION

State: Nevada republic

County: Clark

On the ___11___ day of ___August___ before me personally appeared the above signatory, Sade Renee El. I am a Notary Public in and for Clark County and the above signatory, Sade Renee El, is personally known to me or proved to me on the basis of satisfactory evidence to be the one whose appellation is signed herein and acknowledged that he/she/they executed the same.

WITNESS my hand and official seal:

Seal:

JESSICA GONZALEZ
Notary Public, State of Nevada
No. 19-2506-1
My Appt. Exp. May 23, 2023

State of Nevada
County of Clark.
This document was acknowledged before me on August 11, 2021 by Sade Renee El.

_Jessica G_

Please see the attached Affadavit of Fact
Petition to deny Motion. 12/12 pages 1/3 pages
petition to/for adult name change.

Name (printed): _Sade renee El_

Signature: _sade rena el all rights reserved_

Affidavit of Fact

Certificate of Service

This package of documents contain AFFADAVIT OF FACT PETITION TO DENY MOTION
DEMAND FOR IMMEDIATE RETURN OF PROPERTY 12 pages ETHNICITY AND RACE
IDENTIFICATION ase divine el 1 page. ETHNICITY AND RACE IDENTIFICATION sade renee el
1 page PETITION FOR ADULT NAME CHANGE sade renee el 3 pages. 17 pages total .

*All rights reserved.*

C.C:State's Attorney for CLARK COUNTY, Nevada

Nevada Secretary of State

Michael R. Pompeo, United States Secretary of State

William P. Barr, United States Attorney General

Wayne Salzgaber, Director of INTERPOL Washington

Michelle Bachelet Jeria, United Nations High Commissioner for Human Rights

Embassies and Consulates of the International Community and other interested persons

State of Nevada county of Clark

Signed and sworn ( or affirmed) before me on 9/11/2021 by Sade
Renee El. Please see the attached documents Affadavit of Fact
Petition to deny motion for immediate return of poperty 12 pages,
Ethnicity and Race ID. 1 page Petition for adult name change.
on 2 page notorized 17. pages total.



JESSICA GONZALEZ
Notary Public, State of Nevada
No. 19-2506-1
My Appt. Exp. May 23, 2023

7020 2450 0000 0248 0187







Moorish National Republic Federal Government

Moorish Divine and National Movement of the World

Northwest Amexem / Northwest Africa   North America   The North Gate

☞ ~ Temple of the Moon and Sun ~ ☜

☞ ~ Societas Republicae Ea Al Maurikanos ~ ☜

The True and De jure Natural Peoples ~ Heirs of the Land

May 27.2021

CONSULATE

Motion For Birthcertificate
Denial Petition

1. sade renee el (all rights reserved)
2. In proper Persona
3. At Clark County, Nevada Republic
4. Sui Juris status
5. Five Three Seven Zero East Craig Road unit Two One Seven Three
6. Las Vegas Territory ( 415) 684-2289


7.                      DISTRICT COURT
8.      FAMILY DIVISION-JUVENILE CLARK COUNTY NEVADA


9. In the matter of Ase Divine El a Moor  Foreign National (in proper persona) Date of Birth
08/08/2019

10. Ase Divine El (in proper persona) Date of Birth 08.08.2019

11. A child Property of Sade Renee El a Moor  Foreign National

∂ 1/5

CASE NO.J-20-351056-P1 DEPARTMENT: Y
COURTROOM: 14- Judge Charter

12. Natural Mother Name: Sade Renee El all rights reserved known to you as SADE KELLOGG THARP all rights reserved

13.                    MOTION DENIED BY NATURAL
14.          MOTHER TO CREATE A DEFACTO BIRTH CERTIFICATE
15. COMES NOW,  A states jurisdiction  and local Municipality jurisdiction is quasi-national. Moors,
16. aboriginal and indigenous natural peoples matters are National and International.
17. **MICHELLE PELINO, STEVEN B. WOLFSON , STEPHANIE CHARTER** and **STEPHANIE RICHER**
18. do not have jurisdiction over free natural living breathing human beings
19. **MICHELLE PELINO,STEVEN B. WOLFSON, STEPHANIE CHARTER AND STEPHANIE RICHER**
20. have failed to place on record to produce for the record. the physical documented  Delegation of Authority
21. as Proof of Jurisdiction, as required by Law, per Article III. Section 1 of the United States Republic Constitution. In failure Ase Divine El is not a Ward of the Court due to lack of proof

1. In failure Ase Divine El is not a Ward of the Court due to lack of proof of Jurisdiction over a natural free living being
2. This motion again is DENIED by natural Mother Sade Renee El
3. Mother is demanding the immediate return of her child property Ase Divine El
4. Known to you as ASE KELLOGG THARP

5. DATED the 27th day of May 2021 of the Gregorian calendar



sade renee el
ALL RIGHTS RESERVED

In Proper Persona
Sui Juris

## <u>DENIED POINTS DEFACTO COURT HAS NO AUTHORITY OVER NATURAL LIVING BEINGS</u>

1. Ase Divine El a Moor / foreign national is not a corporation but a living being who was not lost at sea and not a 14th Amendment Citizen
2. CFS Las Vegas Kidnapped Ase Divine El June 28,2020
3. and is currently holding her hostage for profit
4. in May ,2020 defacto department stateless person investigator **YVETTE STOKES**
5. was assigned to a fraudulent case involving mother divine creator Sade Renee El a Moor/ Foreign National who is protected by Treaty of Peace and Friendship of 1836
6. Known to you as nom de guerre SADE KELLOGG THARP
7. **YVETTE STOKES** never spoke to mom about a Birth Certificate
8. The conversation only included emergency contact information so the child/property could be with friends or family as mom was getting kidnapped by a "color of authority, color of law" corporation.
9. Divine creator Sade Renee El NEVER spoke to YVETTE STOKES about the delivery off her offspring/property as it was a irrelevant subject
10. Mother never spoke to **YVETTE STOKES** in regards to hospital care as she executed her right to be silent
11. The only conversation that took place between **YVETTE STOKES** and divine Creator Sade Renee El for the record was information for Byron Miles and Colle Tharp to be contacted in regards to mom being kidnapped and a family member or friend to take care of her while mom is getting released.
12. Sade Renee El had her offspring/property at a home at California Republic Territory, she did not birth Ase Divine El at Nevada Republic Territory
13. Please see (Exhibit 1n- Affidavit of Truth/Live Birth
14. For the Record Ase Divine El has a Record of Birth
15. via Family Living Bible and Moorish Birth certificate (see exhibit 2, 3)
16. Sade Renee El is DEMANDING the IMMEDIATE RETURN of her PROPERTY Ase Divine El known to you as ASE KELLOGG THARP
17. The court ( which is not a Aritcle III court) again has no jurisdiction to create a birth certificate
18. The UNITED STATES Birth Certificate is a instrument of HUMAN TRAFFICKING
19. The US Birth Ceritificate is administered from a private agency. Any instruments administered from a corporation identifies a person as a corporation or chattel

20. Ase Divine El is a living being and blood run through her veins as her heart beats Record of birth has been created and placed on public record. (see exhibit 4 for certified mail information sent to Vital Statistics California)

## II. CONCLUSION

1. Based on the Falsified Documents, Treason and lack of Jurisdiction Mother Divine Creator is DEMANDING the immediate return of her Property Ase Divine El a Moor American in proper persona nom de guerre ASE KELLOGG THARP.

2. This is an international treaty matter which comes under the jurisdiction of the Consulate of Morocco at the Nevada state republic, and our national Ase Divine El is to be immediately released by such consular jurisdiction per Articles 6 and 20 of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire, which aver the following:

Article 6. (in relevant part) …if any Moor, not a subject of these dominions, shall make prize of any of the citizens of America, or their effects, and bring them into any of the ports of his Majesty, <u>they shall be immediately released</u>, as they will then be considered as under his Majesty's protection.

3. Article 20. If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, <u>the Consul shall decide between the parties,</u> and whenever the Consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

4. in the case Kolovrat v. Oregon, 366 U. S. 187, 194, 81 S.Ct. 922 (1961), which the Supreme Court of the United States stated the following:

5. *"A state cannot refuse to give foreign nationals their treaty rights because of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities. Under the supremacy clause of the United States Constitution Art. VI, clause 2, state policies…must give way to overriding federal treaties and conflicting arrangements.".*

6. DATED THE 27TH OF MAY GREGORIAN CALENDER

**"Solomon ordered the child to be divided between them. The false mother agreed, the True Mother said "No". Solomon gave the child to the true mother**
**-The Key of Solomon**

**THE COURT AND ITS MEMBERS AND PETIONERS HAVE NOT PROVIDED Sade Renee El with proper due process afforded by Treaty and Constitution.**

I Sade Renee El all rights reserved I am demanding the immediate return of my property with all charges dropped and for Judges, Hearing Masters. ACTORS. Agents. Members of the Bar Association and their non profits to cease and desist all prosecution and harassing letters.

All Rights Reserved
So...
In proper persona

PG 5/5



Mr. Elmo Tharp
30 Esquina Dr
San Francisco, CA 94134

*Presented to*

Elmo Tharp
30 Esquina Dr
San Francisco CA   94134

1-Septel
'5-15-21

*By*



Elmo Tharp
30 Esquina Dr
San Francisco CA 94134

*On the occasion of*

Elmo Tharp
30 Esquina Dr
San Francisco CA 94134

Exhibit 3

Lord is my shepherd...
He maketh me to lie down...
he leadeth me beside the...
restoreth my soul: he lead...
paths of righteousness for...
...a, though I walk through the...
the shadow of death, I will fear...
for thou art with me; thy rod...
thy staff they comfort me...
...ou preparest a table before me in the
presence of mine enemies; thou...
my head with oil; my cup runneth...
...rely goodness and mercy shall foll...
all the days of my life: and I will d...
the house of the Lord for ever.

Elmo Tharp
30 Esquina Dr



Married 64 years

X Evelyn Jewel Tharp (Burk)
Shreport Louisiana (Born)
• June 19, 1925 (Born)
January 16, 2017 (sunset)
San Francisco, CA

X Elmo Tharp
Shreport Louisiana (Born)
March 28, 1925 (Born)
August 24, 2015 (sunset)
San Francisco, CA

Yvonne
X Renee Tharp

Evelyn → ERK
Ollie Tharp → Verna
Burk

X Andre Tharp
Shreport Louisiana (Born)
October 13, 1945
April 5, 1999
Vallejo, CA

San Francisco
10/10/1955 → w/D4/2007

Sie m...
4

Laurea — Daria - Breunna

**NOTES**

Steve
Kellogg
New York, NY

Sade Renee
7/6/1986 San Francisco, CA
— Ase Divine
8/6/2019 San Francisco CA

EXHIBIT 3

7020 2450 0000 0245 1686





# THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.

*Northwest Amexem , Northwest Africa , North America.*

### 'The North Gate'.

Societas Republicae Ea Al Maurikanos.

Aboriginal and Indigenous Natural Peoples of the Land.

**The true and de jure Al Moroccans / Americans**

## Affidavit of Truth/ Live Birth

05/27/2021

**Vital Statistics**
1501 Capitol Ave #71
Sacramento, California Republic (95811)

I Sade Renee El attest to the fact I had a home birth at California Territory. I am the Divine Creator Mother of Ase Divine El who I birthed in California. For the record she was born August 8,2020 at 4:00am in California.

This is a certificate of Live birth.

Sade Renee El, Ex-Relatione SADE K. THARP.
Authorized Representative
Flesh and Blood Being. In Propria Persona Juris



**(7)**

# Moorish Science Temple of America

## Record of Live Birth

Let it be known by all men that at  4:00 A.M on August 8, 2019
of the Gregorian Calendar, occurred the live birth /nativity of Ase Divine El a
female child, at San Francisco, at the territory and/or adjoining island of California/
Calafia in Al Moroc/Amexum (America).

WHEREFORE the below signed witnesses do attest to and verify all claim to this live
birth/ nativity by this parent.

Mother: Sade Renee El  by her union ₓ *Sade renee el (all rights reserved)*

_____                          _____
Child's left foot print                                        Child's right foot print

Witness 1: _____              Witness2: _____

CONSULATE

FURTHER AFFIANT SAYETH NOT.

_____
Affiant: Sade Renee Blackmure
Consulate of Morocco, Nevada republic
All Rights Reserved.

Nevada: NOTARIZATION

State: Nevada republic

County: Clark

On the **28th** day of **May 2021**_____ , before me personally appeared the above signatory, <u>Sade Renee El</u>. I am a Notary Public in and for Clark County and the above signatory, <u>Sade Renee El</u>, is personally known to me or proved to me on the basis of satisfactory evidence to be the one whose appellation is signed herein, and acknowledged that he/she/they executed the same. enclosed "Motion for Birth Certificate Petition 5 pages, "Affidavit of Truth/ Live Birth" "Moorish American Birth Certificate" "Living Bible Live Birth" 3 pages " Vital Statistics affidavit of live birth"  and " Averment of Jurisdiction STEPHANIE RICHTER" 12 PAGES IN TOTAL

WITNESS my hand and official seal:

Seal:



**JESSICA GONZALEZ**
Notary Public, State of Nevada
No. 19-2506-1
My Appt. Exp. May 23, 2023

Name (printed): Jessica Gonzalez

Signature: Jessica Gonzalez

My commission expires: May 23, 2023

**Human Trafficking Child Abduction 6/28/2020 (Ase Divine El) kidnapped by CFS Las Vegas**



| | |
|---|---|
| **Purpose:** | **NOTICE TO PUBLIC CFS Illegal abduction of my daughter Ase Divine El** |
| **REASON:** | **Improper Removal – NO abuse or Neglect ever occurred.** |
| **Request:** | **To IMMEDIATEDLY return my daughter "home" and case dismissed** |
| **Investigation Request:** | **I request a FULL CFS INVESTIGATION** |

02/10/2021

**Purpose:**

Greetings, I want to share with you how my daughter and I was victimized by CFS and how we became targets by a "biased" Social worker. I want to start out by saying there never was any abuse or neglect. While currently living through this nightmarish ordeal I have been compelled to find out all I could about this agency. My daughter has been kidnapped since 6/28/2020. My independent investigation has been taken place over the course of 9 months; putting in 16 hour long days, 7 days a week. After calling CFS hundreds of times, reviewing thousands of videos, speaking with many other mothers, and investigating those who work within the CFS realm I have come to know that this agency is in fact corrupt. They are holding my child hostage for profit. I hope that through my own experiences and knowledge of others I can share with the people what families and children are subjected to and how they are forced to needlessly suffer at the hands of CFS. It is because of these reasons that I have become proactive and more than ever determined to help reform this system that destroys many lives.

Some States are applying the "family friendly" techniques with great success. However, the practices of CFS in Las Vegas leave a lot to be desired. This agency should be monitored and I feel they should be immediately investigated and audited. I have reason to believe they are embezzling Funds for there seems to be a conspiracy within this agency. I have seen some things that are of suspicious nature. It is apparent that this agency is operated solely on a profit level basis. I feel ASFA (Adoption Safe Families Act) is the reason this and many other agencies are corrupt. This law sealed the fate for these children for they are now a "commodity" due to the quotas and the sale of children has become rampant. Taking children away from their homes has indeed become a very profitable business for CFS.

**Human Trafficking Child Abduction 6/28/2020 (Ase Divine El) kidnapped by CFS Las Vegas**

## Summary:

My first and only child ase divine el was unnecessarily abducted and is currently getting traumatized by CFS in Las Vegas. This began with a "biased" social worker named Nicholas Eason who created False allegations and Falsified the Report. Without any proof Nicholas Eason lied and said my 11 month daughter suffered from harmful behavior that was terrorizing, degrading, painful, emotional, traumatic and continued to lie defaming my character saying I did not provide care, custody, control and shelter. Again these are all lies. I have stayed in my current apartment for almost 2 years now, I have my own automobile, my daughter has her own Instagram page where I would take daily pictures of her, I was also breast feeding. Without any proof of child neglect the magistrate Adriana Rincon White for Las Vegas Eighth Judicial Family Division ( who is in Conspiracy with Doctors, Therapists, and Attorneys) found me guilty of abusing my 11 month old daughter. I was not given a fair and proper trial no jury was present. Please note I never and would never abuse my child, again they have no evidence of abuse i.e. bruises, scratches, marks, witnesses seeing abuse.

## About me:

I am a Solo Mother. I self-delivered my baby at home. I had a lotus birth so she came into the world naturally. I have never signed a birth certificate making her a ward of the state. I am a personal trainer by trade, but before having my daughter I worked as a office manager for several fortune 500 companies in downtown San Francisco. I also used to coach children's basketball, volleyball, tennis and soccer for over 8 years . I am currently an entrepreneur I write children's books and study Common Law, Natures Law, Treaty Law, and Constitutional and Human Rights. My biggest job is being a mother and I enjoy staying at home taking care of my baby, laughing joking reading and teaching her love. Because my daughter was abducted it has been rough keeping a steady income because I have to continue to fight getting her back and that is my biggest focus and determination. I have been a "stay at home" mother since my daughter was born. I am hard working and I do not drink. I haven't dated in years because my main focus is my daughter and my business. I do not have a criminal background (besides traffic violations) there is no history of abuse or neglect or mental problems. I am an Intellectual, a researcher, humanitarian, and I study civics. Nothing in my background would warrant this removal.

## Our life BEFORE CPS:

We had a happy life. My daughter was even a bit "spoiled". Her "Instagram" page even states this fact. My daughter was always laughing and smiling. She loved to take pictures and make baby talk. She studied daily on YouTube videos "teach babies Spanish, Mandarin and Swahili". She is a vegetarian so I would mix organic fruits and veggies in with her diet. She have never needed any medical treatment because I am her doctor and with the lotus birth she developed a strong immune system. I would read and sing to her daily. She enjoyed watching me workout and loved to listen to soul music and would dance with me. I have provided well for my daughter she has never lacked or needed or wanted anything I could not attain. I've never complained. I have always taken care of all my daughter's needs. Basically there is **nothing** I could have done that would justify CFS removing my daughter. CFS is supposed to step in when families have done wrong and need help.

2|5

  



### Moorish National Republic Federal Government

Moorish Divine and National Movement of the World

Northwest Amexem / Northwest Africa / North America / 'The North Gate'

～ 'Temple of the Moon and Sun' ～

～ Societas Republicae Ea Al Maurikanos ～

The True and De jure Natural Peoples ～ Heirs of the Land

---

## Consulate of Morocco

Nevada state republic

Sade Renee El, Consul

C/o 5370 E Craig Rd 2173, Las Vegas, Nevada Republic

Sade Renee El, aboriginal Moorish American
national and rightful heir of Maghrib Al-Aqsa
Morocco at North America by jus **sanguinis**, in full
life, proper persona, sui juris, authorized rep., ex rel
SADE KELLOGG THARP
C/o 5370 East Craig Road Unit 2173 Las Vegas
Nevada Republic [89115]

**Judgement Lien**
**International Document**

Consular jurisdiction and venue
Established under Treaty Law
Per Art.20 and 21 of the Treaty of
Peace and Friendship 1836 between
United States of North American and Moroccan
Empire; and per Art III. Sec 2 and Art VI, **TRACER FLAG**
Cl.2 of the Constitution
for the United
States of North America.   **A 'SECURITY' [15 USC 78c (10)]**

11 C F C TRACER FLAG

**Complainant/Judgement Creditor**

VS.

Adriana Rincon White (acting as Hearing Master EIGTH
JUDICAL COURT FAMILY DIVISION)
200 Lewis Avenue
Las Vegas, Nevada Republic [89115]

Tim Burch (acting as Administrator CHILD FAMILY
SERVICES LAS VEGAS)
121 South M.L.K Boulevard
Las Vegas Nevada Republic [89106]

Joe Lombardo (Sheriff for CLARK COUNTY, Nevada)
400 South M.L.K Boulevard
Las Vegas, Nevada Republic [89106]

Steve Gierson (acting as CLERK OF COURT LAS
VEGAS)

200 Lewis Avenue
Las Vegas, Nevada Republic [89115]

Nick Petas Bar number 13222
Las Vegas
Nevada Republic
Michelle Pelino / Nichols Eason/ Shalonda Adams/
Tisha Evans (acting as Case Workers for CHILD
FAMILY SERVICES LAS VEGAS)
701 North Pecos Road
Las Vegas, Nevada Republic [89101]

Paya Patel
200 Lewis Avenue
Las Vegas, Nevada Republic [89101]

Nick Petas Bar #13222 Las Vegas
Nevada Republic

Electronically Filed
1/11/2021 2:29 PM
Steven D. Grierson
CLERK OF THE COURT

Judgement Lien

International Document

Notice to Agent is Notice to Principal — Notice to Principal is Notice to Agent

NOTICE OF LIEN OF JUDGMENT is hereby given and a Judgment Lien is hereby taken in favor of Sade Renee El (hereinafter "Lien Creditor") and against the property and assets of Joe Lombardo Sheriff for CLARK COUNTY, Nevada, Adriana Rincon White, (acting as) Hearing Master/ Magistrate for EIGHTH JUDICAL COURT FAMILY DIVISION, Tim Burch acting as Administrator CHILD FAMILY SERVICES LAS VEGAS, Steven B. Wolfson acting District Attorney (hereinafter "Lien Debtors") for default and breach of constitutional and treaty obligations under Article VI, clause 2 of the Constitution for the United States of North America, and under Articles 6 and 20 of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire, by failing to execute the duty in the Writ of Habeas Corpus Ad Subjiciendum — Release Order which was duly served upon the Lien Debtors on December 7, 2020, via United States Postmaster certified mail with return receipts (article numbers: 9405511108036822911121 and 9405511108036822911268 for Joe Lombardo and Tim Burch) for the purpose of enforcing such treaty obligations for the immediate release of our Moorish National being denationalized and forcibly assimilated under the unconstitutional 14' Amendment US. corporate citizenship clause, while being unlawfully held hostage for profit under custody on the information of ASE DIVINE KELLOGG THARP, DOB: 08/08/2019, [Race: Black], at the CLARK COUNTY FAMILY SERVICES located at 701 N Pecos Road, Las Vegas, under the custody of the Lien

Debtor Tim Burch, and there being no answer or cause to the contrary made by any Of the Lien Debtors, it is therefore considered ORDERED AND ADJUDGED that a judgement lien be and the same is hereby entered against the Lien Debtors;

It is further ORDERED AND ADJUDGED that the lien Creditor shall recover from the Lien Debtors the judgment as follows; The immediate dismissal with prejudice of case number: J-20-351056-P1, the immediate release and return of Ase Divine El any other attachments associated thereto for lack of jurisdiction and fraud;

|  | Cost |
|---|---|
| Kidnapping | $10,000,000 |
| Denationalization (under "Black code") | $10,000,000 |
| Human Trafficking | $10,000,000 |
| Deprivation of Rights | $10,000,000 |
| Falsified Documents | $10,000,000 |
| Conspiracy against rights | $50,000,000 |
| Slavery | $10,000,000 |
| Slander | $10,000,000 |
| Treason | $190,000,000 |
| Genocide | $10,000,000 |
| Breach of Treaty and Constitution obligations | $10,000,000 |

<u>Total: S330,00,000.00 in lawful money .9999 fine gold bullion coins or bars</u>

It is further ORDERED AND ADJUDGED that this judgment lien shall extend to and cover all property and all to property, real and personal, corporal and incorporeal, of the lien Debtors and their spouse, their heirs, successors and assigns as long as this judgment lien is not fully satisfied, and the property and to property of the Lien Debtors, shall include, but shall not be limited to, the following: any oaths of office, public surety bonds, lands, hereditaments, common property / community property, intellectual property, commercial property, automobiles, boats, aircrafts, bank accounts, future earnings, wages, and pensions.

It is ORDERED AND ADJUGED the said property of the Lien Debtors may be levy upon at any time by the Lien Creditor or by any consul agent of the Consulate General of Morocco at the Nevada state republic acting on behalf of and in the interest of the Lien Creditor, and such property shall be held as security until this judgment lien is fully satisfied;

It is further ORDERED AND ADJUGED that if this judgment lien is not fully satisfied by the lien Debtors within thirty (30) days from the received date of this judgement lien by Lien

Creditor, Sade Renee El then the Lien Debtors forfeit all of their property unto the Lien Creditor under this judgment lien in accordance with the Amendment, section 12 of the Constitution for the United States of North America, which aver the following:

"The traffic in slaves with Africa is hereby forever prohibited on pain of death and the forfeiture of all rights and property of persons engaged therein, and the descendants of Africans shall not be citizens."

It is ORDERED AND ADJUGED that the collusive action and proceedings taken under color of law within purview of the 149 Amendment by the Lien Debtors in case number J-20-351056-P1 in the records of EIGHTH JUDICAL COURT FAMILY DIVISON (Inc.), including any alleged judgments and orders attached thereto, are unconstitutional, notwithstanding, null and void ab initio, and are unenforceable for lack of jurisdiction and fraud per stare decisis law in the case Elliot v. Peirsol, 26 U.S. 328, 340 (1828), where the Supreme Court of the United States decided the following:

"Courts are constituted by authority and they cannot act beyond the power delegated to them"

They are not voidable, but simply void; and form no bar to a remedy sought in opposition to them, even prior to a reversal. They constitute no satisfaction and all persons executing such judgments, or sentences, are considered, in law, as trespassers, "

This judgement lien may be amended at any time to add any additional relevant person(s) as
   "Lien Debtor"

DONE AND ORDERED Maghrib Al-Aqsâ, North-West North America

I declare and affirm by virtue of Divine law, under the Zodiac Constitution, and the United States Republic Constitution 1791, and upon the honor of my Foremothers and Forefathers that the foregoing Default Judgment and Affidavit is true and correct.

Sade Renee El, Consul [Judicial Officer]

Consulate of
Morocco, Nevada
state Republic
All Rights Reserved.

Cited Authorities:

- Consular jurisdiction and venue under Art. 20 of the Treaty of Peace and Friendship of 1836
(in force 1837) between United States of North America and Moroccan Empire

- Supremacy clause under Art. VI, Cl. 2 of the Constitution for the United States of North America 1791; Diversity of Nationality case under Art. III, sect. 2 Of the Constitution for the United States of North America 1791

- Kolovratv. Oregon, 366 U. S. 187, 194, 81 S.CL 922 (1961) ("A state cannot refuse to give foreign nationals their treaty rights of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities. Under the supremacy clause of the United States Constitution Art. VI, clause 2, state policies must give way to overriding federal treaties and conflicting arrangements.

- First Nat. Bank v. Terry, 103 Cal App. 501, 285 P. 336, 377 ("Full faith and credit" clause of Const. US. Art 4, I, requires that foreign judgment be given such faith and credit as it had by law or of state origin.")

- Sniadach v. Family Finance 395 US. 337349 (1968) ("The ability to place a lien upon a man's property, such as to temporarily deprive him of its beneficial use, without any judicial determination of probable cause dates back not only to medieval England but also to Roman files.")

Nevada NOTARIZATION

State: Nevada republic

County: Clark

On the ‾11ᵗʰ‾ day of ‾January 2021‾ before me personally appeared the above signatory, <u>Sade Renee El</u>. I am a Notary Public in and for Clark County and the above signatory, <u>Sade Renee El</u>, is personally known to me or proved to me on the basis of satisfactory evidence to be the one whose appellation is signed herein and acknowledged that he/she/they executed the same.

WITNESS my hand and official seal:

Seal:



DAWN STOCKMANN
Notary Public, State of Nevada
Appointment No. 19-1752-1
My Appt. Expires Mar 6, 2023

Name (printed): ‾Dawn Stockmann‾

Signature: ‾Dawn St‾

This page was intentionally left blank





Electronically Filed
1/11/2021 2:29 PM
Steven D...
CLERK O...





Moorish National Republic Federal Government

Moorish Divine and National Movement of the World

Northwest Amexem / Northwest Africa / North America / 'The North Gate'

᭙ ~ 'Temple of the Moon and Sun' ~ ᭢

᭙ ~ Societas Republicae Ea Al Maurikanos ~ ᭢

The True and De jure Natural Peoples ~ Heirs of the Land

Consulate of Morocco
Nevada state Republic
Sade Renee El, Consul
C/o 5370 East Craig Road Unit 2173, Las Vegas, Nevada Republic

Re:  Case Number J-20-351056-P1
Affadavit of Fact
Writ of Error

January 11, 2021

Adriana Rincon White (acting as Hearing Master
EIGTH JUDICAL COURT FAMILY DIVISION)
200 Lewis Avenue
Las Vegas, Nevada Republic [89115]

Michelle Pelino (acting as Case Worker CHILD
FAMILY SERVICES LAS VEGAS)
701 North Pecos Road
Las Vegas, Nevada Republic [89101]

Paya Patel
200 Lewis Avenue
Las Vegas, Nevada Republic [89101]

Nick Petas Bar #13222 Las Vegas
Nevada Republic

Aaron Ford (acting as Attorney General)
Grant Sawyer Building
555 E. Washington Avenue. Suite 3900
Las Vegas. NV 89101

Tim Burch (acting as Administrator CHILD
FAMILY SERVICES LAS VEGAS)
121 South M.L.K Boulevard
Las Vegas Nevada Republic [89106]

Steve Gierson (acting as CLERK OF COURT LAS
VEGAS)
200 Lewis Avenue
Las Vegas, Nevada Republic [89115]

## Re: Case Number J-20-351056-P1

For the Record, and Let the Record show, I am a Moorish National Aboriginal, Indigenous Natural Divine Being Manifested in Human Form and not a nom-de-guerre, straw man or any other artificial corporate construct as written in all capital letters as written in the unclean hands of others. I am Sovereign to this land and as such this administrative/judicial court does not have jurisdiction to hear, present, or pass judgement in any matter concerning my affairs under a quasi criminal sanctioned tribunal of foreign private law process.

You must provide substantial and lawful, binding proof that I **consented and granted** you Clark County Department of Family Services, Paya Patel, Michelle Pelino Nick Petas #13222 and the Eighth Judicial District Court Family Division-Juvenile Clark County Nevada Rights over my Child, which supersede mine as a Mother. Being aboriginal and indigenous, I have the 'Individual and Collective Right' to Live in Freedom, Peace and Security as a Distinct People, and a 'Right' to the full guarantees against Genocide or any other 'Acts of Violence', including the **Removal of Indigenous Children From Their Families and Communities Under Any Pretext.** In addition I have the Individual Right to Life, Physical and Mental Integrity, Liberty and Security of Person. See Universal Declaration of the **'Rights Of Indigenous People'; Part II; Article 6.** As well, any state government, Agency, Agent for the Agency Child Family Services Las Vegas, Nicholas Eason, Michelle Pelino, Tim Burch, Shalonda Adams, Adriana Rincon White, CANNOT determine what is best for me or my child:

Failure to produce said delegated authority is proof that the Agency / Court / Tribunal, namely Eighth Judicial Court Family Division and Child Family Services Las Vegas is attempting to bring injury to the people, namely Sade Renee El and Ase Divine El and deprive our liberties and commit human trafficking and genocide upon my family.

**Therefore,** the following questions are placed before this Administration / Court / Tribunal, Clark County Department of Family Services seeking Full Disclosure, of which, MUST be lawfully responded to in kind AND ALL points of Inquiry MUST be answered.

1. Does a contract exist between Sade Renee El and Clark County Department of Family Services bearing my signature?

2. If such contract does exist, produce it for the record.

3. If such a contract exists, provide proof that said contract acts as a waiver of my **Right To Privacy** and to my right to be left alone, which is protected under the 4ᵗ amendment of the American

Constitution FOR the United States of America, wherein my rights are secured and protected from encroachment.

**Substantive Point of Right #1:**

"Waivers of Constitutional Rights, not only must they be voluntary, they must be knowingly intelligent acts done with sufficient awareness." **Brady v. U.S., 397 U.S. 742, 748.**

**Substantive Point of Right #2:**

"Right of privacy is a personal right designed to protect a person from unwanted disclosure of personal information." **CNA Financial Corporation v Local 743, 515 F. Supp.942.**

**Substantive Point of Right #3:**

Under The United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the state does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 123 US 623, 659 – 60:**

4. **Request for Averment of Jurisdiction:** Please produce, for the Record, the Delegation of Authority for Paya Patel, Michelle Pelino, Nick Petas Bar #13222 and the Court Eighth Judicial District Court Family Division-Juvenile Clark County Nevada, pursuant to Article III, Sec.1 and 2 of United States Republic Constitution, of which **all** Courts derive their Judicial Authority, thereby indicating their 'Right of Action' to not only probe, pry, which violates ones' right to privacy; but also their Right of Action to adjudicate over the people, if any exist.

**Further,** I state for the record, I have not entered into, nor do I wish to enter into any contracts knowingly, willingly, intentionally or unintentionally, with Child Family Services Las Vegas and Eighth Judicial District Court Family Division Clark County Nevada Nick Petas #13222 and Paya Patel.

**Whereas,** when no contract exist there is no obligation. In Order for an obligation to exist a contract MUST exist and it must not have adhesions, must be concise and cannot be an unconscionable contract that violates substantive Rights of the People, less it is Void Ab Initio. *and;*

**Whereas,** Any Demand to compel me to act or perform, must be a Lawful demand. *and;*

**Whereas,** this Court is acting under Statutes, which are not Law. Any applicable Law must be produced for the record; no statute(s) can violate the Rights secured by the People in the Supreme Law, the American Constitution FOR the United States of America, established to protect the Rights of the People, of which every state, state constitution, state court, charter, sub-charter, chapter, sub-chapter, association, agency, agent for the agency, entity, corporation, et al, must abide by and cannot abrogate, namely, Adriana Rincon White (Eighth Judicial Court Family Division) and Michelle Pelino (Child Family

Services Clark County) Nick Petas #13222 Paya Patel (District Attorney) (See Article VI of the American Constitution).

## Re: Case Number J-20-351056-P1

### Substantive Point of Right #4:

When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially".  **Thompson v. Smith, 154 SE 583.**

*and;*

**Whereas,** the Tribunal Eighth Judicial District Court Family Division – Juvenile Clark County Nevada, Paya Patel, Michelle Pelino, Nick Petas #13222 is acting outside of its statutory limitations and violating the Laws, committing fraud, genocide, collusion and Treason, which is highly penal, and attempting to enforce under a non existing or Void contract, and / or by statute, giving no validity or jurisdiction to any judgment conferred upon this matter.

### Substantive Point of Right #5:

"If the court is not in the exercise of its general jurisdiction, but of some special statutory jurisdiction, it is as to such proceeding an inferior court, and not aided by presumption in favor of jurisdiction."  **Smith's Leading Cases, 816.**

### Substantive Point of Right #6:

Michelle Pelino wrote a report 12/14/2020 which was never sent or certified via USPS to Natural Mother.

**Therefore,** I am allotting 5 (five) days for a corresponding Affidavit signed by the Respondent under penalty of perjury. Failure to address ALL of the issues raised herein equates in law as to have addressed NONE of them and will serve as a waiver for any claims you are attempting to assert over me and /or my family.

16

I, Sade Renee El do not under any condition or circumstance, by threat, duress or coercion waive any rights unalienable or secured by the Constitution and Treaty, and hereby request this Court fulfill their obligation to preserve the rights of this Petitioner (A Moorish American) and carry out their assumed Judicial Duty in "Good Faith".

All UNCONSTITUTIONAL Citations-Summons/Ticket-Suit/(misrepresented) Bill of Exchange Docket # J-20-351056-P1 and any other "Orders" or "Action" associated with it/them, to be dismissed and expunged for the record on its face and merits.

**I demand the Immediate release of my offspring Ase Divine El.**

**Notice to the Agent is Notice to the Principal—Notice to the Principal is notice to Agent**

COMES NOW

by. _Sade Renee El_ (all Rights Reserved)
Sade Renee El, Sui Juris

Nevada NOTARIZATION

State: Nevada republic

County: Clark

On the ___11th___ day of ___January 2021___ before me personally appeared the above signatory, <u>Sade Renee El</u>. I am a Notary Public in and for Clark County and the above signatory, <u>Sade Renee El</u>, is personally known to me or proved to me on the basis of satisfactory evidence to be the one whose appellation is signed herein and acknowledged that he she/they executed the same.

WITNESS my hand and official seal:

Seal:



DAWN STOCKMANN
Notary Public, State of Nevada
Appointment No. 19-1752-1
My Appt. Expires Mar 6, 2023

Name (printed): ___Dawn Stockmann___

Signature: _____

**Moorish Alpine and National Mshement of the World**

**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**

**~ 'Temple of the Moon and Sun' ~**

**~ Societas Republicae Ea Al Maurikanos ~**

**The True and De jure Natural Peoples ~ Heirs of the Land**

---

## Affidavit for Writ of Habeas Corpus Ad Subjiciendum

Exhibit: A

Date Issued: October 19, 2020

Re: J 20-351056-PC

Electronically Filed
10/19/2020 2:38 PM
Steven D. Grierson
CLERK OF THE COURT

I, Sade Renee El ("Affiant"), of lawful age, and being first duly sworn upon affirmation, deposes and says:

I am a Consul officer of the Consulate of Morocco in the Nevada state republic. I am vested with the treaty right to exercise consular jurisdiction over the person and property – estate of our Moorish American Nationals in the Nevada state republic territory in accordance with the provisions of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire.

I have first-hand knowledge and information of our Moorish American National Ase Divine El being presently denationalized and held hostage for profit as surety for nom de guerre ASE DIVINE KELLOGG THARP, DOB: 08/08/2019, [Race: Black] in unlawful imprisonment under the custody of acting Administrator Tim Burch of the CLARK COUNTY FAMILY SERVICES (Inc.) at the following location:

CLARK COUNTY FAMILY SERVICES (Inc.)

701 North Pecos Road

Las Vegas, Nevada [Near. 89101]

I further assert that the unlawful imprisonment was due to the following circumstances:

1. On June 28, 2020, near the corporate LAS VEGAS, Nevada state republic, our
   Moorish American National Ase Divine El was arbitrarily detained and
   eventually kidnapped, denationalized as a civilly dead stateless person, and

Page 1 of 5

2. As a result, our national Ase Divine El is presently being held hostage as prize and deprived of her liberty under color of state law within purview of the plausible 14th Amendment, contrary to and in violation of the supreme Law of the Land under Article VI, clause 2 of the Constitution for the United States Republic of North America.

3. All conspirators are foreign hybrid Europeans and stateless persons acting within purview of the plausible 14th Amendment U.S. corporate citizenship clause.

Because of which, this is an international treaty matter which comes under the jurisdiction of the Consulate of Morocco in the Nevada state republic, and our national Ase Divine El is to be immediately released by such consular jurisdiction per Articles 6 and 20 of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire, which aver the following:

Article 6. (in relevant part) …if any Moor, not a subject of these dominions, shall make prize of any of the citizens of America, or their effects, and bring them into any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection.

Article 20. If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, the Consul shall decide between the parties, and whenever the Consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

WHEREFORE, this affidavit is issued *sui juris* in support of the writ of habeas corpus ad subjiciendum and release order according to law, directed to Tim Burch, (acting as) Administrator CLARK COUNTY FAMILY SERVICES (Inc.), and Joe Lombardo, (acting as) Sheriff for CLARK COUNTY, Nevada, commanding that they forthwith release the body of our national Ase Divine El by treaty obligation pursuant to Articles 6 and 20 of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire,

FURTHER AFFIANT SAYETH NOT.

Affiant: Sade Renee El, de jure
Consulate of Morocco, Nevada republic
All Rights Reserved.

Nevada: NOTARIZATION

State: Nevada republic

County: Clark

On the 19th day of October, 2020 , before me personally appeared the above

signatory, Sade Renee El. I am a Notary Public in and for Clark County and the above signatory, Sade

Renee El, is personally known to me or proved to me on the basis of satisfactory evidence to be the

one whose appellation is signed herein, and acknowledged that he/she/they executed the same.

WITNESS my hand and official seal:

Seal:



DAWN STOCKMANN
Notary Public, State of Nevada
Appointment No. 19-1752-1
My Appt. Expires Mar 6, 2023

Name (printed): Dawn Stockmann

Signature: Dawn

My commission expires: Mar 6, 2023

Steve Gierson, (acting as) Administrative clerk
DISTRICT COURT FOR CLARK COUNTY (Inc.)
601 North Pecos Road
Las Vegas, Nevada republic [Near. 89101]

Tim Burch, (acting as) Administrator
CLARK COUNTY FAMILY SERVICES (Inc.)
701 North Pecos Road
Las Vegas, Nevada republic [Near. 89101]

Joe Lombardo, Sheriff for CLARK COUNTY, Nevada
301 E Clark Ave #100
Las Vegas, Nevada republic [Near. 89101]

*Sade Renee El*

All Rights Reserved.

C.C.:   State's Attorney for CLARK COUNTY, Nevada

Nevada Secretary of State

Michael R. Pompeo, United States Secretary of State

William P. Barr, United States Attorney General

Wayne Salzgaber, Director of INTERPOL Washington

Michelle Bachelet Jeria, United Nations High Commissioner for Human Rights

Embassies and Consulates of the International Community and other interested persons
www.EnforceTheConstitution.org/

Affidavit of Fact

Certificate of Service

Re: Case No.: J 20-351056-PC

I, Sade Renee El, hereby certify that on this __19th__ day of __October__,
2020, the enclosed Writ of Habeas Corpus Ad Subjiciendum – Release Order and attached
Affidavit for Writ of Habeas Corpus Ad Subjiciendum [Exhibit: A] was accepted via hand
delivery with a $35 money order / cashier's check by Sheriff Joe Lombardo or his agent / assign
to be served and executed upon the following:

The True and De jure Natural Peoples ~ Heirs of the Land

# Consulate of Morocco

Nevada state republic
Sade Renee El, Consul
C/o 5370 East Craig Road, #2173, Las Vegas, Nevada Republic



Date Issued: October 19, 2020
Re: Case Number: J – 20 – 351056 – P1

## WRIT OF HABEAS CORPUS AD SUBJICIENDUM
International Document

Consulate of Morocco, Nevada state republic, to wit:

To: Tim Burch, (acting as) Administrator, and / or assign
CLARK COUNTY FAMILY SERVICES (Inc.)
701 North Pecos Road
Las Vegas, Nevada [Near: 89101]

Joe Lombardo, Sheriff for CLARK COUNTY, Nevada

Greetings:

YOU ARE HEREBY COMMANDED to forthwith produce the body of our Moorish American National <u>Ase Divine El</u> who is being unlawfully held hostage for profit on the information of <u>ASE DIVINE KELLOGG THARP, DOB: 08/08/2019, [Race: Black]</u>, under the custody of acting Administrator Tim Burch at the CLARK COUNTY FAMILY SERVICES (Inc.) located at 701 N Pecos Road, Las Vegas, Nevada, to be brought before the undersigned Consul officer Sade Renee El at the aforesaid location for immediate release without condition or delay in accordance with the decision below.

Sade Renee El

Sade Renee El, Consul [Judicial officer]
Consulate of Morocco, Nevada state republic
All Rights Reserved.

Electronically Filed
10/19/2020 2:38 PM
Steven D. Grierson
CLERK OF THE COURT

1

It is further **ORDERED** that this writ shall be EXECUTED pursuant to your obligation to uphold and support the Constitution for the United States Republic of North America under Article VI, clause 2, as well as the provisions of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire under Articles 6 and 20, as shown in the attached affidavit [Exhibit: A];

It is further **ORDERED** that there shall be no cause for delay in the execution of this writ. See stare decisis law in *Kolovrat v. Oregon, 366 U. S. 187, 194, 81 S.Ct. 922 (1961)*, which the Supreme Court of the United States decided the following:

> *"A state cannot refuse to give foreign nationals their treaty rights because of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities. Under the supremacy clause of the United States Constitution Art. VI, clause 2, state policies ... must give way to overriding federal treaties and conflicting arrangements."*

SO ORDERED, Sui Juris

Sade Renee El

Sade Renee El, Consul [Judicial Officer]
Consulate of Morocco, Georgia state republic
All Rights Reserved.

LOAD THIS DIRECTION, THIS SIDE UP

AGT 735740 LOC 034033 DT 101920 $35.00 35DOLLARS AND NO CENTS

Payable to:
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFS) need not stop payment on, or replace, or refund a lost or stolen WUFS Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFS with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

**✱  1 9 1 7 0 9 2 2 2 0 2  ✱**

For your financial service needs, visit our website at **wu.com**

Western Union Financial Services, Inc. Money Order Tracing/Refund Request

Instructions:
1. This request is to be completed by the purchaser only. A stop payment is placed on the original Money Order when return is made to purchaser.
2. The original of the Money Order receipt must accompany each request. If the original of the Purchasers Copy Money Order receipt is not enclosed, your request may be delayed and may be denied. Please make a photocopy of the request and the receipt for your own records.
3. Enclose a $15.00 non-refundable processing fee for each photocopy or refund request. A photocopy will not be processed until the $15.00 is received. Notice: At its discretion, Western Union Financial Services, Inc. may deduct the fee from your refund if it is not enclosed with your request, and Money Order is eligible for refund. PLEASE DO NOT SEND CASH.
4. Please allow 30 days for processing. All requests must be in writing (please write legibly in CAPITAL LETTERS to complete this form).

For customer service, call 1-800-999-9660.

| Purchaser's Name First | | Last (Please Print) | | | | | | | | | | |

SEND REQUEST TO:
Western Union Financial Services, Inc.
P.O. Box 7030
Englewood, CO 80155-7030

MONEY ORDER DATE PURCHASED
AMOUNT        M M D D Y Y

Mailing Address (Please Print)

Apartment Number (if applicable)

Money Order was Payable to:

Money Order was purchased at (name & address)

City                                State    Zip Code

Reason for Request:

*To induce Western Union Financial Services, Inc (WUFS) to refund to me the face amount of the above Money Order, and in consideration of that payment, I authorize WUFS to stop payment on this Money Order and agree to reimburse WUFS for this refund and to hold WUFS harmless against any and all expense and/or liability to which it may be subject by reason of this refund or by reason of my alleged loss of the Money Order, or by reason of the negotiation of the Money Order.*

PURCHASER SIGN HERE (IN INK): X

BEFORE MAILING, BE SURE THAT THIS FORM HAS BEEN SIGNED IN INK.

DATE                    PHONE NUMBER

Electronically Filed
10/19/2020 2:38 PM
Steven D. Grierson
CLERK OF THE COURT



# LIBRARY OF CONGRESS

Office of Business Enterprises
Duplication Services Section

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA from March 1933 to June 1934**, and that the attached photocopies from Volume XLVIII – the title page, the publisher's page, and pages 484 through 487 on which appears the TREATY WITH MOROCCO, September 16, 1836 – are a true representation from that work.

THIS IS TO CERTIFY FURTHER, that the publisher's page is marked with a Library of Congress Order Division stamp that bears the date Jan 28 1991.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on September 4, 2014.

Gregory J. Cooper
Duplication Services, Section Head
Office of Business Enterprises
Library of Congress

101 Independence Avenue, SE Washington, DC 20540-4917 Tel 202.707.5650 www.loc.gov; duplicationservices@loc.gov

# THE

# STATUTES AT LARGE

OF THE

## UNITED STATES OF AMERICA

FROM

MARCH 1933 to JUNE 1934

CONCURRENT RESOLUTIONS
RECENT TREATIES AND CONVENTIONS, EXECUTIVE PROCLAMATIONS
AND AGREEMENTS, TWENTY-FIRST AMENDMENT
TO THE CONSTITUTION

---

EDITED, PRINTED, AND PUBLISHED BY AUTHORITY OF CONGRESS
UNDER THE DIRECTION OF THE SECRETARY OF STATE

---

## VOL. XLVIII

IN TWO PARTS

PART 1—Public Acts and Resolutions.
PART 2—Private Acts and Resolutions, Concurrent Resolutions
Treaties and Conventions, Executive Proclamations
and Agreements, Twenty-first Amendment to the
Constitution.

---

PART 1

---

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1934

KF50
.U5
vol 48, pt 1
Sut 2
LLRR

LIBRARY OF CONGRESS
6
JAN 2 8 1991
COPY
ORDER DIVISION

The original of every act and joint resolution printed in this volume from page 1 to page 311, inclusive, has the following heading:

SEVENTY-THIRD CONGRESS OF THE UNITED STATES OF AMERICA;

AT THE FIRST SESSION,

BEGUN AND HELD AT THE CITY OF WASHINGTON ON THURSDAY, THE NINTH DAY OF MARCH, ONE THOUSAND NINE HUNDRED AND THIRTY-THREE

The original of every act and joint resolution printed in this volume from page 313 to page 1291, inclusive, has the following heading:

SEVENTY-THIRD CONGRESS OF THE UNITED STATES OF AMERICA;

AT THE SECOND SESSION,

BEGUN AND HELD AT THE CITY OF WASHINGTON ON WEDNESDAY, THE THIRD DAY OF JANUARY, ONE THOUSAND NINE HUNDRED AND THIRTY-FOUR

All bills and joint resolutions presented to the President of the United States bear the signatures of the Speaker (or of the Speaker *pro tempore*) of the House of Representatives and of the Vice President and President of the Senate (or of the President of the Senate *pro tempore*); those signatures accordingly appear on the originals of all acts and joint resolutions.

The signature of the President of the United States appears on the originals of all approved acts and joint resolutions.

The original of every act and joint resolution has endorsed thereon a certificate of origin, signed, as the case may be, by the Clerk of the House of Representatives or by the Secretary of the Senate and reading "I certify that this Act (or Joint Resolution) originated in the House of Representatives (or Senate)." The origin of each act and resolution contained in this volume is indicated in the margin at the beginning of each enactment; thus, for example, H.R. 1421 or H.J.Res. 75 indicates origin in the House of Representatives; and S. 505 or S.J.Res. 14 indicates origin in the Senate.



**This volume is printed on acid free paper by**
**WILLIAM S. HEIN & CO., INC.**

Sept. 16, 1836.
Proclamation
of the President
of the U. S.,
Jan. 30, 1837.

## TREATY WITH MOROCCO.

In the name of God, the merciful and clement!



Abd
Errahman
Ibenn Hesham,
whom God
exalt!

PRAISE BE TO GOD!

This is the copy of the Treaty of Peace which we have made with the Americans and written in this book; affixing thereto our blessed seal, that, with the help of God, it may remain firm forever.

Written at Meequaez, the city of Olives, on the 3d day of the month Jumed el Iahhar, in the year of the Hegira 1252. (Corresponding to Sept. 16. A. D. 1836.)

Mutual agreement of the parties to the treaty.

ART. 1. We declare that both parties have agreed that this treaty, consisting of twenty-five articles, shall be inserted in this book, and delivered to James R. Leib, agent of the United States, and now their resident consul at Tangier, with whose approbation it has been made, and who is duly authorized on their part, to treat with us, concerning all the matters contained therein.

Neither party to take commissions from an enemy.

ART. 2. If either of the parties shall be at war with any nation whatever, the other shall not take a commission from the enemy, nor fight under their colors.

Persons, &c. of one party, captured in an enemy's vessel, to be released.

ART. 3. If either of the parties shall be at war with any nation whatever, and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty, and the effects returned to the owners. And if any goods, belonging to any nation, with whom either of the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested, without any attempt being made to take or detain them.

Vessels to have passports.

ART. 4. A signal, or pass, shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.

Visit of vessels at sea.

ART. 5. If either of the parties shall be at war, and shall meet a vessel at sea belonging to the other, it is agreed, that if an examination is to be made, it shall be done by sending a boat with two or three men only; and if any gun shall be fired, and injury done, without reason, the offending party shall make good all damages.

American citizens and effects to be restored.

ART. 6. If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored; and, in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens

see note, page 100.

(454)

of America or their effects, and bring them into any of the ports of his Majesty, they shall be immediately returned, as they will then be considered as under his Majesty's protection.

ART. 7. If any vessel of either party, shall put into a port of the other, and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

*Vessels in port to be supplied.*

ART. 8. If any vessel of the United States, shall meet with a disaster at sea, and put into one of our ports to repair, she shall be at liberty to land and reload her cargo, without paying any duty whatever.

*No duty in case of vessels putting in to repair.*

ART. 9. If any vessel of the United States, shall be cast on shore on any part of our coasts, she shall remain at the disposition of the owners, and no one shall attempt going near her without their approbation, as she is then considered particularly under our protection; and if any vessel of the United States shall be forced to put into our ports by stress of weather, or otherwise, she shall not be compelled to land her cargo, but shall remain in tranquillity until the commander shall think proper to proceed on his voyage.

*Stranded vessels to be protected.*

ART. 10. If any vessel of either of the parties shall have an engagement with a vessel belonging to any of the Christian Powers, within gun-shot of the forts of the other, the vessel so engaged, shall be defended and protected as much as possible, until she is in safety; and if any American vessel shall be cast on shore, on the coast of Wednoon, or any coast thereabout, the people belonging to her, shall be protected and assisted, until by the help of God, they shall be sent to their country.

*Vessels engaged within gunshot of forts to be protected.*

ART. 11. If we shall be at war with any Christian Power, and any of our vessels sails from the ports of the United States, no vessel belonging to the enemy shall follow, until twenty-four hours after the departure of our vessels: and the same regulations shall be observed towards the American vessels sailing from our ports, be their enemies Moors or Christians.

*Enemy's vessels not allowed to follow for 24 hours.*

ART. 12. If any ship of war belonging to the United States, shall put into any of our ports, she shall not be examined on any pretence whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

*Ships of war not to be examined in port.*

ART. 13. If a ship of war of either party shall put into a port of the other, and salute, it shall be returned from the fort with an equal number of guns, not more or less.

*Salutes to be returned.*

ART. 14. The commerce with the United States, shall be on the same footing as is the commerce with Spain, or as that with the most favored nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

*American commerce on the most favored footing.*

ART. 15. Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any other labor whatever, shall be paid at the customary rates, not more and not less.

*Employment of interpreters, &c.*

ART. 16. In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there

*Exchange of prisoners.*

2 q 2

486          TREATY WITH MOROCCO. 1836.

shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed, that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant, or any other person, authorized by either of the parties.

**No compulsion in buying or selling.** ART. 17. Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper: and may buy and sell all sorts of merchandise but such as are prohibited to the other Christian nations.

**No examination of goods on board, except, &c.** ART. 18. All goods shall be weighed and examined before they are sent on board; and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board; in which case, the persons who took the contraband goods on board, shall be punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

**No detention of vessels.** ART. 19. No vessel shall be detained in port on any pretence whatever, nor be obliged to take on board any article without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

**Disputes between Americans, &c. to be decided by the consul, &c.** ART. 20. If any of the citizens of the United States, or any persons under their protection, shall have any dispute with each other, the consul shall decide between the parties; and whenever the consul shall require any aid, or assistance from our Government, to enforce his decisions, it shall be immediately granted to him.

**Killing, &c. punishable by the law of the country.** ART. 21. If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

**Persons dying intestate; care of their effects.** ART. 22. If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of his effects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear who has a right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear the property shall descend agreeably to that will, as soon as the consul shall declare the validity thereof.

**Residence of consul. [It is generally at Tangier.]** ART. 23. The consul of the United States of America, shall reside in any seaport of our dominions that they shall think proper: and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy: and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof; without which promise in writing, no application to him for any redress shall be made.

**No appeal to arms until refusal of friendly arrangement.** ART. 24. If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made for an arrangement; and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties, nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And

CONVENTION WITH PERU-BOLIVIA. 1836.

it is further declared, that whatever indulgence, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

*In case of war, nine months allowed to settle affairs, &c.*

ART. 25. This treaty shall continue in force, with the help of God, for fifty years; after the expiration of which term, the treaty shall continue to be binding on both parties, until the one shall give twelve months' notice to the other, of an intention to abandon it; in which case, its operations shall cease at the end of the twelve months.

*Treaty to last fifty years, &c.*

*Consulate of the United States of America,* }
*For the Empire of Morocco.*

TO ALL WHOM IT MAY CONCERN.

Be it known. Whereas the undersigned, James R. Leib, a citizen of the United States of North America, and now their resident consul at Tangier, having been duly appointed commissioner, by *letters patent,* under the signature of the President and seal of the United States of North America, bearing date, at the city of Washington, the 4th day of July A. D. 1835, for negotiating and concluding a treaty of peace and friendship between the United States of North America and the Empire of Morocco: I, therefore, James R. Leib, Commissioner as aforesaid, do conclude the foregoing treaty and every article and clause therein contained; reserving the same, nevertheless, for the final ratification of the President of the United States of North America, by and with the advice and consent of the Senate.

*Final ratification reserved for President U. S.*

In testimony whereof, I have hereunto affixed my signature, and the seal of this consulate, on the 1st day of October, in the year of our Lord one thousand eight hundred and thirty-six, and of the Independence of the United States the sixty-first.

JAMES R. LEIB, (L. S.)

---

GENERAL CONVENTION OF PEACE, FRIENDSHIP, COMMERCE, AND NAVIGATION,

*Between the United States of America and the Peru-Bolivian Confederation.*

*Nov. 13, 1836.*

*Ratifications exchanged, May 26, 1838. Proclamation of the President of the U. S., Oct. 3, 1838. Peace and friendship.*

THE United States of America and the Peru-Bolivian Confederation, desiring to make firm and permanent the peace and friendship which happily subsist between them, have resolved to fix, in a clear, distinct, and positive manner, the rules which shall, in future, be religiously observed between the one and the other, by means of a treaty, or general convention of peace, friendship, commerce, and navigation.

*Negotiators.*

For this desirable purpose, the President of the United States of America has conferred full powers on Samuel Larned, Chargé d'Affaires of the said States, near the Government of Peru; and the Supreme Protector of the north and south Peruvian States, President of the Republic of Bolivia, encharged with the direction of the foreign relations of the Peru-Bolivian Confederation, has conferred like powers on John Garcia del Rio, Minister of State in the Department of Finance

STEVEN L. GIERSON, CLERK OF COUNTY
STATE OF NEVADA
LAS VEGAS METROPOLITAN POLICE / S. GUERRA #18286
NICHOLAS EASON, MICHELLE PELINO, PAYA PATEL        9/11/2020
STEVEN B. WOLFSON, SANDY CAIP, DISTRICT ATTORNEY   FAMILY SERVICES
NICK PETAS
ADRIANA RINCON WHITE - HEARING MASTER
EIGHTH JUDICIAL COURT

## ADMINISTRATIVE ORDER. AFFADAVIT / WRIT
### ESHEAT

A notice to the agent is a notice to the principle;
A notice to the principal is a notice to the agent -
You are presented with **Escheat Writ** of
I respectfully ask that you as well as your subjects
refer to me by my **Dejure appellation** Sade Renee El
in all correspondence going forward so that         All Rights
absolutely no assumption or mistake is made          Reserved
regarding jurisdiction for **I AM Sovereign National;**
and therefore I overstand what you understand.
Now in regards to and in this said in relation
to **my offspring Ase Divine El** to whom you
and your subjects refer to as a child and that
she is not, therefore going forward it is
established that all correspondence with you
and your subjects is to be done in writs, due
to the fact and findings that your **request**
for a physical apperance in which you refer to
as a "summons" is nothing short of
**Dolus Dans Locum** contract for I am the
being standing or my **domicile**. You have
**requested** for a special apperance and this
is it. For the record please present to me
your nationality card as well as your
**delegation of Authority order** and include

PAGE 1/2

Sisolak

the certified numbers to the **United States Republic** or said agency where their authority can be verified for public record. Otherwise if you are making any claim please introduce evidence before the people of my own nationality, peers, according to **National and International Law** and see if its validated by the People; the they will decide if something goes along with this or not. Otherwise im not making any claims, counter claims or pleas one way or another. I refer you to the **North America Republic constitution** for the **United States Article 2, Article 3 section 2, Article 6 supremacy clause.** Now that this is addressed and established My offspring **Ase Divine El** to whom is in the slight care of you and your subjects custody is to be returned to me upon receipt of this writ unharmed, tainted in any shape or form in all relines **unmolested** . I further more **command** that all transactions, transcripts including but not limited to the handeling of funds used, healthcare and service provided along with the locations to all persons involved in all cases, as well as the names of whom signed off on the act that authorize such matters listed in writs you abide. and is considered to be treason and therefore charged with **Talmudic**. It IS **ORDERED**!!!

By. Sade Renee **El**

All Rights Reserved

Electronically Filed
08/27/2020

CLERK OF THE COURT

DISTRICT COURT
**CLARK COUNTY, NEVADA**
****

KELLOGG-THARP, SADE,
MOTHER

CASE NO:  J-20-351056-P1

FAMILY JUVENILE

MISC DOCUMENTS FROM MOTHER

Submitted by:      PREPARED BY COURT CLERK

Name:

Address:

City/State/Zip:

Telephone:

 Gmail

Sade Renee El <sade.kellogg@gmail.com>

## Federal Lawsuit/ harrasment/ threat...duress
3 messages

**Sadaye El** <sade.kellogg@gmail.com>                                     Fri, Aug 14, 2020 at 3:45 PM
To: Nicholas Eason <Nicholas.Eason@clarkcountynv.gov>, Nick Petsas <NPETSAS@lacsn.org>, Payal Patel
<PAYAL.PATEL@clarkcountynv.gov>, Michelle Pelino <Michelle.pelino@clarkcountynv.gov>, Sha'Londa Adams
<Sha'Londa.Adams@clarkcountynv.gov>

Nick Eason (doing business as) is still harassing me because I have refused his advances.  1 day from me
released from unlawful kidnapping,  he came to my apartment after we had court over the phone on a
unscheduled impromptu visit to my apartment. Nick Eason showed up as if we were friends. I explained to
him I had just gotten out of shower and in my weary moments he attempted to be my friend and made
advancements on me which I denied.

In this gross attempt to defamate my character, Nick Eason has has expertly added definitions and codes
without factual statements, firsthand knowledge or attached report of this mental or physical abuse. His
beliefs and lack of first hand knowledge are just hearsay.

Trinsey v Pagliaro, D.C Pa. 1964,229 F. Supp 647. "Statements of counsel in brief or in argument are not
facts before the court and are therefore insufficient for a motion to dismiss or summary judgment".

**DFS has refused after many attempts to provide me with said reports in regards to neglect and abuse.
They are denying me due process and abusing there authority in order to keep there funding agenda.
Department of Family Services for profit non governmental private cooperation.**

Nick Eason continues to violate my rights under **United State codes 18usc 241, 242.**

**UNITED STATES CODE
TITLE 18 - CRIMES AND CRIMINAL PROCEDURE
PART I - CRIMES
CHAPTER 13 - CIVIL RIGHTS
§ 241. Conspiracy against rights**

If two or more persons conspire to injure, oppress, threaten, or intimidate any inhabitant of any State,
Territory, or District in the free exercise or enjoyment of any right or privilege secured to him by the
Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or
hinder his free exercise or enjoyment of any right or privilege so secured -

They shall be fined not more than $10,000 or imprisoned not more than ten years, or both; and if death
results, they shall be subject to imprisonment for any term of years or for life.

**§ 242. Deprivation of rights under color of law**

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000 or imprisoned not more than one year, or both; and if bodily injury results shall be fined under this title or imprisoned not more than ten years, or both; and if death results shall be subject to imprisonment for any term of years or for life.

**I have never abuse or neglected my child. This case was Reassigned to Michelle Pelino 7/22/2020 and Nick Eason has his own motives which does not fit his job description. This is an attempt to continuous harassment because I denied his advances. In light of these actions I am going to seek a restraining order against Nick Eason. I fear for my childs safety and my safety.**

 Virus-free. www.avast.com

3 attachments

harrass..obessed Eason.docx
15K

Affidavit.pdf
152K

Violation Warning.pdf
21K

---

**Sade Renee El** <sade.kellogg@gmail.com>
To: zuberibey@gmail.com

Thu, Jun 17, 2021 at 5:26 PM

[Quoted text hidden]

---

3 attachments

harrass..obessed Eason.docx
15K

Affidavit.pdf
152K

Violation Warning.pdf
21K

---

**Sade Renee El** <sade.kellogg@gmail.com>
To: T El <fatetah2@gmail.com>

Mon, Sep 20, 2021 at 11:30 PM

[Quoted text hidden]

---

3 attachments

harrass..obessed Eason.docx
15K

**Affidavit.pdf**
152K

**Violation Warning.pdf**
21K

Form **COL**

## Violation Warning
## Denial of Rights Under Color of Law

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of Citizen | Name and address of Notice Recipient |
|---|---|
| SADE RENEE EL<br>5370 E Craig Rd Apt 2173<br>Las Vegas NV, 89115 | NICHOLAS EASON<br>2900 N Torrey Pines<br>Dr |

Citizen's statement:

Clark County Department of Family Services    June 29,2020 until Current
Being aboriginal and Indigenous, I have the 'Individual and Collective Right' to Live in Freedom, Peace and Security as a Distinct People, and a 'Right' to the full guarantees against Genocide or any other 'Acts of Violence', including the Removal of Indigenous Children From Their Families and Communities Under Any Pretext.

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**

▶       SADE RENEE EL                                    | **Date** ▶      07/13/2020

### Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.
18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.
42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**

I, _____SADE RENEE EL_____ certify that I personally delivered this notice to above named recipient and address on Nicholas.Eason@ClarkCountyNV.gov 07/13/2020

Public Domain—Privacy Form COL(01)

Clark County
Department of Family Services
121 S.Martin Luther King Blvd
Las Vegas, Nevada 89106

# A f f i d a v i t   O f   F a c t

## "Writ In The Nature of Discovery" / Lawful Warning / Notice"

Ministerial Offices and Officers and Agencies, and Agents for the Agency, Administrations and Administrators, and Departments, namely, Clark County Department of Family Services, do not have the judicial power or authority to compel authority over the people.

Unless, there exist a contract between the party or parties, at the will of the party or parties, of which contract must be existing by free, prior and informed consent. Said contract must bear my signature, must not contain any adhesions, must not be done under threat, duress or coercion, must be clear, concise and specific, and **must not** be construed to deny any of my retained and reserved Rights.

Questions arise as to the type of Administration /Tribunal and or Court and Officers / Employees of same and their or the lawful jurisdiction and Delegation of Authority of Clark County Department of Family Services, over the people. The Administration / Court / Tribunal must be in possession of it, and must produce it as proof in order for (any) to have validity of 'judgements' prior or intended. Family Administrations, Family Courts / Tribunals and Services or Agencies and agents of the agency, are NOT granted judicial authority by the Legislature.

> **Substantive Point of Right #1:**
> "Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities."
> **Burns v. Sup., Ct., SF, 140 Cal. 1.**

Failure to produce said delegated authority is proof that the Agency / Court / Tribunal, namely Clark County Department of Family Services is attempting to bring injury to the people, namely SADE RENEE EL and ASE DIVINE EL and deprive our liberties and commit human trafficking and genocide upon my family.

> **Inferior Court:** This term may denote any court subordinate to the chief appellate tribunal in the particular judicial system (e.g. trial court); but it is also commonly used as the designation of a court of special, limited, or statutory jurisdiction, whose record must **show the existence and attaching of jurisdiction in any given case, in order to give presumptive validity to its judgment**.

## Writ In The Nature Of Discovery

**Therefore,** the following questions are placed before this Administration / Court / Tribunal, Clark County Department of Family Services seeking Full Disclosure, of which, MUST be lawfully responded to in kind AND ALL points of Inquiry MUST be answered.

1. Does a contract exist between SADE RENEE EL and Clark County Department of Family Services bearing my signature?

**2.** If such contract does exist, produce it for the record.

**3.** If such a contract exists, provide proof that said contract acts as a waiver of my **Right To Privacy** and to my right to be left alone, which is protected under the 4th amendment of the American Constitution FOR the United States of America, wherein my rights are secured and protected from encroachment.

> **Substantive Point of Right #3:**
> "Waivers of Constitutional Rights, not only must they be voluntary, they must be knowingly intelligent acts done with sufficient awareness." **Brady v. U.S., 397 U.S. 742, 748.**

> **Substantive Point of Right #4:**
> "Right of privacy is a personal right designed to protect a person from unwanted disclosure of personal information." **CNA Financial Corporation v Local 743, 515 F. Supp.942.**

**4.** You must provide substantial and lawful, binding proof that I **consented and granted** you Clark County Department of Family Services and the Eighth Judicial District Court Family Division-Juvenile Clark County Nevada Rights over my Child, which supercede mine as a Mother. Being aboriginal and indigenous, I have the 'Individual and Collective Right' to Live in Freedom, Peace and Security as a Distinct People, and a 'Right' to the full guarantees against Genocide or any other 'Acts of Violence', including the **Removal of Indigenous Children From Their Families and Communities Under Any Pretext.** In addition I have the Individual Right to Life, Physical and Mental Integrity, Liberty and Security of Person. See Universal Declaration of the '**Rights Of Indigenous People**'; Part II; Article 6. As well, any state government, Agency, Agent for the Agency NICHOLAS EASON, THANDIWE MARTIN-BERNAL, and TISHA EVANS, CANNOT determine what is best for me or my child:

> **Substantive Point of Right #5:**
> Under The United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the state does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 123 US 623, 659 – 60:**

**5.** **Request for Averment of Jurisdiction**: Please produce, for the Record, the Delegation of Authority for this Court/Tribunal, Eighth Judicial District Court Family Division-Juvenile Clark County Nevada, pursuant to Article III, Sec.1 and 2 of United States Republic Constitution, of which all Courts derive their Judicial Authority, thereby indicating their 'Right of Action' to not only probe, pry, which violates ones' right to privacy; but also their Right of Action to adjudicate over the people, if any exist.

## Caveat

**Further,** I state for the record, I have not entered into, nor do I wish to enter into any contracts knowingly, willingly, intentionally or unintentionally, with NICHOLAS EASON,

**Whereas**, when no contract exist there is no obligation. In Order for an obligation to exist a contract MUST exist and it must not have adhesions, must be concise and cannot be an unconscionable contract that violates substantive Rights of the People, less it is Void Ab Initio. *and;*

**Whereas**, Any Demand to compel me to act or perform, must be a Lawful demand. *and;*

**Whereas,** this Court/Tribunal is acting under Statutes, <u>which are not Law.</u>   Any applicable Law must be produced for the record; no statute(s) can violate the Rights secured by the People in the Supreme Law, the American Constitution FOR the United States of America, established to protect the Rights of the People, of which every state, state constitution, state court, charter, sub-charter, chapter, sub-chapter, association, agency, agent for the agency, entity, corporation, et al, must abide by and cannot abrogate, namely, NICHOLAS EASON and Clark County Department of Family Service  (See Article VI of the American Constitution).

> <u>**Substantive Point of Right #6:**</u>
>
> When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially".  <u>**Thompson v. Smith,**</u> **154 SE 583.**

***and;***

**Whereas,** the Tribunal Eighth Judicial District Court Family Division – Juvenile Clark County, Nevada is acting outside of its statutory limitations and violating the Laws, committing fraud, genocide, collusion and Treason, which is highly penal, and attempting to enforce under a non-existing or Void contract, and / or by statute, giving no validity or jurisdiction to any judgment conferred upon this matter.

> <u>**Substantive Point of Right #7:**</u>
>
> "If the court is not in the exercise of its general jurisdiction, but of some special statutory jurisdiction, it is as to such proceeding an inferior court, and not aided by presumption in favor of jurisdiction."  **Smith's Leading Cases, 816.**

**Therefore,** failure to address ALL of the issues raised herein equates in law as to have addressed NONE  of them and will serve as a waiver for any claims you are attempting to assert over me and /or my family.

**Therefore,** I am allotting 7 (seven) days for a corresponding Affidavit signed by the Respondent under penalty of perjury.  Failure to do so, lawfully places your administration in Default and in violation as follows:

Should your administration attempt to proceed with this matter by way of Threat, Duress and Coercion, without responding to this Writ, and without Due Process of Law, which is afforded to ALL, it constitutes a violation of the fourth amendment, secured by the constitution, as well as a violation of **Title 18 U.S.C., Section 241:** <u>Conspiracy Against Rights</u>, **Title 18 U.S.C., Section 242:** <u>Deprivation of Rights Under Color of Law.</u>

## Lawful Notice and Warning

You will be prosecuted at the full extent of the law, as both <u>criminal and civil</u> charges will be filed on All agents and principals involved, in both their private and professional capacity, for their collusion in depriving the rights of the people and committing Fraud, Treason and Genocide against the people and against their oath bound obligations and fiduciary duties.

> <u>**Substantive Point of Right #8:**</u>
>
> "Officers of the court have no immunity, when violating a Constitutional right, from liability.  For  they are deemed to know the law." **Owen v. Independence, 100 S.C.T. 1398, 445 US 622.**

**<u>Substantive Point of Right #9</u>:**

"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." **Norton v. Shelby County, 118 U.S. 425**

**Notice to Agent is Notice to Principal, Notice To Principal Is Notice To Agent!**

- This Document has been Emailed and Mailed to the Following:

- NICHOLAS EASON
  (Senior Family Service Specialist)

- THANDIWE MARTIN-BERNAL
  (His Supervisor)

- TISHA EVANS
  (Thandiwe's Supervisor)

- STEVE SISOLAK
  (Governor of State of Nevada)

- Barbara Cegavske
  ( Secretary of State ) (note: secretary for all the union states- HILARY CLINTON's Office)

- INTERPOL

- UNITED NATIONS WORLD COURT

Nick Eason (doing business as) is still harassing me because I have refused his advances.  1 day from me released from unlawful kidnapping,  he came to my apartment after we had court over the phone on a unscheduled impromptu visit to my apartment. Nick Eason showed up as if we were friends. I explained to him I had just gotten out of shower and in my weary moments he attempted to be my friend and made advancements on me which I denied.

In this gross attempt to defame my character, Nick Eason has has expertly added definitions and codes without factual statements, firsthand knowledge or attached report of this mental or physical abuse. His beliefs and lack of first hand knowledge are just hearsay.

Trinsey v Pagliaro, D.C Pa. 1964,229 F. Supp 647. "Statements of counsel in brief or in argument are not facts before the court and are therefore insufficient for a motion to dismiss or summary judgment".

**DFS has refused after many attempts to provide me with said reports in regards to neglect and abuse. They are denying me due process and abusing there authority in order to keep there funding agenda. Department of Family Services for profit non governmental private cooperation.**

Nick Eason continues to violate my rights under **United State codes 18usc 241, 242.**

**UNITED STATES CODE**
**TITLE 18 - CRIMES AND CRIMINAL PROCEDURE**
**PART I - CRIMES**
**CHAPTER 13 - CIVIL RIGHTS**

**§ 241. Conspiracy against rights**

If two or more persons conspire to injure, oppress, threaten, or intimidate any inhabitant of any State, Territory, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -

They shall be fined not more than $10,000 or imprisoned not more than ten years, or both; and if death results, they shall be subject to imprisonment for any term of years or for life.

## § 242. Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000 or imprisoned not more than one year, or both; and if bodily injury results shall be fined under this title or imprisoned not more than ten years, or both; and if death results shall be subject to imprisonment for any term of years or for life.

**I have never abuse or neglected my child. This case was Reassigned to Michelle Pelino 7/22/2020 and Nick Eason has his own motives which does not fit his job description. This is an attempt to continuous harassment because I denied his advances. In light of these actions I am going to seek a restraining order against Nick Eason. I fear for my childs safety and my safety.**

8/11/2020

1. Eighth Judicial District Court
2. Family Division – Juvenile
3. Clark County, Nevada
4.                                    CASE NO:J-20-351056-PC
5. In the Matter of:
6. ASE KELLOGG THARP all rights reserved known to you as Ase Divine El all rights reserved
7.
8. Date of Birth 08/08/2019
9. Age: 0 Years
10.                          DEPT.NO: Dependency 3
11.                          Courtroom:20
12. Natural Mother Name: Sade Renee El all rights reserved known to you as SADE KELLOGG THARP all rights reserved
13. Sperm Donors Name: DARIUS
14.
15. THESE ARE PRELIMINARY PROTECTIVE FINDINGS THAT DO NOT INCLUDE ANY EVIDENCE
16. This matter went before the court fraudulently July 1, 2020 for a false accusation
17. Regards to protective custody hearing pursuant NRS 432.B and NRS 432B.480.
18. Nicholas Eason from Department of Family Services, district attorney Candice Saip and
19. Jennifer Silverman from the attorney project came together to commit fraud and genocide and have falsified documents against the family of Sade Renee EL all rights reserved
20. There is a statement that has yet been revealed to the natural
21. mother and a report was submitted. The mother is demanding a copy of the report.
22. Sade Renee El all rights reserved known to you as SADE KELLOGG THARP all rights reserved is fact the NATURAL MOTHER divine creator of Ase Divine El all rights reserved
23. DARIUS is a sperm donor
24. THE COURT and its members CANNOT FURTHER FIND a birth certificate because the Natural mother, divine creator Sade Renee El all rights reserved never signed one as it is against her religion
25. If such Birth certificate exist without the natural mother's signature, the natural mother is requesting a immediate copy and to cease and desist void and null any contracts.
26. THE COURT and its members HAS LIED and Sade Renee El all rights reserved known to you as SADE KELLOGG THARP was never verbally, orally, or physically informed of this protective custody hearing until
August 6, 2020.
27. Sade Renee El all rights reserved known to you as SADE KELLOGG THARP was not informed and is demanding the court to provide proof of time/date and person of whom this verbal notice was given.
28.



UNITED STATES POSTAL SERVICE®

Certificate Of Mailing

Certificate of Mailing provides evidence that mail has been presented to USPS® for mail™ this form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

7020 0090 0002 0599 8498

Delivered 8/17/2020

Sade Renee El
5370 E Craig RD  2173
Las Vegas NV 89115

Eighth Judical Court
Juvenile Hearing Masters

PG 1 3

THE COURT and any of its member HAS NO JURISDICTION over/under the natural mother

1. Sade Renee El all rights reserved is aware of her rights of consul and it is against her religion
2. And beliefs to have a member from the bar association represent her
3. THE COURT or any of its members CANNOT FIND reasonable cause to keep the child away from home and her natural mother. The court has NO EVIDENCE. The Court has based this case from a third party statement.
4. Sade Renee El all rights reserved does not have any problems with substance abuse and demands the court to provide evidence of substance abuse.
5. The natural mother was not driving intoxicated
6. She was factual stopped in a public parking lot and was harassed by Las Vegas Metropolitan police officer Guerra Badge #18286 and his partner
7. DARIUS the sperm donor to Ase Divine El all rights reserved currently is placed in California
8. The child was KIDNAPPED by Department of Family Service Clark county June 29, 2020
9. Nicholas Eason who works for Department of Family Service Clark County is the main culprit in the genocide and slavery placed upon Sade Renee El's all rights reserved family
10. THE COURT and any of its members HAS NO EVIDENCE that the child should remain in protective custody
11. This case is fully based on "here say" and Sade Renee El all rights reserved is a LIVING BEING and ANY ACCUSATIONS brought fourth upon here needs to be from an INJURED LIVING BEING
12. THE COURT and its members HAVE AGAIN LIED Sade Renee El all rights reserved has provided several contact numbers and information in regards to relatives and fictive kin's to avoid her daughter being placed in foster.
13. Clark County Department of Family services has denied each attempt concerning the placement of
14. Ase Divine El all rights reserved with people of her same religion, culture, values and bloodline.
15. THE COURT and its members HAVE NO JURISDICTION and or JURISPRUDENCE over Sade Renee El all rights reserved and or Ase Divine EL all rights reserved
16. Clark County department of Family services cannot determine whats best for the child and natural mother
17. Clark County department of Family Services is a organized crime 3rd party who is committing human trafficking and does not carry the skills or competence to care for children.
18. THE COURT and its members NEEDS TO PROVE what reasonable efforts have been made to prevent the removal of the child as none have been made
19. Sade Renee El all rights reserved is demanding a copy of the "Safety and Risk Assessment that has been completed.
20. Sade Renee El all rights reserved is demanding the date and time and name of person who conducted this assessment.
21. THE COURT and its members HAS NO JURISDICTION over Sade Renee El as the "judge" "attorneys" "agents" and actors have not provided any Delegation of Authority information and Sade Renee El all rights reserved being a Moorish American does not fall into their courts codes
22. The COURT and its members cannot determine visitation between natural mother and offspring
23. THE COURTS and its members RECOMMENDATION/S HAS BEEN DENIED
24. The natural mother Sade Renee El has stated several times for the record it is against her religion to have someone from the bar association represent her
25. Sade Renee El all rights reserved demanding the court to cease and desist the threat and coercion
26. Sade Renee El all rights reserved again declines Beth Rosenblum's representation

7020  0090  0002  0599  8498

1.
2. THIS PETITION WAS E FILLED 7/31/2020 (see proof of time stamp first page)
3. This matter was not brought up for the record during the adjudicatory please on 7/22/2020.
4. This document was dated 7/30/2020
5.
6.             WHO IS MARGARET PICKARD? HEARING MASTER
7.             7/22/2020 the hearing master was ADRIANA WHITE
8. I am demanding MARGARET PICKARDS and ADRIANA WHITES
9. Nationality Status, Nationality Card and Delegation of Authority


10. NOTICE OF RIGHT TO FILE AN OBJECTION HAS NOT BEEN PROVIDED IN ADEQUATE
11.             TIME
12. I Sade Renee El all rights reserved DEMUR
13. This letter was dated 7/30/2020
14. This letter was E filed 7/31/2020 and Sade Renee El all rights reserved was not given any notification
15. This letter was not certified or mailed requiring signature
16. This letter was postmarked 8/3/2020 (see copy of envelope provided as evidence)
17. Sade Renee El all rights reserved has 5 days after this letter was postmarked 8/3/2020 and received 8/4/2020 to respond or rebut
18. 5 days is not a legal or lawful amount of time to respond to notices which also further proves this fraud

**THE COURT AND ITS MEMBERS AND PETIONERS HAVE NOT PROVIDED Sade Renee El
with proper due process afforded by Treaty and Constitution.**

I Sade Renee El all rights reserved Demur and I am demanding the immediate return of my daughter with
all charges dropped and for Judges, Hearing Masters, ACTORS, Agents, Members of the Bar Association
and their non profits to cease and desist all prosecution and harassing letters.

7020  0090  0002  0599  8498

Pg 3/3

06/29/2020 02:42:09

G7497H

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**

**CLARK COUNTY DETENTION CENTER**

PAGE : 01 OF 01

OIRPTRAN

11.2.1.1

## PROPERTY TRANSACTION REPORT

ID# : 0008520141          NAME: KELLOGG-THARP, SADE          ADMIT DATE: 06/29/2020

### PROPERTY DETAILS

| TYPE | DESCRIPTION | CONDITION | MAKE | SERIAL # | QUANTITY | STATUS |
|------|-------------|-----------|------|----------|----------|--------|
| PROPERTY # | K-172 | USED | | | 1 | Stored |
| NECKLACE | YM | USED | | | 1 | Stored |
| EARING | YM W/S | USED | | | 1 | Stored |
| BRACELET | YM W/S | USED | | | 1 | Stored |
| BRACELET | WM | USED | | | 1 | Stored |
| NECKLACE | 7 MULTI-COLOR | USED | | | 7 | Stored |
| SHIRT | PNK SPORT BRA | USED | | | 1 | Stored |
| SHORTS | WHT | USED | | | 1 | Stored |

### SIGN-OFF BY OFFENDER

DATE:     06/29/2020     OFFICER:   1562 G7497H

I acknowledge that my personal property and/or cash has been properly received and recorded

*J03421*

X (Unable) Z-06

Signature of Offender

ID# : 0008520141          NAME: KELLOGG-THARP, SADE

### PROPERTY LOCATION

| TYPE | DESCRIPTION | DATE/TIME | ACTION | [FACILITY] | LOCATION | PERSON | AGENCY |
|------|-------------|-----------|--------|------------|----------|--------|--------|
| PROPERTY # | K-172 | 06/29/2020 02:42:08 | Stored | LVMPD | LVMPD-PRM-K-K172 | | |
| NECKLACE | YM | 06/29/2020 02:42:08 | Stored | LVMPD | LVMPD-PRM-K-K172 | | |
| EARING | YM W/S | 06/29/2020 02:42:08 | Stored | LVMPD | LVMPD-PRM-K-K172 | | |
| BRACELET | YM W/S | 06/29/2020 02:42:08 | Stored | LVMPD | LVMPD-PRM-K-K172 | | |
| BRACELET | WM | 06/29/2020 02:42:08 | Stored | LVMPD | LVMPD-PRM-K-K172 | | |
| NECKLACE | 7 MULTI-COLOR | 06/29/2020 02:42:08 | Stored | LVMPD | LVMPD-PRM-K-K172 | | |
| SHIRT | PNK SPORT BRA | 06/29/2020 02:42:08 | Stored | LVMPD | LVMPD-PRM-K-K172 | | |
| SHORTS | WHT | 06/29/2020 02:42:08 | Stored | LVMPD | LVMPD-PRM-K-K172 | | |

## KELLOGG-THARP, SADE

ID#:    0008520141
BKG#:   2000027375

## LVMPD-PRM-K-K172



1009396 PROP

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**TEMPORARY CUSTODY RECORD**
(* DENOTES OFFICER REQUIRED FIELD)

P6206801142878

| *PAGE 1 OF 1 | ☐ UOF | ☒ BODY CAM | | *ARREST DATE: 6/29/2020 | *ARREST TIME: 2145 |
|---|---|---|---|---|---|
| *ID/CS# 8520141 | | ☐ NEW ID | | *EVENT #: 200600116578 | |
| ☐ JUVENILE | ☐ DNA SAMPLE TAKEN | ☒ DNA NOT REQ'D | | *CO-DEF: N | |
| CO. SGT APPROVAL | | | | | |
| ☐ REBOOK | ☐ ABSENTIA | ☐ FORM 6 | ☐ NDOC | ☐ EXT TO LAS VEGAS | ☐ LVC | ☐ HND | ☐ NLV | ☐ COURTESY HOLD | ☐ DETAINER |

| *INTAKE NAME (AKA, ALIAS, ETC.) LAST | FIRST | MIDDLE | | TRUE NAME LAST | | FIRST | MIDDLE |
|---|---|---|---|---|---|---|---|
| KELLOGG | SADE | R | | KELLOGG-THARP | | SADE | |

| *HOME ADDRESS (STREET # AND STREET NAME) | BLDG./APT.# | *CITY | *STATE | *ZIP | *PLACE OF BIRTH |
|---|---|---|---|---|---|
| 5370 E CRAIG | | LAS VEGAS | NV | 89115 | UNKNOWN, USA |

| *DATE OF BIRTH | *RACE | HISP ETHN | *SEX | *HEIGHT | *WEIGHT | *HAIR | *EYES | *SOCIAL SECURITY # | *CITIZENSHIP | *ALIEN REGISTRATION # | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/06/1986 | B | NH | F | 5'07" | 120 | BRO | BRO | | USA | | ☐ US VETERAN / ☐ ACTIVE MILITARY |

| *LOCATION OF CRIME (STREET ADDRESS, CITY, STATE, ZIP) | ☒ CC | ☐ LV | *LOCATION OF ARREST (STREET ADDRESS, CITY, STATE, ZIP) | ☒ CITIZEN'S ARREST / ☒ SPEAKS ENGLISH |
|---|---|---|---|---|
| 1854 E CHARLESTON BLVD  LAS VEGAS, NV 89104 | | | 1854 E CHARLESTON BLVD  LAS VEGAS, NV 89104 | |

| *ARR TYPE | *COURT JURIS | *WARRANT # / CASE # | *# CNTS | *NOC CODE | M | GM | F | *CHARGES LITERAL | *ORD / NRS | *BAIL | *EVENT# / NIC# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PC | LVJCR | | 1 | 53239 | ☐ | ☒ | ☐ | ALLOW CHILD ABUSE/NEGLECT (ENDANGER, (1 | 200.508.2B | 2000 | 200600116578 |
| PC | LVJCR | | 1 | 53900 | ☒ | ☐ | ☐ | DUI (1ST) | 484C.110 | 2000 | 200600116578 |
| | | | | | ☐ | ☐ | ☐ | | | | |
| | | | | | ☐ | ☐ | ☐ | | | | |
| | | | | | ☐ | ☐ | ☐ | | | | |
| | | | | | ☐ | ☐ | ☐ | | | | |

| *OTHER JURISDICTION: LVJCR | PC – PROBABLE CAUSE   BS – BONDSMAN SURRENDER   BW – BENCH WARRANT   AW – ARREST WARRANT   RM – REMAND   GJI – GRAND JURY INDICTMENT |
|---|---|

| TIME STAMP AT BOOKING | | | | | | FIRST APP DATE: | TIME STAMP AT RELEASING |
|---|---|---|---|---|---|---|---|
| 6/29/2020 2:21 AM | *ARRESTING OFFICER SIGNATURE | SAMUEL MAURICE GUERRA *PRINTED NAME | 18286 *P# | MPD *AGENCY | C4 *SECTOR/BEAT OF ARREST | TIME: | |
| | *TRANSPORTING OFFICER SIGNATURE | SAMUEL MAURICE GUERRA *PRINTED NAME | 18286 *P# | MPD *AGENCY | DTAC Area Cmd | COURT: ☐ JUSTICE  ☐ MUNICPAL  ☐ JUVENILE | |

| | *EMERGENCY CONTACT | NOTGIVEN NOTGIVEN | | CUSTODY RELEASED TO | ☐ STD BAIL   ☐ O.R. REL |
|---|---|---|---|---|---|
| | *RELATIONSHIP | NOT PROVIDED | NAME | | ☐ PC   ☐ I.A.D. |
| P# D16058M | *PHONE NUMBER | | POSITION | | JUDGE: |
| | *EMAIL ADDRESS | | AGENCY | | P# _____ |

DOC  DIST  P#

| PID:   1:1   RT   LT   RI   LI   SCORE: _____ | | | 1:N   RT   LT   RI   LI   SCORE:   SIDECEL |
|---|---|---|---|
| ☐ POLICE RECORDS COPY | ☐ COURTS COPY | ☒ DSD RECORDS COPY | ☐ PROCESSING COPY |

REL  REV  P#

LVMPD 22 (Rev. 08/17) WORD 2010

The Use and Dissemination of this Record is Regulated by Law.  Secondary Dissemination of any kind is Prohibited and could subject the offender to Criminal and Civil Liability.
This Information Released To: NICK BROWN / DES
By: _____   Date: _____
Las Vegas Metro Police Dept.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# IMPAIRED DRIVING REPORT

Event Number: __LLV200600116579__
I.D. Number: __8520141__

### THE UNDERSIGNED MAKES THE FOLLOWING DECLARATIONS SUBJECT TO THE PENALTY FOR PERJURY AND SAYS:

That I am a Police Officer with the Las Vegas Metropolitan Police Department, Clark County, Nevada being so employed for a period of 1 years. That I learned the following facts and circumstances which led me to believe that the below subject committed (or was committing) the offense of ☐ Felony Driving Under The Influence (DUI) ☒ Misdemeanor Driving Under The Influence (DUI) at the following location: 1854 E. Charleston Blvd Las Vegas, NV 89104 .

Additional offense(s) that occurred:  Child endangerment (no sbh) NRS.200.508.2B
These offense(s) occurred at approximately __2130__ hours on the __28__ day of __June__, __2020__, in the
☐ County of Clark   ☒ City of Las Vegas   ☐ City of North Las Vegas   ☐ City of Henderson   ☐ Boulder City   ☐ Mesquite

| DEFENDANT & VEHICLE | | | |
|---|---|---|---|
| Last Name **Kellogg** | First Name **Sade** | Middle Name **Renne** | Suffix (Jr., Sr., II, III, etc.) |
| Driver's License # | State/Country **NV** | Status of License: ☐ Valid ☐ Suspended ☐ Revoked (Date of Revocation) | ☐ Expired ___ to ___ ☐ No License ☒ ID Card Only |
| Vehicle Year **1999** | Vehicle Make **Honda** | Vehicle Model **Acorrd** | Body Style **4D** |
| Vehicle Color **white** | License Plate # **931J50** | License State **NV** | VIN # **JHMCG5641XC042314** |

| GIVE DETAILED INFORMATION AND CIRCUMSTANCES ON WHY THE VEHICLE WAS STOPPED AND/OR THE DRIVER WAS CONTACTED | | | | |
|---|---|---|---|---|
| ☐ Traffic Stop | ☐ Collision | Time of Call **2124** | ☒ 9-1-1 Call | ☒ Stopped/Parked Vehicle |
| ☐ DUI Checkpoint | Enroute Time | Arrival Time **2130** | | |

| VOLUNTARY CONSENT TO TESTING FOR EVIDENTIARY SAMPLE(S) / SEARCH WARRANT SECTION |
|---|
| **SUSPECTED IMPAIRMENT** |

- I am requesting that you submit to an evidentiary test to detect the presence of alcohol and/or drugs. **FYI**
  **(ALCOHOL IMPAIRMENT)** - Will you submit to a breath and/or a blood test?   ☐ Yes   ☒ No   **(CHOICE)**
  **(DRUG IMPAIRMENT)** - Will you submit to a blood test?   ☐ Yes   ☒ No

  **ONLY READ IF APPLICABLE**
- I am requesting a blood test because you have caused death or substantial bodily harm to another person as a result of your driving while impaired by a prohibited or controlled substance or an alcoholic beverage.
  Will you submit to a blood test?   ☐ Yes   ☐ No
  **(PER DISTRICT ATTORNEY'S OFFICE, FOR ALL DEATH AND SUBSTANTIAL INJURY CASES THEY REQUEST YOU OBTAIN A SEARCH WARRANT FOR BLOOD)**
- **Reason subject was not asked to submit to an evidentiary test? (Examples: Unconscious or Sedated)**

**Advised by Officer:** __S. Guerra__   **P#:** __18286__   **Date:** __06-28-2020__   **Time:** __2130__

☒ Electronic/Telephonic Search Warrant Obtained __2330__   ☒ Approved by Judge: __Martin Hastings__
☐ Time Search Warrant Process Started:
☐ Exigent Circumstances (Describe in detail why a warrant was not obtained.)

The Use and Dissemination of this Record is Regulated by Law.  Secondary Dissemination of any kind is Prohibited and could subject the offender to Criminal and Civil Liability.
This Information Released To:
By: ___ Date: ___
Las Vegas Metro Police Dept.

LVMPD 285 (REV 09-17) WORD 2013

Page 1 of 4

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
# IMPAIRED DRIVING REPORT

Event Number: __LLV200600116579__
I.D. Number: __8520141__

---

**VOLUNTARY CONSENT TO TESTING FOR EVIDENTIARY SAMPLE(S) / SEARCH WARRANT SECTION**

☒ **ADVISED THE SUBJECT OF THE DMV NOTICE AFTER WARRANT IS SERVED (APPLICABLE ONLY WHEN THEY REFUSED)**
(I am required to inform you that your license, permit or privilege to drive will be revoked and/or suspended due to refusing to submit to a voluntary sample of your blood and/or breath)

The evidentiary test was obtained:   ☒ within 2 hours of physical control
☐ past 2 hours *(Explain reason on alcohol related only.)*

---

Prior DUI Convictions: (List date of arrest(s), jurisdiction of arrest, Case Number or Event Number and date of the conviction(s) for DUI)
"This is for all DUI convictions in the last 7 years and not arrests only." "IF CONVICTED OF FELONY DUI, all future arrests are Felony DUI"
Details:

---

**EVIDENTIARY SAMPLE INFORMATION**

### Subject submitted to which evidentiary test:

Location of Test: ☒ CCDC    ☐ LV City Jail    ☐ Hospital    ☐ Other Location

☐ Breath Test Obtained    @    hours,    , 20    .    ☐ Results of Breath Test: _____

Breath Test Administered by:

☒ 1st Blood Kit (with 2 tubes) Collected    @    2354    hours,    June 28  , 20  20  :  ☒ Pending

☐ 2nd Blood Kit (with 2 tubes) Collected    @    hours,    , 20    ☐ Pending

Blood Test Drawn By: _____ J.Raftery _____    Blood Test Witnessed by: _____ S. Guerra P# 18286

☐ Urine Sample Obtained    @    hours,    , 20    .    ☐ Pending

Urine Test Witnessed by: _____

☐ Subject was unable to provide sample. *(Explain)*

---

Specimen(s) were stored and impounded at: ☒ CCDC    ☐ Las Vegas City Jail    ☐ LVMPD Traffic Bureau    ☐ Evidence Vault

---

☐ Forced sample obtained due to the following circumstances: *(Explain: Restraints or Restraint Chair used at the jail)*

---

☒ Drug(s) are suspected and a screen was requested for the following controlled substance(s):

Marijuana

---

**NARRATIVE – EXPLAIN THE 3 PHASES OF DUI DETECTION**

**VEHICLE IN MOTION** – Articulate the reasonable suspicion or Probable Cause to pull over the driver. Explain what driving pattern was observed. This includes information from witnesses or other officers. Describe how the driver reacts to the police vehicle and the manner they stopped. Include how you determined the time of physical control and the location the vehicle was stopped or contacted. List contact information for witnesses or use a separate WITNESS LIST form. (COLLISIONS ARE NOT DOCUMENTED IN THIS SECTION).

---

LVMPD 295 (REV 09-17) WORD 2013

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## IMPAIRED DRIVING REPORT

Event Number: __LLV200600116579__
I.D. Number: __8520141__

On 06-28-20 I Officer S. Guerra P#18286 along with my FTO T. Anderson 16226, while operating as marked patrol unit 3B12 were dispatched to a suspicious vehicle call at 1854 E. Charleston Blvd. Las Vegas, NV 89104.

Details of the call stated that there was a parked white sedan, bearing NV license plate 931J50, that was still running with the drivers door open in the Albertsons shopping center parking lot. Witnesses stated that there was a black female adult passed out at the wheel. They attempted to wake her up multiple times and she was not responsive. Once she did wake up she attempted to drive away multiple times, being stopped by security. The female would fall in and out of consciences while attempting to leave.

Upon arrival I observed the white sedan improperly parked in the parking lot with the keys still in the ignition

**PERSONAL CONTACT-** Articulate the reasonable suspicion or Probable Cause to have the driver exit the vehicle. This also includes any interactions at the door, including signs and symptoms of impairment, admissions of drug/medication/alcohol use, trouble with paperwork, and how they exit the vehicle. Document if the vehicle is running or not, location of the keys and the position the driver is seated. This can include your conversations at the hospital or outside the vehicle, prior to administering field sobriety tests. (COLLISION INFORMATION DOCUMENTED IN THIS SECTION). Explain what other details you obtained from your investigation.

Upon approaching the vehicle, I made contact with the female who was later identified as Sade Kellogg (DOB 07-01-1986)

The car was off with the keys in the ignition. Kellogg was sitting in the driver seat.
Upon speaking with Kellogg I immediately noticed her eyes were bloodshot red and glazed over. Kellogg's speech was noticeably slurred , I also could smell the odor of an alcoholic beverage coming from Kellogg's breath. I then asked Kellogg to exit the vehicle upon doing so she stumbled nearly falling over. On the ground on the drivers side of the vehicle there appear to be vomit that came from Kellogg.

**PRE ARREST SCREENING -** Articulate the results of the field sobriety tests and other information that assisted in the decision to arrest for DUI and/or additional charges. This would include prior arrests, citations for paraphernalia, evidence located at the stop or on the person, any admission made during the process of taking the person into custody, enroute to the jail, at the hospital, or during the booking process.

Kellogg failed the standardized field sobriety test. Kellogg displayed lack of smoth persuit in both eyes, distinct and sustained nystagmus at maximum deviation, and nystagmus onset before 45 degrees

Kellogg was not able to properly follow directions for the walk and turn test or for the one leg stand test.
For the walk and turn test she prematurely started the test, and could not keep her balance during instruction. Kellogg did not take proper heel to toe steps, with none of the heal to tow steps touching, Kellogg stepped off of the line with every step, would use her arms for balance and took 27 steps in both directions instead of the 9 that were instructed and was unable to complete a proper turn.

For the one leg stand test Kellogg would sway while balancing, use her arms for balance, hopped and put her foot down multiple times during the test.

In the vehicle there was an 4 empty containers of what appeared to be tequila 50 ml and an empty marijuana container.

In the back seat Kelloggs baby, Ase (DOB 08-08-2019)  was in a child restraint device, not properly secured in it, and the device was not fastened at all in the backseat. Baby Ase did not have a diaper on and had a soiled diaper with feces next to her by her face area.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## IMPAIRED DRIVING REPORT

Event Number: ___LLV200600116579___
I.D. Number: ___8520141___

Wherefore this Declarant prays that the Honorable Magistrate find probable cause exists to hold the above named person for trial on such charge(s).

S. Guerra P# 18286/T. Andersen P# 16226
_____
Print Name and P#

_____
Signature of Arresting Officer

Dated this ___28TH___ Day of ___June___ , 2020

_____
Signature of Supervisor / P# / Date Approved

LVMPD 295 (REV 09-17) WORD 2013

**Page 4 of 4**

**CLARK COUNTY**



# DEPARTMENT OF FAMILY SERVICES

121 South Martin Luther King Blvd
Las Vegas, Nevada 89106
(702) 455-7200

---

## NOTIFICATION OF PROTECTIVE CUSTODY HEARING

To:   SADE KELLOGG-THARP
      5370 E CRAIG ROAD 2173
      LAS VEGAS   NV    89115

Date:   06-28-2020

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pursuant to NRS 432B.470, this is to notify you that a <u>PROTECTIVE CUSTODY HEARING</u> will be held in this matter regarding:

ASE KELLOGG-THARP

**HEARING DATE:**

07-01-2020

**HEARING TIME:**

9:00 am

**LOCATION:**

Family Courts and Services Center
601 North Pecos Road   (at the corner of Bonanza Road)
Las Vegas, NV   89101

**COURTROOM:** 20

If you have questions please call ROBIN FRANKLIN at 702-455-3715.

_____          6-28-20
ROBIN FRANKLIN                         Date
CASE MANAGER / DEPARTMENT DESIGNEE
DEPARTMENT OF FAMILY SERVICES

                              9489 0090 0027 6289 0304 06

Comments: UNITY # 1470357

---

Hay servicios gratis de ayuda con otros idiomas. Para pedir un intérprete, llame por favor al Coordinador
de Servicios de Intérpretes al *671-4578*.

*Free language assistance services are available. To request an interpreter, please call the Language Assistance
Coordinator at 671-4578.*

---




**CLARK COUNTY**

**DEPARTMENT OF FAMILY SERVICES**

121 South Martin Luther King Blvd
Las Vegas, Nevada 89106
(702) 455-7200

---

## <u>SUBSTANTIATION LETTER, FACT SHEET AND APPEAL REQUEST FORM</u>

Date: <u>July 27, 2020</u>

Name: Sade Kellogg-Tharp
Address: 5370 E. Craig Rd #2173
      Las Vegas NV 89115

RE: Substantiated Investigation
Case #: 1470357
Report #: <u>1888207</u>

                              Dated: <u>07/27/2020</u>

Dear Sade,

On 06/28/2020 Clark County Department of Family Services (DFS) received a report alleging child abuse/neglect of:

Child(ren) Name(s)
KELLOGG-THARP, ASE, D.
                                  Date of Birth
                                  08-08-2019

Child abuse or neglect is defined as:

"Physical or mental injury of a non-accidental nature; sexual abuse or sexual exploitation; or negligent treatment or maltreatment as set forth in NRS 432B.140; of a child caused or allowed by a person responsible for his welfare under circumstances which indicate that the child's health or welfare is harmed or threatened with harm." NRS 432B.020 (Emphasis Added).

DFS is legally required to investigate reports of child abuse and/or neglect and determine whether to substantiate the alleged abuse and/or neglect of any children. A substantiated allegation of abuse or neglect means that a report has been investigated, and there is reasonable cause to believe any child has been abused or neglected or threatened with abuse or neglect and that credible evidence of the abuse or neglect exists. See NRS 432B.300; NAC 432B.170.

Based on its investigation, DFS has determined to SUBSTANTIATE the report referenced in this letter.

Because DFS has substantiated a report of child abuse/neglect against you, in accordance with NRS 432B.315, DFS hereby notifies you of the substantiation and that DFS intends to place your name in the Central Registry pursuant to NRS 432B.210. The Central Registry is a database maintained by the State of Nevada, Division of Child and Family Services of substantiated reports of child abuse or neglect.

The listing of your name in the Central Registry may affect your ability to become a foster or adoptive parent, childcare provider or employee of a facility for children, youth, seniors or other vulnerable persons. You may also be unable to become volunteer, contractor, employee, or grantee who provides care, custody, treatment, transportation, or supervision for children, youth, or other vulnerable persons. Please see the Central Registry Fact Sheet for more information.

In accordance with NRS 432B.315(2) and 432B.317, you may request an administrative appeal of the substantiation and DFS' intention to place your name in the Central Registry. Pursuant to NRS 432B.317(1)A: "A person to whom a written notification is sent pursuant to NRS 432B.315 may request an administrative appeal of the substantiation of the report and the agency's intention to place the person's name in the Central Registry by submitting a written request to the agency which provides the child welfare services **within 15 days after the date on which the agency sent the written notification** as required pursuant to NRS 432B.315. [Emphasis added.]

If you wish to appeal this matter, you must submit a written request to DFS using the Request for Administrative Appeal of Substantiation of Child Abuse and/or Neglect form attached to this notification **within the 15 days prescribed by law**. If you fail to submit a timely written request for administrative appeal, you will have waived and abandoned your right to appeal and your name will be placed in the Central Registry without further notice. See NRS 432B.317(4).

If you submit a timely request for an administrative appeal, DFS will review your substantiation and schedule a hearing in accordance with NRS 432B.317(2). Please be advised that your appeal will be stayed if DFS receives or has received written notification of a pending adjudicatory hearing as described in NRS 432B.317(3). If your appeal is stayed, DFS will notify you of the stay. Please be advised that a DFS substantiation remains in effect even if criminal or civil proceedings, based on the same events as those associated with the substantiation, have been initiated and subsequently dismissed or otherwise resolved.

If you have any questions about your case, please contact your Case Manager at (702) 455-1300.

Sincerely,

Nick Eason
Case Manager

Enclosures:   Request for Administrative Appeal of Substantiation of Child Abuse and/or
              Neglect Central Registry Fact Sheet

Certified Mail: ___ 9489 0090 0027 6121 6848 11 ___
<u>DISTRIBUTION:</u>
Original to Client
File

Revised 7/23/10 SAD, 9/29/10 AMJ, 1/16/14 VM,
6/26/14 VM, 5/7/15 VM, 05/26/17 AM, 10/20/17 AM
05/23/18 AM, Revised 07/25/18 AM

  

**THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.**
**THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.**
*Northwest Amexem / Northwest Africa / North America.*
**'The North Gate'.**
Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
**The true and de Jure Al Moroccans / Americans**

# Averment Of Jurisdiction - Quo Warranto
### For The Record, To Be Read Into The Record
Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

July 27, 2020

LEGAL AID CENTER OF SOUTHERN NEVADA
NICK PETSAS
725 E.CHARLESTON BLVD
LAS VEGAS, NEVADA 89104
Re: J-20-351056-P1

#### Res Judicata

**Hagans v Lavine 415 U.S. 533., There is no discretion to ignore lack of jurisdiction. Joyce v U.S. 474 2d 215; The law provides that once State and Federal jurisdiction have been challenged, it must be proven. Main v Thibouttot 100. S. Ct 2501 (1980); " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". Basso v Utah Power and Light Co. 495 F.2d 906,910.**

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for LEGAL AID CENTER OF SOUTHERN NEVADA and/or NICK PETSAS to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prima facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621

Thank You,
I Am: _____ Sade Renee El   *by sade Renee El  All Rights Reserved*
Sade Renee EL, Ex-Relatione Sade Kellogg- Tharp
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: U.C.C. 1-207/1-308; U.C.C.1-103
Northwest Amexem

cc:
Governor of State
Steve Sisolak

Secretary of State Nevada
Barbara Cegavske

  

# THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
*Northwest Amexem / Northwest Africa / North America.*
### 'The North Gate'.
### Societas Republicae Ea Al Maurikanos.
### Aboriginal and Indigenous Natural Peoples of the Land.
### The true and de jure Al Moroccans / Americans

## 𝕬berment 𝕺f 𝕵urisdiction - 𝕼uo 𝕿arranto
### For The Record, To Be Read Into The Record
#### Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

Belinda T Harris (acting as Justice of The Peace)          Febuary 20,2021
2428 North Martin Luther King Blvd
North Las Vegas, Nevada [89032]

**Re: 20CRN000800-0000**
**20FN0846X**
**21EN000006**

### Res Judicata

**Hagans v Lavine 415 U.S. 533.,** There is no discretion to ignore lack of jurisdiction. **Joyce v U.S. 474 2d 215;** The law provides that once State and Federal jurisdiction have been challenged, it must be proven. **Main v Thiboutot 100. S. Ct 2501 (1980);** " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". **Basso v Utah Power and Light Co. 495 F.2d 906,910.**

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for Belinda T Harris to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621
Thank You,

**$1,000,000 a day Pain and Suffering**                                        `I Am:_____

Sade Renee El, Ex-Relatione SADE KELLOG
Authorized Representative
Flesh and Blood Being, In Propria Persona Sui Juris

  

# THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.

*Northwest Amexem / Northwest Africa / North America.*
'The North Gate'.
Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
**The true and de jure Al Moroccans / Americans**

## Averment Of Jurisdiction - Quo Warranto
### For The Record, To Be Read Into The Record
#### Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

May 27, 2021

**STEPHANIE RICHTER** Nevada State Bar Number 12075
(acting as Chief Deputy District Attorney)
601 N.Pecos Rd., Ste 470
Las Vegas, Nevada [89101]

### Re: J-20-351056-P1

Res Judicata

**Hagans v Lavine** 415 U.S. 533., There is no discretion to ignore lack of jurisdiction. **Joyce v U.S.** 474 2d 215; The law provides that once State and Federal jurisdiction have been challenged, it must be proven. **Main v Thiboutot** 100. S. Ct 2501 (1980); " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". **Basso v Utah Power and Light Co.** 495 F.2d 906,910.

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for **STEPHANIE RICHTER Nevada State Bar Number 12075** to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621

Thank You,
**$1,000,000 a day Pain and Suffering**

Sade Renee El. Ex-Relatione SADE KELLOGG THARP
Authorized Representative
Flesh and Blood Being, In Propria Persona Sui Juris

  

# THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
### Northwest Amexem / Northwest Africa / North America.
### 'The North Gate'.
### Societas Republicae Ea Al Maurikanos.
### Aboriginal and Indigenous Natural Peoples of the Land.
### The true and de jure Al Moroccans / Americans

## Averment Of Jurisdiction - Quo Warranto
### For The Record, To Be Read Into The Record
### Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

JUVENILE DIVISION CHILD WELFARE                          July 27, 2020
PAYAL V PATEL
CHIEF DEPUTY DISTRICT ATTORNEY
601 N.PECOS RD STE 470
LAS VEGAS, NEVADA 89101
Re: J-20-351056-P1

### Res Judicata

Hagans v Lavine 415 U.S. 533., There is no discretion to ignore lack of jurisdiction. Joyce v U.S. 474 2d 215; The law provides that once State and Federal jurisdiction have been challenged, it must be proven. Main v Thiboutot 100. S. Ct 2501 (1980); " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". Basso v Utah Power and Light Co. 495 F.2d 906,910.

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for JUVENILE DIVISION CHILD WELFARE and/or PAYAL V PATEL to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states, or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621

Thank You,
I Am: _Sade renee el_
<Sade Renee El, Ex-Relatione Sade Kellogg-Tharp
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: U.C.C. 1-207/1-308; U.C.C.1-103
Northwest Amexem

cc:
United Nations
High Commissioner for Human Rights
Palais Wilson

International Criminal Court
Luis Moreno-Ocampo

International Court of Justice
Hall:-El
Peace Palace
The Hague Netherland

Interpol
Lyon, France

Honorable President Donald Trump
White House Washington DC

United States Department of State
Hillary Clinton

Great Seal National Association of Moorish Affairs
Minister :A-El / Minister Taj Tarik Bey / Minister William Salaam

United States Justice Department
Attorney General Eric H. Holder Jr.

  

# THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
*Northwest Amexem / Northwest Africa / North America.*
### 'The North Gate'.
### Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
### The true and de jure Al Moroccans / Americans

# Averment Of Jurisdiction - Quo Warranto
### For The Record, To Be Read Into The Record
#### Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

February 15, 2021

DEBORAH ROSE (acting as judicial executive assistance)
601 N. Pecos Road
Las Vegas, NV 89101

**Re:** ex.Relatione SADE KELLOGG THARP proper persona Sade Renee El (all rights reserved)

Res Judicata

**Hagans v Lavine 415 U.S. 533.,** There is no discretion to ignore lack of jurisdiction. **Joyce v U.S. 474 2d 215;** The law provides that once State and Federal Jurisdiction have been challenged, it must be proven. **Main v Thiboutot 100. S. Ct 2501 (1980);** " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". **Basso v Utah Power and Light Co. 495 F.2d 906,910.**

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for DEBORAH ROSE to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or

subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621
Thank You,

*Aode [signature] el proper persona*

*All Rights Reserved*

PG 2/2



## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by this Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is not available for International mail.
- Insurance coverage is not available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, Domestic Return Receipt; attach PS Form 3811 to your mailpiece;

PS Form 3800, April 2015 PSN 7530-02-000-9047

- To receive a duplicate return receipt for no additional fee, present this USPS-postmarked Certified Mail receipt to the retail associate.
- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

IMPORTANT: Save this receipt for your records.

PS Form 3811, July 2015 PSN 7530-02-000-9053

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven B. Wolfson
200 Lewis Avenue
Las Vegas, Nevada Republic
89101

2.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



Inst #: 20160901-0001201
Fees: $0.00
N/C Fee: $0.00
09/01/2016 01:13:56 PM
Receipt #: 2862395
Requestor:
SHERIFF CLARK COUNTY
Recorded By: KEYSCON   Pgs: 1
DEBBIE CONWAY
CLARK COUNTY RECORDER

# REINSTATEMENT OF
# OATH OF OFFICE

STATE OF NEVADA          )
                         :ss.
COUNTY OF CLARK          )

I, JOSEPH LOMBARDO, the duly elected, qualified and acting Sheriff in and for

the County of Clark, State of Nevada, do hereby reinstate the appointment of

**Clint Owensby**

This REINSTATEMENT OF OATH OF OFFICE, effective March 21, 2016, is

recorded for the purposes of reversing the recordation of a document entitled

"REVOCATION", said document having been recorded on July 21, 2014, in Book

20140721 as Instrument #0002303, in records of the Clark County Recorder.

IN WITNESS THEREOF, I have hereunto set my hand this _*17th*_ day of

_*August*_, 2016.

_____
JOSEPH LOMBARDO, SHERIFF

SUBSCRIBED AND SWORN to before me on this *17th* day of *August*,
2016.

KELLY J. MCBRIDE
Notary Public State of Nevada
No. 04-91648-1
My appt. exp. Apr. 7, 2020

_____
NOTARY PUBLIC
CLARK COUNTY, NEVADA

RETURN TO:     Las Vegas Metropolitan Police Department
               ATTN: Labor Relations
               400 South Martin Luther King Blvd
               Las Vegas NV 89106

**RECORDER'S NOTE:**
NOTARY STAMP/SEAL IS VISIBLE,
HOWEVER IT IS FRAGMENTED AND
MAY NOT BE REPRODUCIBLE
Print Date: 9/23/2021 7:56 AM          Page 1 of 1



Inst #: 201209260000684
Fees: $0.00
N/C Fee: $0.00
09/26/2012 09:38:32 AM
Receipt #: 1320080
Requestor:
SHERIFF CLARK COUNTY
Recorded By: JACKSM   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

**RECORDING COVER PAGE**
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

APN# _____

_____

_____

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
### (DO NOT Abbreviate)

_____ OATH OF OFFICE _____

_____

_____

Document Title on cover page must appear EXACTLY as the first page of the
document to be recorded.

**RECORDING REQUESTED BY:**

SHERIFFS OFFICS   (CIVIL)
_____

**RETURN TO: Name** LT RICH FORBUS
_____

**Address** 330 CASINO CENTER (CCOC)

**City/State/Zip** L.V. NV. 89155

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

**Name**_____

**Address**_____

**City/State/Zip**_____

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly—do not use page scaling.



# Oath of Office

State of Nevada   )
                  )   SS:
County of Clark   )

I _Joseph Lombardo_   do solemnly swear (or affirm) that I will support, Protect and

defend the Constitution and Government of the United States, and the Constitution and

Government of the State of Nevada, against all enemies, whether domestic or foreign, and that I

will bear true faith, allegiance and loyalty to the same, any ordinance, resolution or law of any

State notwithstanding, and that I will well and faithfully perform all the duties of the Deputy

Sheriff on which I am- about to enter, (if an oath) so help me God, (if an affirmation) under the

pains and penalties of perjury.

_____
Signature of Principal

Subscribed and sworn before me on this day

___26___ day of ____September____, 2012

Diana Alba, County Clerk                        (Seal)

By: _____
_Keri Miller_              _Deputy Clerk_

# Oath of Office

STATE OF NEVADA  ) ss.
COUNTY OF CLARK )

I, **STEVEN B. WOLFSON**, do solemnly swear (or affirm) that I will support, protect, and defend

the constitution and government of the United States, and the constitution and government of the

State of Nevada, against all enemies, whether domestic or foreign, and that I will bear true faith,

allegiance, and loyalty to the same, any ordinance, resolution, or law of any state notwithstanding,

and that I will well and faithfully perform all the duties of the office of

## CLARK COUNTY DISTRICT ATTORNEY

on which I am about to enter;  (if an oath) so help me God;  (if an affirmation) under pains and

penalties of perjury.

_____
(Signature)

Subscribed and sworn to before me this

2/st day of February, 2012

_____
(Signature)

Michael A Cherry
(Printed Name or Notary Seal)

Assoc Chief Justice
Nevada Supreme Court

**RECEIVED**

FEB 2 3 2012

**COUNTY CLERK**

# *Oath of Office*

STATE OF NEVADA   } SS:
COUNTY OF CLARK

I, **Stephanie Charter**, do solemnly swear (or affirm) that I will support,

Protect, and defend the constitution and government of the United States, and the constitution and

government of the State of Nevada, against all enemies, whether domestic or foreign, and that I

will bear true faith, allegiance, and loyalty to the same, any ordinance, resolution, or law of any

state notwithstanding, and that I will well and faithfully perform all the duties of the office of

**District Court Judge, Family Division, Department Y**

on which I am about to enter; (if an oath) so help me God; (if an affirmation) under pains and

penalties of perjury.

_____ (Signature)

Subscribed and sworn to before me this

4 day of January , 2021

_____
(Signature)

Frank P Sullivan
(Printed Name on Notary Seal)

District Court Judge
FRANK P. SULL...

RECEIVED
JAN 07 2021
COUNTY CLERK

BCC 11/16/2020 Item# 3

**FILED**

OCT 1 8 2016

CLERK

## OATH OF OFFICE

STATE OF NEVADA        )
                       )  SS:
COUNTY OF CLARK        )

I, **Margaret Pickard**, do solemnly swear that I will support, protect, and defend the Constitution and Government of the United States, and the Constitution and Government of the State of Nevada, against all enemies, whether domestic or foreign, and that I will bear true faith, allegiance, and loyalty to the same, any ordinance, resolution, or law of any state notwithstanding, and that I will well and faithfully perform all the duties of the office of  Family Division Hearing Master on which I am about to enter, so help me God.

**Margaret Pickard**

Dated this 24th day of June, 2016.

Charles J. Hoskin
Presiding Judge, Family Division

Return to:
    Regional Justice Center, 200 Lewis Ave., Las Vegas, NV  89155-2311: Attn:  Court Administration

**FILED**

OCT 1 8 2016

*Lynn Marie Guy*
CLERK

## OATH OF OFFICE

STATE OF NEVADA    )
                   )   SS:
COUNTY OF CLARK    )

I, *Beth I. Rosenblum, Esq.*, do solemnly swear that I will support, protect, and defend the Constitution and Government of the United States, and the Constitution and Government of the State of Nevada, against all enemies, whether domestic or foreign, and that I will bear true faith, allegiance, and loyalty to the same, any ordinance, resolution, or law of any state notwithstanding, and that I will well and faithfully perform all the duties of the office of *Domestic Violence Hearing Master*, on which I am about to enter, so help me God.

*Beth I. Rue*

Beth I. Rosenblum, ESQ.

Dated this 19 day of December, 2014.

State of Nevada
County of Clark
Signed and Sworn to before me on
this 19th of December, 2014

*Rebeca Barboza*

REBECA BARBOZA
Notary Public State of Nevada
No. 99-57314-1
My Appt. Exp. July 16, 2015

Return to:
Regional Justice Center, 200 Lewis Ave., Las Vegas, NV  89155-2311; Attn:  Court Administration

## OATH OF OFFICE

STATE OF NEVADA    )
                        )   SS:
COUNTY OF CLARK   )

       I, Adriana R. White, do solemnly swear that I will support, protect, and defend the Constitution and Government of the United States, and the Constitution and Government of the State of Nevada, against all enemies, whether domestic or foreign, and that I will bear true faith, allegiance, and loyalty to the same, any ordinance, resolution, or law of any state notwithstanding, and that I will well and faithfully perform all the duties of the office of Hearing Master on which I am about to enter, so help me God.

_____
Person Accepting Oath
Adriana R. White

Dated this 11th day of JAN., 2017.

_____
Presiding Judge Bryce C. Duckworth
Oath Administrator

Return to:
Regional Justice Center, 200 Lewis Ave., Las Vegas, NV 89155-2311: Attn: Court Administration

RECEIVED

MAR 2 9 2019

COUNTY CLERK

# Oath of Office

```
STATE OF NEVADA  }  SS:
COUNTY OF CLARK
```

I, __**Belinda T. "BTH"  Harris**__, do solemnly swear (or affirm) that I will support,

Protect, and defend the constitution and government of the United States, and the constitution and

government of the State of Nevada, against all enemies, whether domestic or foreign, and that I

will bear true faith, allegiance, and loyalty to the same, any ordinance, resolution, or law of any

state notwithstanding, and that I will well and faithfully perform all the duties of the office of

### Justice of the Peace, N. Las Vegas Township, Department

**3**

on which I am about to enter; (if an oath) so help me God; (if an affirmation) under pains and

penalties of perjury.

_(Signature)_

Subscribed and sworn to before me this

4th day of January, 2021

_(Signature)_

Abbi Silver Justice of the
(Printed Name on Notary Seal)
Nevada Supreme Court
Nv# 3813

BCC 11/16/2020 Item# 3



**RECORDING COVER PAGE**
(Must be typed or printed clearly in BLACK ink only and avoid printing in the 1" margins of document)

Inst #: 20210106-0002195
Fees: $0.00
01/06/2021 12:26:00 PM
Receipt #: 4352579
Requestor:
JUSTICE COURT NORTH LAS V
Recorded By: HAMMV   Pgs: 2
**Debbie Conway**
CLARK COUNTY RECORDER
Src: MAIL
Ofc: MAIN OFFICE

APN# _____

_____

_____

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
(DO NOT Abbreviate)

OATH OF OFFICE__Belinda T. Harris_____

_____

Document Title on cover page must appear EXACTLY as the first page of the document to be recorded.

RECORDING REQUESTED BY:

**TERRI MARCH, COURT ADMINISTRATOR**

RETURN TO: Name **TERRI MARCH, NORTH LAS VEGAS JUSTICE COURT**

Address **2428 N MARTIN L KING BLVD**

City/State/Zip **NORTH LAS VEGAS, NV 89032**

MAIL TAX STATEMENT TO: (Applicable to documents transferring real property)

Name_____

Address_____

City/State/Zip_____

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly—do not use page scaling.

