# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| Sade Renee El, | Case No. 2:21-cv-01910-APG-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| Stephanie A. Charter, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se and has requested to proceed *in forma pauperis* under 28 U.S.C. § 1915. (ECF No. 1). Plaintiff also submitted a complaint. (ECF No. 1-1). However, the Court finds Plaintiff's *in forma pauperis* application is incomplete because Plaintiff did not sign her complaint as required under Federal Rule of Civil Procedure 11(a). (ECF No. 1-1 at 5). Accordingly, the Court cannot grant Plaintiff's request to proceed *in forma pauperis* under 28 U.S.C. § 1915(a).

Because the Court cannot determine whether Plaintiff is eligible to proceed *in forma pauperis*, it denies her application without prejudice. Having concluded that Plaintiff is not entitled at this time to proceed *in forma pauperis*, the Court need not screen the complaint under 28 U.S.C. § 1915(e)(2)(B) which requires the dismissal of the case at any time if the Court determines that it is frivolous or malicious or fails to state a claim upon which relief can be granted or seeks monetary relief against a defendant who is immune from such relief.

1    **IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied** without prejudice as incomplete. The Clerk of Court is kindly directed to mail Plaintiff a copy of this Order along with the approved form application for a non-inmate to proceed *in forma pauperis* and the accompanying instruction packet.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **Wednesday, January 5, 2022,** which is fourteen days from the date of this Order, to submit either a: (1) complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1[1]; or (2) pay the full $402 fee for a civil action, which includes the $350 filing fee and the $52 administrative fee. Plaintiff is advised that failure to comply with this Order will result in a recommendation to the District Judge that her case be dismissed.

**IT IS FURTHER ORDERED** that Plaintiff shall attach an amended complaint to her application to proceed *in forma pauperis*, which she must file by **Wednesday, January 5, 2022**. Plaintiff is advised that an amended complaint supersedes (replaces) the original complaint and, thus, the amended complaint must be complete in itself. Therefore, a mere signature page will not be sufficient. If Plaintiff chooses to file a signed amended complaint, Plaintiff should use the Court's approved form (which can be found at https://www.uscourts.gov/forms/pro-se-forms/complaint-civil-case). Plaintiff must write the words "First Amended" above the words "Complaint for a Civil Case." Again, Plaintiff is advised that failure to comply with this Order will result in a recommendation to the District Judge that this action be dismissed.

DATED: December 22, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website at https://www.nvd.uscourts.gov/wp-content/uploads/2020/04/Local-Rules-of-Practice-Amended-2020.pdf.