sade renee el in proper persona
SADE KELLOGG THARP ex relation

Appellant,

vs.

DISTRICT COURT FAMILY DIVISION CLARK
COUNTY NEVADA, STEVEN B WOLFSON,
JENNIFER KUHLMAN

Respondent.

IN THE SUPREME
COURT OF THE
STATE OF
NEVADA

Supreme Court No.

District Court No.
J20351056P1

AMENDED
01/05/2022

## AMENDED
## APPELLANT'S ~~INFORMAL~~ BRIEF

INSTRUCTIONS: If you are an appellant proceeding pro se (without an attorney) in the Nevada Supreme Court, you must file either (1) a brief that complies with Nevada Rule of Appellate Procedure (NRAP) 28(a), or (2) a completed copy of this informal brief form, *see* NRAP 28(k), with the Nevada Supreme Court on or before the due date, *see* NRAP 31. In civil appeals, if you do not file one of these documents by the due date, the Nevada Supreme Court may dismiss your appeal. In postconviction criminal appeals, if you do not file one of these documents by the due date, the Nevada Supreme Court or Nevada Court of Appeals may decide your appeal on the record without briefing.

HOW TO FILL OUT THIS FORM: This form must be typed, unless you are incarcerated, in which case it must be clearly handwritten. You do not need to refer to legal authority or the district court record. If you are completing your brief on this form, write only in the space allowed on the form. **Additional pages and attachments are not allowed.** If typing an informal brief, you may either use the lined paper contained in this form or an equivalent number of pages of your own paper. Your brief will be stricken if you fail to

1

follow the directions in this form and the Nevada Rules of Appellate Procedure.

WHERE TO FILE THE BRIEF: You may submit your brief for filing in person or by mail.

To file your brief in person: Briefs may be submitted for filing Monday through Friday, 8:00 a.m. to 4:00 p.m.
**Carson City:** Bring the brief to the Clerk's Office at the Supreme Court of Nevada, 201 South Carson Street, Carson City, Nevada, 89701.
**Las Vegas:** Place your brief in the Clerk's Office Drop Box at the Las Vegas courthouse for the Nevada Appellate Courts, 408 East Clark Avenue, Las Vegas, Nevada, 89101.
Informal Brief Form October 2017
To file your brief by mail: Mail the brief to the Clerk of the Supreme Court of Nevada, 201 South Carson Street, Carson City, Nevada 89701. **Your brief must be postmarked on or before the due date.**

You must file the original brief and 1 copy with the clerk of the Nevada Supreme Court. If you want the clerk to return a file-stamped copy of your brief, you must file the original form and 2 copies and include a selfaddressed, stamped envelope. Documents cannot be faxed or emailed to the Supreme Court Clerk's Office.

Copies of the brief must be mailed or delivered to the other parties to this appeal or to the parties' attorneys, if they have attorneys. You must also include a proper certificate of service or complete the certificate that is attached to the informal brief form.

CAUTION: Pro se parties are prohibited from representing other parties. A pro se party may not complete a brief on behalf of other parties. Pro se parties may collaborate on their briefs, however, provided that if one brief is submitted on behalf of multiple pro se parties, each party must sign and date the brief to confirm that he or she has participated in the preparation of the brief and, by his or her signature, joins in the arguments and representations contained therein.

**Judgment or Order You Are Appealing.** List the judgment or order that you are appealing from and the date that the judgment or order was filed in the district court.

| Filed Date | Name of Judgment or Order |
| --- | --- |
| | |

| 09.14.2021 | Initial Termination of Parental Rights Hearing |
|------------|------------------------------------------------|
| 11.04.2021 | Termination of Parental Rights |
| | |

**Notice of Appeal.** Give the date you filed your notice of appeal in the district court: <u>December 7,2021</u>

**Related Cases.** List all other court cases related to this case. Provide the case number, title of the case and name of the court where the case was filed.

| Case No. | Case Title | Name of Court |
|----------|------------|---------------|
| n/a | n/a | n/a |
| | | |
| | | |

**Pro Bono Counsel.** Would you be interested in having pro bono counsel assigned to represent you in this appeal?

☐ Yes    ■ No

**NOTE:** If the court determines that your case may be appropriate for having pro bono counsel assigned, an appropriate order will be entered. Assignment of pro bono counsel is not automatic.

**Statement of Facts.** Explain the facts of your case. (Your answer must be provided in the space allowed.)

I am sade renee el in proper persona sui juris. I am a Moor American a living being born into flesh July 6,1986 not lost at sea.

June 28,2020 at 9:23pm I sade renee el in proper persona arrived at an open empty public parking grocery lot. My goal was to charge my phone momentarily while I navigate my GPS home location as I was new to the area at the time. A fraudulent call was made to 911 at 9:24pm from a lady named "Karen". Public Highwayman arrived at 9:30pm and began to harass me asking unwarranted questions. I felt very scared and fearful for my life. Public "Peace Officer" S.GUERRA #18286 noticed my baby sleeping in the back seat, and demanded I step out the car. He began to reach to his hip several times as a form of intimidation where his firearm was located

insinuating he didn't mind using it. Again out of fear for my life and now also my baby's, out of duress I removed myself from the conveyance. From there he became more aggressive asking more questions violating my rights to silence. He became agitated and then claimed I was getting arrested for a DUI. I frantically began to insist I call a family member and or close friend to get my baby. Out of ego he denied my right to liberty and my baby was left in the vehicle alone as I was kidnapped.

Although drugs are illegal, a parent's criminal activity does not authorize the government to separate a family through child neglect statutes. *Kozey v. Quarles, No. 3:04 CV 1724 MRK, 2005 WL 2387708*

After being illegally detained for 72 hours I immediately contacted CFS worker NICHOLAS EASON. Knowing my child was never abused or neglected I spoke to Nicholas Demanding my child back. Without Due process my child was kidnapped by CFS without my permission or authority.

Such knee-jerk intervention signals a return to the discredited practice of focusing on the repugnance of parental conduct. Whether prior parental conduct is blameworthy or repulsive should not be of concern to the child welfare system.

CFS continues to lie and falsify documents with no proof or evidence and 3rd party hearsay stating drug and alcohol abuse. Neglect statutes that identify drug use or possession as forms of neglect justifying removal of a child from a home fail to constitute exigent circumstances. Drug use or possession does not cause direct harm to a child and is not a guarantee of direct harm to a child, but merely poses a possibility of harm to a child. This possibility of harm is not an exigency. *Tenenbaum, 193 F.3d at 594*

"Neglect" statutes that explicitly designate drug abuse as child neglect lead to unlawful seizures within the meaning of the Fourth Amendment and should be struck down as unconstitutional. *Brokaw v. Mercer Cnty., 235 F.3d 1000, 1010 (7th Cir. 2000)*

It is a constitutional right that that no State can remove my property without first allowing my right to due process in the law. July 14,2020 I emailed NICHOLS EASON a **Violation of Human Rights Warning**. The Notice informed that CFS Las Vegas is under violation of 18 USC §242, 18 USC

§245,42 USC §1983. I also advised NICHOLAS  to cease and desist with your demand and to seek personal legal counsel if he did not understand the law. July 14,2020 I emailed a NICHOLAS a **Affidavit of Fact/Writ In The Nature Of Discovery/ Lawful Warning Notice.** The legal document was a request **for Averment of Jurisdiction** and once Jurisdiction is challenged it must be proven. According to Bill of Rights every man is endowed with certain unalienable rights which include, life, liberty and protection of property. The form also was a request to produce any contract that exist between CFS Las Vegas and sade renee el, because all law in contract and consent and  I do not consent. The Affidavit also included lawful evidence that a Statute is not Law. No statue can violate the rights secured by the people. There fore the fraudulent NRS 432B statue holds no value is in fact a illusion and  null and void.


Over 20 emails were sent to NICHOLAS EASON before the case was transferred to MICHELLE PELINO. For the record NICHOLAS EASON and MICHELLE PELINO both are NOT LICENSED. According to the State of Nevada they do not obtain a Social Workers License. These two are ILLEGALLY WORKING WITH CHILDREN.

These are a list of Affidavits and Documents that have been emailed, filedand certified mailed. Each Document stated if it was not rebutted or responded it stand  as law as admittance through silence. CFS has willfully incriminated themselves by kidnapping my children violating human rights while getting funding by way of fraud.



8/27/2020 **Writ of error** notarized **was** Filed with STEVE GIERSON

9/02/2020 **Habeas Corpus** notarized was Filled with STEVE GIERSON

It was commanded for the release of the body. All parties violated the legal document conspiring against my rights.

9/11/2020 **Affidavit of Fact Demand to Return Property** notarized was certified mailed to EIGHTH JUDICAL FAMILY COURT 70200090000205998498

9/14/2020 Documents sent to Clark County Clerks Office 70201290000175382698 and STEVE GIERSON 70201290000175382681

- **Legal Notice/Name Declaration**
- **Declaration of Ex Relatione**
- **Affirmation of Reservation of Rights**

- **American National ID Card**
- **Copy of Birth Record sent to Vital Statistic California**
- **Affidavit of Fact/ Writ in Nature of Discovery**
- **Affidavit of Fact/ Lawful Warning Notice**
- **Rebuttal Petition Line for Line**
- **Delegation of Authority Request ADRIANA RINCON WHITE/ PAYA PATEL/ STEVE GIERSON/ NICK PETAS**
- **Affidavit of Fact/Unlawful Immunization ase divine el**
- **Declaration of ex Relation ase divine el**

9/29/2020 to STEVEN WOLFSON/NICK PETAS 70200090000205999099


1/11/2021 **Judgment Lien** notarized filed with clerk of court STEVE GIERSON

1/11/2021 **Writ of Error** notarized filed with clerk of court STEVE GIERSON

2/11/2021 **Notice to Public Human Trafficking** filed with clerk of court STEVE GIERSON

2/16/2021 **Unlawful Demand of Vaccination #2** notarized filed with clerk of court STEVE GIERSON

2/16/2021 **Delegation of Authority Request DEBORAH ROSE** filed with clerk of court STEVE GIERSON


CFS then decided to retaliate against me and shorten my visitations and skype visits with my daughter. Mother daughter bonding time is very important. CFS and its agents continued further violating the Natural Mothers Constitutionally Protected rights to raise and have relations with her infant child. CFS and its agents further punished the Natural Mother by giving her even less time with her infant child and with longer durations between visitations. This is not the policy of the State of Nevada which clearly states it is to foster the parent child relationship, not try to sever based on personal bias  11/21/2021 **Complaint DYDIA GARCIA** was filed with clerk of court because I was sexually harassed and asked to take of my bra during a visit. I sent over 30 emails and made over 100 calls about the visits I was forced to have under coercion with my daughter. According to. Regenold v. Baby Fold, Inc., 369 NE 2d 858; 68 Ill 2d 419(1977) A Parent's right to custody of child is a right encompassed within protection of this amendment which may not be interfered with under guise of protecting

public interest by legislative action which is arbitrary or without reasonable relation to some purpose within competency of state to effect, appeal.

5/27/2021 **Holy Bible Entry** notarized EFiled with clerk of court STEVE GIERSON and also sent certified mail to vital Statistics California
A written birth record in the Holy Bible stands as law as proof of Live Birth. STEVEN WOLFSON and EIGTH JUDICAL COURT continue to human traffic my child by forcing her into contract with the  United States Corporation for funding purposes.

5/27/2021   **Moorish American Record of Live Birth** notarized  EFiled with clerk of court STEVE GIERSON and also sent to Vital Statistics California

5/27/2021 **Affidavit of Truth/ Live Birth** notarized was EFiiled with clerk of court STEVE GIERSON and also sent to Vital Statistics California

8/11/2021 **Motion Denying Termination of Parental Rights** notarized Efiled with STEVE GIERSON
This motion was never responded to which is admittance by silence to Human Trafficking and Kidnapping my Child as listed on the legal document.
"The state cannot diminish rights of the people." - Hurtado v. People of the State of California, 110 U.S. 516.

I have the right to be let alone the most comprehensive of rights and the right most valued by civilized men. To protect that right, every unjustifiable intrusion by the government upon the privacy of the individual, whatever the means employed, must be deemed a violation of the Fourth Amendment." - Olmstead v. U.S., 9.277 U.S. 438, 478 (1928)

CFS and EIGHTH JUDICAL COURT have denied me my due process for over 16 months. They are acting under color of law which is a crime against humanity.

ASE IS AT RISK OF INJURY IN FOSTER HOME during zoom meetings ase displayed behavioral issue with mother throwing food , excessive crying, obvious sadness in body language. Foster home also has several large canines that put ase at high risk due to family history Also during visitations I was forced out of threat and duress I noticed ase would seem very drowsy and slur her words. It is clearly evident the "foster mom" is neglecting ase. Ase is wearing clothes with holes in them. Ase always has dried snot and tear mark

all over her face showing sadness and anxiety. Ase's hair is never done and the foster mother dresses her up in boys clothes. SARAH has many other foster children and she is unhealthy. She has placed ase in several venerable situations already. SARAH is irresponsible and does not live a healthy safe lifestyle. She recently was exposed to persons of COVID-19 and became sick. My daughter then became very sick and a visitation was cancelled due to ase being in the hospital. My daughter has never been sick in my care because I am responsible. My daughter told me she is scared of Sarah and wants to be home with me.

CFS is incompetent SHALONDA ADAMS, TISHA EVANS are both acting as managers and they are also not licensed in the state. They are illegal employees working with children. I spoke to them several times in regards to my daughters abuse with SARAH and they are heartless to the fact my daughter is being molested by strangers daily. This is genocide to my family.

8/11/2021 **(2)Ethnicity and Race Identification** was filed with clerk of court STEVE GIERSON
#1 Legal document verified ase divine el is a Moor American/Indigenous
#2 Legal document verified sade renee el is a Moor American/Indigenous

8/11/2021 **(2)Petition for Name Change** notarized was filed with clerk of court STEVE GIERSON
#1 Legal document verified appellation ase divine el (all rights reserved)
#2 Legal document verified appellation is sade renee el (all rights reserved)

9/14/2021 I made a special appearance to a unlawful Initial TPR trial.

STEPHANIE ANN CHARTER was acting as judge that day and got upset when I demanded my property back. I then demanded trial by jury. I reminded her she has no jurisdiction over free national people and she is not above the law and or GOD. She continued to discriminate against me by denying me fair and equal treatment in the actions she performed, as well as assisting the Bailiff and CFS agents in carrying out their duties. Their actions against me was deliberate and intentional and I was forced to move forward with trial while being unlawfully kicked out of the room without a jury despite several demands.

9/15/2020 **Affidavit of Fact/ Writ of Motion to Dismiss** was EFiled with clerk of court STEVE GIERSON

I attest to the  fact that I am aware that my constitution unalienable rights are being violated and I do not tolerate it and I demand the immediate return

of my property/daughter. I reminded all parties of the several violations and provided case law, US Constitution law and Nevada state law.

It was also emphasized that If they did not respond and or rebut to this affidavit in three (3) business days this affidavit will stand as proof to admittance of fraud, treason, conspiracy, genocide to my family, denied due process, human trafficking a minor, common law violations, oath and affirmation violations and intentionally depriving me of fundamental rights and liberties guaranteed by the Constitution to be free from excessive government intervention and criminal Nevada State abuse. The affidavit was never rebutted in writing.


9/15/2021 **Discovery Request** was Efiled with clerk of  court STEVE GIERSON

Trial was fraudulently set to take place If you do not respond and rebut to this affidavit in three (3) business days this affidavit will stand as proof to admittance of fraud, treason, conspiracy, genocide to my family, denied  due process, human trafficking a minor, common law violations, oath and affirmation violations and intentionally depriving me of fundamental rights and liberties guaranteed by the Constitution to be free from excessive government intervention and criminal Nevada State abuse. November 4th 2021. As I am the Natural Mother in Pro Se status I gave a lawful request. I emailed acting as attorney general STEPHANIE RIHTER also demanding discovery and spoke to her on the phone. Her attitude was very erratic and unprofessional as she denied my lawful demand and hung up in my face. STEPHANIE RIHTER lied and stated On October 20th Discovery was emailed to me folder. I have sent over 35 affidavits stating to certify mail any documents. STEPHANIE RIHTER deliberately tried to hide important needed information for preparation of kangaroo court. This was 35 days after my initial lawful demand and 15 days before trial.


11/04/2021 I made a special appearance to the defacto TPR Trial out of threat duress and coercion.

I immediately stated for the record no one in that room has authority jurisdiction over free living beings. STEPHANIE ANN CHARTER began to practice law from the bench threatening me. I had copy of her Oath and Reminded her she is to protect and uphold the constitution, she is a public servant and all rights are retained by the people. She continued to commit treason and took a 10 minute break. Once back from break I demanded  a trial by jury which she denied therefore the power of God stepped in and I informed her anyone who breaks the law is a outlaw and I will not participate as a accessory to conspiracy and

racketeering as I left the room. Nevada Constitution Article 1 Section 3. "The right of trial by jury shall be secure to all and remain inviolate forever..." "Simmons v. United States, 390 U.S 377 (1968) "The claim and exercise of a Constitution right cannot be converted into a crime"... "a denial of them would be a denial of due process of law". We have long recognized the US Constitution Fifth Amendment's Due Process Clause, "No person shall be held to answer for a capitol, or other infamous crime, unless on a presentment or indictment of a Grand Jury."

From there I made several phone calls and sent several emails demanding my child and information on what happened when I left the colorable  court. No one has responded or replied also proving more incompetence unprofessionalism, bias, anger, attempted genocide and slavery to my family.

11/23/2020 Affidavit of Return of Property and Trespass was EFiled with clerk of court STEVE GIERSON

The Affidavit gave remedy to the matter. My child/property was to be returned home to me within 72 hours. The affidavit also stated or you agree by acquiescence that they are committing a crime against the rights of the people, knowingly committing trespasses while being paid and conspiring against the people, and shall be considered as one breaking the law with knowledge and partaking in an attack against the people. It reminded all parties any attempt to take a child or separate any child without the judgement of a jury that has found some harm as an entity being involved with CFS under title IV programs and other similar programs will be considered as a trespass against the people.

I have sent over 300 emails demanding  my child back also over 80 affidavits, writs, defaults, escheat letters, habaes corpus, violation warnings etc.

I have also filed a Federal Lawsuit with CFS and EIGHTH JUDICAL FAMILY COURT AND DISTRICT ATTORNEYS OFFICE for Treason , Human Trafficking, Violation of Oath of Office, Falsified documents, RICO Scheme and Crimes against humanity.

CFS is trafficking my child for funding purposes. They are in violation. Please refer to the Social Security Act 1935 (1101 (6)(d) (CFS creation Law) (d) Nothing in this Act shall be construed as authorizing any Federal official, agent, or representative, in carrying out any of the provisions of this Act, to take charge of any child over the objection of either of the parents of such child, or of the person standing in loco parentis to such child.

The liberty interest of the family encompasses an interest in retaining custody of one's children and, thus, a state may not interfere with a parent's custodial rights absent due process protections. Langton v. Maloney, 527 F Supp 538, D.C. Conn. (1981).

"Parents interest in custody of her children is a liberty interest which has received considerable constitutional protection, a parent who is deprived of custody of his or her child, even though temporarily, suffers thereby grievous loss and such loss deserves extensive due process protection." In the interest of Cooper, 621 P 2d 437; 5 Kansas App Division 2d 584 (1980)

The U.S. Supreme Court has repeatedly held that parents have a fundamental right to make decisions as to the companionship, care, custody, and management of their children, which right is a protected liberty interest under the due process clause of the Fourteenth Amendment. *Troxel v. Granville, 530 U.S. 57, 65–66, 120 S.Ct. 2054, 2060 (2000)*

"No bond is more precious and none should be more zealously protected by the law as the common bond between parent and child" Carson V Elrod, 411 F Supp 6445, 549 DC VA (1976)

A child has a constitutionally protected interest in the companionship and society of his or her parent. *Ward v. San Jose (9th Cir. 1992)*

CFS, its agents, EIGHTH JUDICAL FAMILY COURT, and CLARK COUNTY DITRICT ATTORNEYS acted beyond the bounds of lawful authority, but in such a manner that the unlawful acts were done while the official was purporting or pretending to act in the performance of their official duties. The parties above committed and misused their power.

My Right to Procedural Due Process has been Violated. CFS denied me the fundamental right to a fair procedure before having my child removed by the intentional use of fraudulent evidence during the procedure. *Morris v. Dearborne (5th Cir. 1999)*

Cases in which parents allegedly misuse drugs or alcohol but do not neglect their child fail to justify such drastic state intervention. The lack of causation between parental drug use and harm to a child, the child's interest in staying with his natural family, and the bleak outlook for a child in the foster care system demonstrate that the government's interest does not outweigh the individual privacy interests of a child in cases involving alleged drug use.

"A parent's right to the custody of his or her children is an element of "liberty" guaranteed by the 5th amendment of the United States Constitution." Metter of Gentery 369 NW 2d 889, MI (1983)

The US Constitution Article VI: This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the constitution or laws of any State to the contrary notwithstanding.

Actions can only be governed by the people as stated in **THE CONSTITUTION OF THE STATE OF NEVADA** see Article 1 Section 20. Nevada Revised Statues, Chapter 432B and 128 has no authority and is without mercy. Justice without mercy is Godless, and therefore repugnant to the United States Constitution.

**Statement of District Court Error.** Explain why you believe the district court was wrong. Also state what action you want the Nevada Supreme Court to take. (Your answer must be provided in the space allowed.)

I sade renee el ex relatione SADE KELLOGG THARP, declare and affirm that I am the mother, parent and owner of ase renee el and that pursuant to the 14th Amendment of the United States Constitution and case law from state appellate and federal district courts and up to the U.S. Supreme Court, all affirming the absolute Constitutional right of parents, that no State can remove my property without first allowing my right to due process in the law.

EIGHTH JUDICAL FAMILY COURT and CFS have violated the Nevada Constitution Article 1 Section 3. "The right of trial by jury shall be secure to all and remain inviolate forever..." "Simmons v. United States, 390 U.S 377 (1968) "The claim and exercise of a Constitution right cannot be converted into a crime"... "a denial of them would be a denial of due process of law". We have long recognized the US Constitution Fifth Amendment's Due Process Clause, "No person shall be held to answer for a capitol, or other infamous crime, unless on a presentment or indictment of a Grand Jury."

EIGHTH JUDICAL FAMILY COURT and CFS knew, or reasonably should have known that their actions would cause emotional distress to the Natural Mother and her child. The Natural Mother and her child have suffered from emotional distress and will continue to in the foreseeable future. This suffering was a direct and proximate result of the EIGHTH JUDICAL FAMILY COURT and CFS actions in concert with the state officials each of them, continued and ongoing conspiracy to deprive the Natural Mother and her child of their federally protected rights.

- 18 USC §241 - CONSPIRACY AGAINST RIGHTS:
- 18 USC §242 - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW •



- 18 USC §1512B - ENGAGES IN MISLEADING CONDUCT:
- 18 USC §2071 - CONCEALMENT, REMOVAL, OR MUTILATION GENERALLY
- 42 USC §1985(3) - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS

EIGHTH JUDICAL FAMILY COURT and CFS have committed crimes in order to violate the Natural Mothers rights and they lose the immunity granted in them through the state's authority, these crimes include Deprivation of Rights Under the Color of Law and Conspiracy Against Rights. The Defendant committed a misuse of power, possessed by virtue of state law, and made possible only because the wrongdoer was clothed in the authority of state law.

The EIGHTH JUDICAL FAMILY COURT and CFS perform the public functions providing foster and adoptive placements, care, and services for children who are dependents of the courts of the entire United States, the Defendants federal funding is nationwide.

EIGHTH JUDICAL FAMILY COURT and  its members have violated
THE CONSTITUTION OF THE STATE OF NEVADA
Article One Sec. 18. **Unreasonable seizure and search; issuance of warrants.**   The right of the people to be secure in their persons, houses, papers and effects against unreasonable seizures and searches shall not be violated; and no warrant shall issue but on probable cause, supported by Oath or Affirmation, particularly describing the place or places to be searched, and the person or persons, and thing or things to be seized.

All Law is contract therefore in order for any claim to be made the contract must be produced. For STEPHANIE ANN CHARTER ADRIANA RINCON

WHITE,STEPHANIE RICHER, BETH ROSENBLUM, STVEN B.WOLFSON, BELINDA T HARRIS Eighth Judicial court Clark County, PAYAL V PATEL, Department of Family Services Las Vegas, NICHOLAS EASON, MICHELLE PELINO, and NICK PETAS to imply that the Writ in the Nature of Discovery does not have to be honored is a violation of my Constitutionally Secured Rights to Due Process of Law.

*The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.*

"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2."

As the hearing master/magistrate Eighth Judicial Court Las Vegas ADRIANA RINCON WHITE, STEPHANIE ANN CHARTER does not have jurisdiction to listen to, hear arguments and presentations.

As a Magistrate/ Hearing Master ADRIANA RINCON WHITE, STEPHANIE ANN CHARTER refusal to honor the Writ in the Nature of Discover and Notice of Default Judgment is a violation of her oath of office to uphold the United States Constitution.

As a Magistrate who should be well versed in law, ADRIANA RINCON WHITE, STEPHANIE ANN CHARTER knowingly committed fraud as she knowingly has been administering in a capacity which she does not have jurisdiction, delegation of authority, or judicial powers delegated from the legislature

*"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be*

_____

_____

— _____

_____

— _____

_____

— _____

*construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."*

*"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially". <u>Thompson v. Smith</u> 154 SE 583.*

*Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rational." ASIS v. US, 568 F2d 284.*

*Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities." Burns v. Supp. Ct., SF, 140 Cal. 1.*

I have continuously filed with the clerk of court STEVE GIERSON several documents that have not been rebutted or disputed which stand as legal facts and evidence of fraud and genocide to my family which includes but not limited to (see attachments) : Affidavits of Facts, Writ of Error, Judgement Lien, Affidavit of Habaes Corpus Ad Subjiencudm, Writ of Habeaus Corpus Ad Subjiendum, Affidavit of Fact Demand for Immediate Return of Property, Writ of Motion to Dismiss and Affidavit of request for production of documents amongst several delegation of authority request and other documents and complaints.

## <u>Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)</u>

Note: By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person). **When a judge acts as a trespasser of the law**, when a judge does not follow the law, the Judge loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect. The U.S. Supreme Court stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."

Again for the record members of EIGHTH JUDICAL FAMILY COURT and members of the DISTRICT ATTORNEYS OFFICE LAS VEGAS continue to violate my  unalienable rights, falsify documents and breaking there oath to the Nevada and US Constitution.

Please take further notice that the liberty interest of a Mother and their child is not allowed to be interfered with by a state or agency or agents/actors in a partnership. Their agreement for title IV with CFS Las Vegas and EIGHTH JUDICAL FAMILY COURT gives a gross conflict of interest as an agency and makes them have unclean hands. Here the Supreme Court tells you the State Government can't interfere with these rights and can't provide what parents can, yet they seem to feel empowered to be able to take a child with NO JURY, which is mandatory based on the Nevada Constitution, before removing any Liberty as shown in the Authorities above. As you are government/agency/corporation /Private Entity, for profit it is my wish, demand, and requirement that you provide me with the constitutional grants of authority that give you power to take children from parents, preventing their care, custody and control.

I pray, in the name of Jesus Christ, that this notice reaches you in peace, good fortune and blessings and that your heart will be moved to do the righteous thing as the time for godly correction and restoration is at hand.
I demand the immediate return of my property my child ase divine el. At the very least this matter be reviewed by a competent honorable judge.

By: Sade Renee El        Autograph: Sade Renee El

Appellation: Sade Renee El

DAte: 1/5/2022



XRAYED US MARSHALS SERVICE

Nevada Republic [89115]

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 07 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

Clerk of Court
District of Nevada
333 Las Vegas Blvd RM #1334
Las Vegas, Nevada Republic
[89101]