Sade Renee El in proper person
SADE KELLOGG THARP ex relation

c/o 5370 East Craig road
Las Vegas,
Nevada Republic [89115]
Sui Juris



7020 1810 0001 9091 9433

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

Sade Renee El in proper persona
SADE KELLOGG THARP ex relation

      Plaintiff /Respondent

vs.

FAMILY COURT, STEVEN B WOLFSON
JENNIFER KUHLMAN
Et al +16

      Defendant

)  District Case no. J20351056P1
)  ___FILED       ___F___/ED
)  ___ENTERED     ___SERVED ON
)                 COUNSEL/PARTIES OF RECORD
)
)        JAN 0 7 2022
)
)  CLERK US DISTRICT COURT
)  DISTRICT OF NEVADA
)  BY: _____  DEP IT
)
)  Motion for Filing into Case/Request for
)  Extension if needed/ Notice of
)  Amended Complaint

## Motion for Filing Into Case

I Sade Renee El attest to the fact I received documents 01/05/2022 verifying a "order" denying motion for FP due to lack of autograph/signature.

For the Record I filed in person initially with the clerk of court who verified all documents and it was confirmed and accepted with signature and autograph.

There is no postmark date to confirm when documents where sent from UNITED DISTRICT COURT OF NEVADA to Sade Renee El.

I sade Renee El Attest to the fact I Amended my complaint 1/5/2022

I sade Renee El Attest to the fact I completed a application to proceed in forma pauperis which was certified mailed 1/5/2022 tracking number 7020 1810 0001 9091 9433

If needed due to the fact I did not received order #3 in a timely manner,

If the documents submitted today are not acceptable I demand 5 business days.

Sade Renee El in proper persona sui juris

Date: 01/05/2022