RECEIVED ____ ENTERED ____ SERVED ON COUNSEL/PARTIES OF RECORD

FEB 11 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

## UNITED STATES DISTRICT COURT
for the

sade renee el (sui juris)
in proper persona
all rights reserved UCC 1-207 UCC 1-308

_____
*Plaintiff/Petitioner*

v.

CHILD FAMILY SERVICES LAS VEGAS, BETH ROSENBLUM
STEVEN B. WOLFSON, *Defendant/Respondent* JOE LOMBARDO LAS VEGAS METRO POLICY ENFORCERS S. GUERRA #18286 P. ANDERSON #16266
STEPHANIE A. CHARTER, ADRIANA RINCON WHITE, TISHA EVANS, BELINDA T. HARRIS, SHALONDA ADAMS
NICK EASON, MICHELLE PELINO, PAYAL PATEL, EIGHTH JUDICAL FAMILY COURT LAS VEGAS

Civil Action No. 2:21-CV-01910-APG-DJA

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **N/A** .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

**I am not incarcerated and I am not employed.**

My gross pay or wages are: $ **0** , and my take-home pay or wages are: $ **0** per
(specify pay period) **N/A** .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☒ No
(b) Rent payments, interest, or dividends ☐ Yes ☒ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No
(d) Disability, or worker's compensation payments ☐ Yes ☒ No
(e) Gifts, or inheritances ☐ Yes ☒ No
(f) Any other sources ☐ Yes ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 0

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value):

I dont have a automobile, real estate, stock, bond, security, trust, jewelry, art work, or other finacial instruments or things of value including any items of value held in someone else's name.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):

No

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Zero, None, Nobody, Nothing

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):

No, None

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 2/7/2022

Sade Ren[signature] / Autograph

Sade Renee El
Printed name / Title

FROM:
Sade Renee El
All Rights Reserved Sojourner
5870 East Craig Road #2173
Las Vegas, Nevada Republic
[89115]

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 11 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                          DEPUTY

TO:
Clerk of Court
333 Las Vegas Blvd S.
Las Vegas, Nevada Republic
[89101]

# UNITED STATES POSTAL SERVICE®

## PRIORITY®

EXPECTED DELIVERY DAY: 02/12/22

USPS TRACKING® #

9505 5103 5616 2040 2590 08

- Date of deli
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2



