ENTERED _____ SERVED O:
COUNSEL/PARTIES OF RECORD

APR 18 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

NCOA Appellation
Your ~~Name:~~ Sade Renee El in proper persona Sui Juris ~~all rights reserved~~
c/o Address: 9308 South Chicago Ave #491, Chicago Territory, Illinois [60617]
Telephone: (415) 684-2289
Email Address: sade.kellogg@gmail.com

## DISTRICT COURT
## CLARK COUNTY, NEVADA

Sade Renee El (all rights reserved)
Plaintiff, Applicant

vs. CHARTER et all + 18

Defendant. Respondent

CASE NO.: 2:21-CV-01910
DEPT:

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that (☒ *check one*) ❏ Plaintiff / ❏ Defendant has new contact information.

Your ~~Name:~~ Appellation: Sade Renee El (all rights reserved)
c/o Street Address: 9308 South Chicago Ave #491
City, State, Zip: Chicago, Illinois [60617]
Phone Number: (415) 684-2289
Email Address: sade.kellogg@gmail.com

DATED (*month*) April (*day*) 15, 2022.

~~Submitted~~ By: (~~Signature~~) Autograph ▶ Sade Renee El all rights reserved
Printed ~~Name~~ Appellation: Sade Renee El
UCC 1-308

## CERTIFICATE OF MAILING

7021 2720 0000 0220 4774

I, (*your name*) Appellation Sade Renee El... declare under penalty of perjury under the law of the State of Nevada that I served this ***Notice of Change of Address*** on (*date of mailing: month*) April (*day*) 15, 20 22, by depositing a copy in the U.S. Mail in the State of Nevada, postage prepaid, addressed to:

7021 2720 0000 0220 4744

Name of Person Served: Clerk of Court
Address: 333 S Las Vegas Blvd.
City, State, Zip: Las Vegas, NV [89101]

DATED (*month*) April (*day*) 15, 20 22.

Submitted By: (*Signature*) ▶ Sade Renee El. aRR.
Printed Name: Sade Renee El aRR.
Appellation

**FROM:** Sade Renee El
c/o 9308 South Chicago Ave #491
Chicago, IL [60617]

**TO:** Clerk of Court
333 South Las Vegas Blvd
Las Vegas, NV [89101]

FILED
ENTERED
COUNSEL/PARTIES OF RECORD

APR 18 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

USPS PRIORITY MAIL
$12.70
APR 15 22
89101
R2304N116848-10

CERTIFIED MAIL
7021 2720 0000 0220 4744

PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PRESS FIRMLY TO SEAL