Appellation: sade renee el in proper persona
C/O: 9308 south Chicago ave 491
Chicago Illinois Republic [60617]
Telephone: 415 684 2289
Email Address: sade.kellogg@gmail.com

_____FILED          _____RECEIVED
_____ENTERED        _____SERVED ON
                    COUNSEL/PARTIES OF RECORD

MAY 17 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sade Renee El in proper persona<br>Petitioner,<br>vs.<br>_STEPHANIE ANN CHARTER ET.,Al<br><br>Defendant. | CASE NO.: 2:21-cv-01910-APG-DJA |

### REQUEST TO EXTEND TIME TO ANSWER

I, Sade Renee El in proper persona am the petitioner for Case # 2:21-cv-01910-APG-DJA

I have not been served the finding and recommendation Filed 04/29/2022. I am now aware of the report and recommendation by DANIEL J ALBREGTS. I have not been able to file and serve an Answer within 14 days to defend this action and request an Order granting an extension of time to file the Answer and Amend Complaint.

Good cause exists as to why I have not filed an Answer, specifically *(explain why you have not filed your Answer)*: Petioner was not sent information via mail, it was not notified to her. Petitoner became aware by randomly logging into Pacers and noticing filed document.

_____

_____

_____

_____

_____

Request to Extend Time to Answer

1

I request the Court sign an Order extending the time to answer or otherwise respond to (*insert new deadline to file your Answer*) 5/13/2022.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED (*month*) _____May_____ (*day*) 13 , 20 22.

By: (*your autograph*) _Sade renee el in proper persona_
(*appellation*) _Sade Renee El_
_all Rights Reserved_

Appellation: Sade Renee El in proper
persona
C/O: 9308 South Choicago ave 491
Chicago Illinois Republic [60617]
Telephone: 415 684 2289
Email Address: sade.kellogg@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sade Renee El in proper persona<br>Petitioner, | CASE NO.: 2:21-cv-01910-APG-DJA |
| Defendant.STEPHANIE ANN CHARTER ET., Al | **CERTIFICATE OF SERVICE** |

I, declare under penalty of perjury under the law of the State of Nevada that the following is true and correct. That I served the: *(check all that apply)*

- [ ] Motion
- [ ] Answer
- [ ] Financial Disclosure Form
- [x] Opposition
- [ ] Reply
- [ ] Exhibit Appendix
- [x] Other: Extension

In the following manner: *(check one)*  `7017 1000 0000 3855 4502`

☐ **Mail:** By depositing a copy in the U.S. Mail, postage prepaid, on
(date you mailed it) __May 13_____, 20 22 addressed to:

*(Print the name and address of the person you mailed the document to)*
333 South Vegas Blvd
Las Vegas, Nevada Territory
[89101]

☐ **Electronic:** Through the Court's electronic service system on *(date)*
_____

DATED *(today's date)* __May 13_____ 20 22
By: *(autograph)* __Sade Renee el in proper person__
*print your appellation)* __Sade Renee El all Rights reserved__

Moorish American, National¡¡ AA022144
℅ Nine Three Zero Eight South Chicago Avenue
Four Nine One
Near Chicago, Illinois Territory
NON DOMESTIC WITHOUT US

CERTIFIED MAIL
7017 1000 0000 3855 4502

FILED _____ RECEIVED
ENTERED _____ SERVED ON
_____ COUNSEL/PARTIES OF RECORD

MAY 17 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Clerk of Court
333 South Las Vegas Blvd
Las Vegas, Nevada Territory
[89101]

XRAYED US MARSHALS SERVICE

Postage Paid - Taxe Perçue
742 AFFIXED/UPU 144
18 USC 1701: No Mail
Obstruction Generally
Moorish DPO Bag
FOREIGN OFFICE OF ORIGIN