CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. — RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

___ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 23 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

LAS VEGAS NV 890
14 APR 2022 PM 5

quadient
FIRST-CLASS MAIL
IMI
$000.53
04/14/2022 ZIP 89101
043M31229339
US POSTAGE

2:21cv1910

U.S. MARSHALS SERVICE

Sade Renee El
5370 East Craig Road Unit 2173
Las Vegas, N

NIXIE    891    FE 1700    0005/21/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 89101706934    *9879-04429-14-39

## Clerk Entries

[2:21-cv-01910-APG-DJA El v. Charter et al](#)

IFP

## United States District Court

### District of Nevada

### Notice of Electronic Filing

The following transaction was entered on 4/14/2022 at 10:57 AM PDT and filed on 4/14/2022
**Case Name:**    El v. Charter et al
**Case Number:**    [2:21-cv-01910-CDS-DJA](#)
**Filer:**
**Document Number:** 9(No document attached)

**Docket Text:**
**CLERK'S NOTICE that in order to create a caseload for U.S. District Judge Cristina D. Silva, this case is reassigned to Judge Cristina D. Silva for all further proceedings. All further documents must bear the correct case number 2:21-cv-01910-CDS-DJA. (no image attached) (ABG)**

**2:21-cv-01910-CDS-DJA Notice has been electronically mailed to:**

**2:21-cv-01910-CDS-DJA Notice has been delivered by other means to:**

Sade Renee El
5370 East Craig Road Unit 2173
Las Vegas, NV 89115

