

**Judgments, Minute Orders/Orders & Writs**

2:21-cv-01910-CDS-DJA El v.
Charter et al

IFP

## United States District Court

### District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 7/27/2022 at 11:57 AM PDT and filed on 7/27/2022
**Case Name:** El v. Charter et al
**Case Number:** 2:21-cv-01910-CDS-DJA
**Filer:**
**Document Number:** 16

**Docket Text:**
**REPORT AND RECOMMENDATION. IT IS RECOMMENDED that Plaintiffs amended complaint (ECF No. [15]) be dismissed without prejudice. IT IS FURTHER RECOMMENDED that Plaintiff be given leave to file a third amended complaint to the extent she believes she can cure the noted deficiencies. Objections to R&R due by 8/10/2022. Signed by Magistrate Judge Daniel J. Albregts on 7/27/2022. (Copies have been distributed pursuant to the NEF - KF)**

**2:21-cv-01910-CDS-DJA Notice has been electronically mailed to:**

**2:21-cv-01910-CDS-DJA Notice has been delivered by other means to:**

Sade Renee El
9308 South Chicago Ave. #491
Chicago, IL 60617

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=7/27/2022] [FileNumber=10772008-0] [c37cc6a1f594cde775a024d5cdb821d840a560e9da0e6adea855c9cfcd0f03d59c29512ddec13acf38762b229196ef17d75a5171b8d3de7d1fc02b1b00da474c]]