

Sade Renee El (in proper persona)
c/o 9308 South Chicago road 2173
Chicago territory, Illinois Republic [60617]

## UNITED STATES DISTRICT COURT
### For District of Nevada
### Civil Division

| | |
|---|---|
| Sade Renee El ...<br>　　　　Petitioner/ Plaintiff<br>vs.<br><br>Stephanie Ann Charter , Et.; al<br>　　　　Defendants | CASE NO.: 2:21-cv-01910-APG-DJA |

## REQUEST TO EXTEND TIME TO ANSWER

I, Sade Renee El in proper persona sui juris am the petitioner in this case. I have not been able to file and serve an Answer/ Amended complaint within 21 days after the service of the Summons and Complaint, or the time allowed .I intend to defend this action and request an Order granting an extension of time to file the Answer.

Good cause exists as to why I have not filed an Answer, specifically due to not receiving the document until 8/12/2022. Now that the document has been received I can respond/answer and request a 21 day extension.

7017 1000 0000 3860 8556
Mailed 8/15/2022



I request the Court sign an Order extending the time to answer or otherwise respond to by September 5, 2022.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED August 15, 2022  Certified mail 7017 1600 0000 3860 8656

By: (*your autograph*) _____ (in proper persona)
(*print your appellation*) Gale Renee El (in proper persona)

Appellation: Sade Renee El in proper persona
C/O: 9308 South Chicago ave 491
Chicago Illinois Republic [60617]
Telephone: 415 684 2289
Email Address: sade.kellogg@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sade Renee El in proper persona<br>Petitioner, | CASE NO.: 2:21-cv-01910-APG-DJA |
| Defendant.STEPHANIE ANN CHARTER ET., Al | CERTIFICATE OF SERVICE |

I, declare under penalty of perjury under the law of the State of Nevada that the following is true and correct. That I served the: *(check all that apply)*

☐ Motion        ☒ Answer        ☐ Financial Disclosure Form
☐ Opposition    ☐ Reply         ☐ Exhibit Appendix
☒ Other: Extension

In the following manner: *(check one)*

☒ **Mail:** By depositing a copy in the U.S. Mail, postage prepaid, on

(*date you mailed it*) August 15 , 2022 addressed to:

(*Print the name and address of the person you mailed the document to*) Clerk of court
333 Las Vegas Blvd. South
Las Vegas, NV
[89101]            7017 1000 0000 3860 8656

☐ **Electronic:** Through the Court's electronic service system on (*date*) 7017 1000 0000 3860 8656

DATED (*today's date*) August 15          2022.
By: (*autograph*) Sade Renee El (in proper persona)
*print your appellation*) Sade Renee El (in proper persona)

CERTIFIED MAIL

7017 1000 0000 3860 8656

Sade Rene' El (in propper personal)
c/o 9308 South Chicago Ave 4 91
Chicago territory, Illinois Republic
[60617]

FILED _____ RECEIVED
ENTERED _____ SERVED ON
        COUNSEL/PARTIES OF RECORD

AUG 18 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Honorable
Clerk of Court
333 Las Vegas Blvd South
Las Vegas, NV
[89101]