FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 6 2022    8.24.2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

Sade Renee El (in proper persona)
c/o 9308 South Chicago road 491
Chicago territory, Illinois Republic [60617]

## UNITED STATES DISTRICT COURT
### For District of Nevada
### Civil Division

| | |
|---|---|
| Sade Renee El ...<br>　　　Petitioner/ Plaintiff<br>vs.<br>Stephanie Ann Charter, Et.; al<br>　　　Defendants | CASE NO.: 2:21-cv-01910-APG-DJA |

### MOTION TO EXTEND TIME TO ANSWER

I, Sade Renee El in proper persona sui juris am the petitioner in this case. July 27, 2022, a report and recommendation was filed for third amended complaint by Judge Daniel J. Albregts. I have not been able to file and serve an Answer/ Amended complaint within 14 days after the service of the Summons and Complaint, or the time allowed .I intend to defend this action and request an Order granting an extension of time to file the Answer.

Good cause exists as to why I have not filed an Answer, specifically due to not receiving the document until 8/12/2022. Now that the document has been received I can respond/answer and request a 21 day extension. Also this is my second request to extend time due to the confusion that was filed August 16,2022.

7017 1000 0000 3855 4526

I request the Court sign an Order extending the time to answer or otherwise respond to by September 22, 2022.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED August 24, 2022

By: (*your autograph*) _Sadi Rsyne El_

(*print your appellation*) _Sade Ryree El_

8.24.2022

Sade Renee El (in proper persona)
c/o 9308 South Chicago road 491
Chicago territory, Illinois Republic [60617]

## UNITED STATES DISTRICT COURT
### For District of Nevada
### Civil Division

| | |
|---|---|
| Sade Renee El ...<br>      Petitioner/ Plaintiff<br>vs.<br><br>Stephanie Ann Charter , Et.; al<br>      Defendants | CASE NO.: 2:21-cv-01910-APG-DJA |

### MOTION TO EXTEND TIME TO ANSWER

I, Sade Renee El in proper persona sui juris am the petitioner in this case. August 24, 2022, a report and recommendation was ordered and stated Plaintiff may file a second amended complaint within 14 days of this Order. I have not been able to file and serve an Answer/ Amended complaint within 14 days after the service of the Summons and Complaint, or the time allowed .I intend to defend this action and request an Order granting an extension of time to file the Answer.

Good cause exists as to why I have not filed an Answer, specifically due to not receiving the document as it was sent back from USPS 8.22.2022 and I don't have access to the document but requested it emailed by the clerk of court. This order should not have been granted because I sent in a motion to extend time for my 3rd amended complaint. If this order remains valid I will need 21 additional days from time of receipt to respond.

7017 1000 0000 3855 4526

I request the Court sign an Order extending the time to answer or otherwise respond to by September 22, 2022.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED August 24, 2022

By: *(your autograph)* _____

*(print your appellation)* Sady Rineeti

Appellation: Sade Renee El in proper persona
C/O: 9308 South Choicago ave 491
Chicago Illinois Republic [60617]
Telephone: 415 684 2289
Email Address: sade.kellogg@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sade Renee El in proper persona<br>Petitioner, | CASE NO.: 2:21-cv-01910-APG-DJA |
| Defendant STEPHANIE ANN CHARTER ET., AL | **CERTIFICATE OF SERVICE** |

I, declare under penalty of perjury under the law of the State of Nevada that the following is true and correct. That I served the: *(check all that apply)*

☐ Motion   ☒ Answer   ☐ Financial Disclosure Form
☐ Opposition   ☐ Reply   ☐ Exhibit Appendix
☒ Other: Extension for July 27 and August 24, 2022

In the following manner: *(check one)*

☐ **Mail:** By depositing a copy in the U.S. Mail, postage prepaid, on 7017 1000 0000 3855
*(date you mailed it)* August 24, 2022 addressed to:   4526

*(Print the name and address of the person you mailed the document to)*
333 Las Vegas Blvd South
Las Vegas, NV
[89101]

☐ **Electronic:** Through the Court's electronic service system on *(date)* _____.

DATED *(today's date)* August 24, 2022
By: *(autograph)* Sade is veir El
*print your appellation)* Sade Renee El

Nuqlish/American National # AF722214)
Nine Three Zero Eight South Chicago Avenue
Four Nine One
New Chicago, Illinois Republic
Non-Domestic Without US

CERTIFIED MAIL

7017 1000 0000 3855 4526

FILED ___  ENTERED ___
___ RECEIVED
___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 6 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

[1910]

XRAYED US MARSHALS SERVICE