Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada
### Civil Division

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 29 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Case No. 2:21-cv-01910-APG-DJA
*(to be filled in by the Clerk's Office)*

Sade Renee El in proper persona sui juris
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Stephanie Ann Charter, CHILD FAMILY SERVICES et al.,
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sade Renee El |
| Street Address | 9308 South Chicago ave 491 |
| City and County | Chicago |
| State and Zip Code | Illinois Republic [60617] |
| Telephone Number | 415 684 2289 |
| E-mail Address | sade.kellogg@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | STEPHANIE ANN CHARTER |
| Job or Title *(if known)* | acting as magistrate EIGHTH JUDICAL FAMILY COURT |
| Street Address | 601 Pecos Road |
| City and County | las vegas, clark county |
| State and Zip Code | Nevada Republic [89115] |
| Telephone Number | (702) 455-0032 |
| E-mail Address *(if known)* | deptylc@clarkcountycourts.us |

Defendant No. 2

| | |
|---|---|
| Name | STEVEN B WOLFSON |
| Job or Title *(if known)* | acting as CLARK COUNTY DISTRICT ATTORNEY |
| Street Address | 601 north pecos road suite 470 |
| City and County | las vegas, clark county |
| State and Zip Code | Nevada Republic [89101] |
| Telephone Number | (702) 280-7715 |
| E-mail Address *(if known)* | unknown |

Defendant No. 3

| | |
|---|---|
| Name | STEPHANIE RICHTER |
| Job or Title *(if known)* | acting as chief deputy attorney CLARK COUNTY |
| Street Address | 601 north pecos road suite 470 |
| City and County | las vegas, clark county |
| State and Zip Code | Nevada Republic [89101] |
| Telephone Number | (702) 280-7715 |
| E-mail Address *(if known)* | unknown |

Defendant No. 4

| | |
|---|---|
| Name | EIGHTH JUDICIAL FAMILY COURT LAS VEGAS |
| Job or Title *(if known)* | Child/Human Trafficking Business/ Corporation |
| Street Address | 601 north pecos road |
| City and County | las vegas, clark county |
| State and Zip Code | Nevada Republic [89101] |
| Telephone Number | unknown |

ADDITIONAL Defendants
ATTACHMENT #1

Defendant No.5

Name: S GUERRA #18286

Job or Title (If Known): (acting as)( Policy Enforcer Las Vegas Metropolitian Police Department)

Street Address: 400 south martin luther king boulevard

City and County: las vegas, clark county

State and Zip Code  Nevada Republic [89106]

Telephone Number (If Known) (702) 828-2294


Defendant No.6

Name: P. ANDERSON #16266

Job or Title (If Known): (acting as)( Policy Enforcer Las Vegas Metropolitian Police Department)

Street Address: 400 south martin luther king boulevard

City and County: las vegas, clark county

State and Zip Code:  Nevada Republic [89106]

Telephone Number (If Known) : (702) 828-2294


Defendant No.7

Name: ADRIANA RINCON WHITE

Job or Title (If Known): (acting as) (Magistrate Eighth Judicial Family Court Las Vegas)

Street Address: 601 north pecos road

City and County: las vegas, clark county

State and Zip Code:  Nevada Republic [89115]

Telephone Number (If Known) : unknown

Defendant No.8

Name: BELINDA T.HARRIS

Job or Title (If Known): (acting as) (Magistrate Eighth Judicial Family Court Las Vegas)

Street Address: 601 north pecos road

City and County: las vegas, clark county

State and Zip Code: Nevada Republic [89115]

Telephone Number (If Known) : unknown


Defendant No.9

Name: NICHOLAS EASON

Job or Title (If Known): (acting as) (case worker child family services las vegas)

Street Address: 601 north pecos road

City and County: las vegas, clark county

State and Zip Code: Nevada Republic [89115]

Telephone Number (If Known) : (702) 455-2028

Email :     Nicholas.eason@clarkcountynv.gov


Defendant No.10

Name: MICHELLE PELINO

Job or Title (If Known): (acting as) (case worker child family services las vegas)

Street Address: 601 north pecos road

City and County: las vegas, clark county

State and Zip Code: Nevada Republic [89115]

Telephone Number (If Known) : (702) 455-8062

Email :     michelle.pelino@clarkccountynv.gov

Defendant No.11

Name: TISHA EVANS

Job or Title (If Known): (acting as) (case worker child family services las vegas)

Street Address: 601 north pecos road

City and County: las vegas, clark county

State and Zip Code: Nevada Republic [89115]

Telephone Number (If Known) : unknown

Email : evanst@clarkcountynv.gov


Defendant No.12

Name: SHALONDA ADAMS

Job or Title (If Known): (acting as) (case worker child family services las vegas)

Street Address: 601 north pecos road

City and County: las vegas, clark county

State and Zip Code: Nevada Republic [89115]

Telephone Number (If Known) : (702) 455-5739

Email : Shalonda.adams@clarkcountynv.gov


Defendant No.13

Name: PAYA PATEL

Job or Title (If Known): (acting as) (clark county district attorney)

Street Address: 601 north pecos road suite 470

City and County: las vegas, clark county

State and Zip Code: Nevada Republic [89115]

Telephone Number (If Known) : unknown

Email: paya.patel@clarkcounty.org

Defendant No.14

Name: JOE LOMBARDO

Job or Title (If Known): (acting as) (las vegas Sheriff)

Street Address: 400 south martin luther king boulevard

City and County: las vegas, clark county

State and Zip Code: Nevada Republic [89106]

Telephone Number (If Known) : (702) 828-3111


Defendant No.15

Name: BETH ROSENBLUM

Job or Title (If Known): (acting as) (clark county public defender)

Street Address: 1291 galleria drive suite 230

City and County: Henderson

State and Zip Code: Nevada Republic [89014]

Telephone Number (If Known) : unknown


Defendant No.16

Name: NICK PETAS

Job or Title (If Known): (acting as) (non-profit children's attorney)

Street Address: unknown

City and County: las vegas, clark county

State and Zip Code: Nevada Republic [89115]

Telephone Number (If Known) : unknown

Email :         npetsas@lacsn.org

Defendant No. 17

Name: DYDIA GARCIA

Job or Title (If Known): acting as agent for CHILD FAMILY SERVICES LAS VEGAS

Street Address: South Visitation Site

City and County: las vegas, clark county

State and Zip Code: Nevada Republic [ unknown]

Telephone Number (If Known): (702) 455-1814

Email: Unknown

E-mail Address *(if known)*  unknown

**# Please see Attachment #1 for additional Defendants**

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question         ☒ Diversity of citizenship

☒ Human Right Violations   ☒ RICO

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Treaty of Peace and Friendship of 1789 and 1836 between the Moroccan Empire and United States, Common Law, Supreme Court Rulings, Constitution of the Unites States of America 1789 Article 3 Section 1, 2, Constitution of the United States of America 1789 Article 6, The Constitution of Nevada Article 1, Section 1,3,5,8,16,17,18,19,20 ....
*Continued Please see Attachment #2.

### B. If the Basis for Jurisdiction is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    The defendant, *(name)* _____, is a citizen of
    the State of *(name)* _____. Or is a citizen of
    *(foreign nation)* _____.

  b.  If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under
    the laws of the State of *(name)* _____, and has its
    principal place of business in the State of *(name)* _____.
    Or is incorporated under the laws of *(foreign nation)* _____,
    and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

✲ Please see Attachment #3

_____

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

✶ Please see Attachment #4 amended complaint

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney    IN PROPER PERSONA, SUI JURIS

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: autograph  06/03/2022   Amendend - 9/20/22

Signature of Plaintiff/Petitioner   sade renee el all rights reserved
Printed Name of Plaintiff/Petitioner   Sade Renee El

### B. For Attorneys

Date of signing: _____

Signature of Attorney        _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Street Address              _____
State and Zip Code          _____
Telephone Number            _____
E-mail Address              _____

**Attachment #2**

18 U.S. Code § 242.Deprivation of rights under color of law
18 U.S. Code § 241.Conspiracy against rights
18 USC §1001 -- STATEMENTS OR ENTRIES GENERALLY
18 USC §1512B - ENGAGES IN MISLEADING CONDUCT
26 USC §7214 - OFFENSES BY OFFICERS AND EMPLOYEES OF THE UNITED STATES
42 USC §1985 (3) COUNTS - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS
18 USC §3571 (5) COUNTS - VIOLATION OF OATH OF OFFICE
18 USC §3571 DENIEDPROPER WARRANT(S), DENIED RIGHT OF RESONABLE ARGUMENTS (RECORDS)
18 USC §3571 DENIED RIGHT TO TRUTH IN EVIDENCE
18 USC §3571 SLAVERY FORCED COMPLIANCE NO CONTRACT
18 USC §3571 TREASON
18 USC §1091 GENOCIDE
18 USC §876   MAIL THREATS
18 USC §1001 FRAUD
18 USC §1001 FALSIFICATION OF DOCUMENTS
18 USC §1621 PERJURY
18 USC §1963 RACKETEERING (Criminal)
18 USC §1964 RACKETERRING (Civil)
Declaration of 1959 Rights of a Child Principal 3 and Principal 9 , 25
Bill of Rights Amendment 1, Amendment 4, Amendment 5
Universal Declaration of Human Rights Articles 7,10,11,12,15,23,24,25,31,33,37
Canon Rule 1-1-1.3; Canon Rule 2 1-2.10; Canon Rule 3. 9-3.11