All documents must be given full faith and credit. Affidavits, Writ of Errors and Quo Warrantos were sent and not rebutted verify fraud and guilt by acquiescence.


Please see all affidavits that were sent.

_____ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 29 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY





# THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
*Northwest Amexem / Northwest Africa / North America.*
'The North Gate'.
Aboriginal and Indigenous Natural Peoples of the Land.
The true and de jure Al Moroccans / Americans

Averment Of Jurisdiction - Quo Warranto
For The Record, To Be Read Into The Record
Notice to Agent is Notice to Principal -- Notice to Principal is Notice to Agent.

**STEPHANIE ANN CHARTER**
601 North Pecos Road "FAMILY COURT HOUSE"
Near Las Vegas Nevada Territory [89155]

April 22, 2022
Re: 20-CR-010109 JBJ 20 36105 6- P1

### Res Judicata
Hagens v Lavine 415 U.S. 533., There is no discretion to ignore lack of jurisdiction. Joyce v U.S. 474 2d 215; The law provides that once State and Federal jurisdiction have been challenged, it must be proven. Main v Thibeutot 108. S. Ct 2501 (1980); " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". Basso v Utah Power and Light Co. 495 F.2d 906,910.

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for **REGIONAL JUSTICE CENTER** and/or **STEPHANIE ANN CHARTER** to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction as required by Law, per Article III, Section 1 of the United States Republic Constitution.

**PUBLIC HAZARD BONDING OF CORPORATE AGENTS** All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621

Honorable
Sade Renee El
Flesh and Blood Living Being, In Propria Persona
Authorized Representative Beneficiary
Ex-Relatione SADE KELLOGG THARP ens legis

  

**THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.**
**THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.**
*Northwest Amexem / Northwest Africa / North America.*
*'The North Gate'.*
**Societas Republicae Ea Al Maurikanos.**
**Aboriginal and Indigenous Natural Peoples of the Land.**
**The true and de jure Al Moroccans / Americans**

## Averment Of Jurisdiction - Quo Warranto

For The Record, To Be Read Into The Record
Notice to Agent is Notice to Principal — Notice to Principal is Notice to Agent.

July 27, 2020

JUVENILE DIVISION CHILD WELFARE
PAYAL V PATEL
CHIEF DEPUTY DISTRICT ATTORNEY
601 N.PECOS RD STE 475
LAS VEGAS, NEVADA 89101
Re: J-20-351956-PI

### Res Judicata

Hagans v Lavine 415 U.S. 533., There is no discretion to ignore lack of jurisdiction. Joyce v U.S. 474 2d 215; The law provides that once State and Federal jurisdiction have been challenged, it must be proven.  State v Taimonist 199, S, St 2924 (1999); " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided".  Banco v Utah Power and Light Co. 495 F.2d 906,910.

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for JUVENILE DIVISION CHILD WELFARE and/or PAYAL V PATEL, to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials 'are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, wilfully and contrary to such oath states any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621

Thank You,
I Am:  _by. Appli Darrell_  All Rights Reserved
<Sade Rones El, Ex-Rautions Sade Kellogg-Thorp
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved; U.C.C. 1-20971-308; U.C.C.1-103
Northwest Amexem

cc:
Governor of Nevada
Steve Sisolak

State of Nevada
Secretary of State
Barbara Cegavske

2.

certified mail . 7020 0090 0002 0599 8498
part 1.

  

# THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
*Northwest Amexem / Northwest Africa / North America.*
### 'The North Gate'.
### Societas Republicae Ea Al Maurikanos.
### Aboriginal and Indigenous Natural Peoples of the Land.
### The true and de jure Al Moroccans / Americans

# Averment Of Jurisdiction - Quo Warranto
### For The Record, To Be Read Into The Record
#### Notice to Agent is Notice to Principal -- Notice to Principal is Notice to Agent.

September 11, 2020

Adriana Rincon:White / *Steven Gierson*
200 Lewis Ave, Las Vegas, NV 89101
LAS VEGAS, NEVADA 89101

Re: J-20-351056-P1

## Res Judicata
Haigens v Levine 415 U.S. 533., There is no discretion to ignore lack of jurisdiction. Joiyce v U.S. 474 2d 215; The law provides that once State and Federal jurisdiction have been challenged, it must be proven. Main v Thibordet 403. S. Ct 2591 (1983); " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". Basso v Utah Power and Light Co. 495 F.2d 906,910.

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for *Eighth Judicial Court / Las Vegas/County* or and/or *Adriana Rincon:White* to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per , Article III, Section 1 of the United States Republic Constitution."

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name; address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621
Thank You,

*Pain and Suffering*
*$1,000,000 a day*

I Am: *by: Sade Renee El   All Rights Reserved*
<Sade Renee El, Ex-Relatione Sade Kellogg-Tharp
Authorized Representative
Flesh and Blood Being, In Propria Persona

3.

  

# THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
### Northwest Amexem / Northwest Africa / North America.
### 'The North Gate'.
### Societas Republicae Ea Al Maurikanos.
### Aboriginal and Indigenous Natural Peoples of the Land.
### The true and de jure Al Moroccans / Americans

## Averment Of Jurisdiction - Quo Warranto
### For The Record, To Be Read Into The Record
### Notice to Agent is Notice to Principal -- Notice to Principal is Notice to Agent.

Febuary 20,2021

Belinda T Harris (acting as Justice of The Peace)
2428 North Martin Luther King Blvd
North Las Vegas, Nevada [89032]

Re: 20CRN000300-0000
20FN6846X
21EN009606

### Res Judicata

Hagans v Lavine 415 U.S. 533., There is no discretion to ignore lack of jurisdiction. Joyce v U.S. 474 2d 215; The law provides that once State and Federal jurisdiction have been challenged, it must be proven. Main v Thiboutot 100. S. Ct 2501 (1980); " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". Basso v Utah Power and Light Co. 495 F.2d 906,910.

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for Belinda T Harris to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621
Thank You.
$1,000,000 a day Pain and Suffering

I Am:
Sade Renee El, Ex-Relations SADE KELLO[...]
Authorized Representative
Flesh and Blood Being, in Propria Persona Sui Juris[...]

4.

7020 2450 0000 0245 1655

  

## THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
*Northwest America / Northwest Africa / North America.*
'The North Gate'.
Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
The true and de jure Al Moroccans / Americans

## Averment Of Jurisdiction - Quo Warranto
For The Record, To Be Read Into The Record
Notice to Agent is Notice to Principal -- Notice to Principal is Notice to Agent.

July 27, 2020

LEGAL AID CENTER OF SOUTHERN NEVADA
NICK PETSAS
725 E.CHARLESTON BLVD
LAS VEGAS, NEVADA 89104
Re: J-20-351056-P1

### Res Judicata

Nagaza v Lavine 415 U.S. 533., There is no discretion to ignore lack of jurisdiction. Joyce v U.S. 474 2d 215; The law provides that once State and Federal jurisdiction have been challenged, it must be proven. State v Thiboutot 100. S. Ct 2501 (1980); " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". Basso v Utah Power and Light Co. 495 F.2d 906,910.

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for LEGAL AID CENTER OF SOUTHERN NEVADA and/or NICK PETSAS to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpraction bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prima facie evidence and grounds to impose a lien upon the official personally to ensure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621

Thank You,
I Am: _____ Sade Renea El __*by- sade Renea el  All Rights Reserved*__
Sade Renea El., Ex-Relatione Sade Kellogg- Tharp
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: U.C.C. 1-207/1-308; U.C.C.1-103
Northwest America

cc
Governor of State
Steve Skolak

Secretary of State Nevada
Barbara Cegavske

6.

7020 0090 0002 0599 8498

  

# THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
### *Northwest Amexem / Northwest Africa / North America.*
### 'The North Gate'.
### Societas Republicae Ea Al Maurikanos.
### Aboriginal and Indigenous Natural Peoples of the Land.
### The true and de jure Al Moroccans / Americans

## Averment Of Jurisdiction - Quo Warranto
### For The Record, To Be Read Into The Record
### Notice to Agent is Notice to Principal -- Notice to Principal is Notice to Agent.

December 21, 2020 4 February 2020

Steven B. Wolfson
200 Lewis Avenue
Las Vegas, Nevada Republic [89101]

Re: J-20-351056-P1, 20FC91009 and any other case numbers related to :

ex.Relatione SADE KELLOGG THARP proper persona Sade Renee El (all rights reserved)

### Res Judicata

Hagens v Lavine 415 U.S. 533., There is no discretion to ignore lack of jurisdiction. Joyce v U.S. 474 2d 215; The law provides that once State and Federal jurisdiction have been challenged, it must be proven. Main v Thiboutot 100. S. Ct 2501 (1980); " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". Basso v Utah Power and Light Co. 495 F.2d 906,910.

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for Steven B. Wolfson to produce for the record, the physical documented "Delegation of Authority", as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621
Thank You,

I Am:
<Sade Renee El, Ex-Relatione SADE KELLOGG THARP
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: U.C.C. 1-207/1-308;   Northwest Amexem

7.



ATTACHMENT 4B (3 pages)



Jim Luther
Nevada Republic
89032

Steven B. Wolfson
200 Lewis Avenue
Las Vegas, Nevada Republic
89101

2.



3.

M Gmail    ATTACHMENT 4C.    Sade Renee El <sade.kellogg@gmail.com>
(2 pages)

## Sade Renee El/ Immediate Demand
2 messages

Sade Renee <sade.kellogg@gmail.com>                                    Thu, Jul 23, 2020 at 1:37 PM
To: Nicholas Eason <Nicholas.Eason@clarkcountynv.gov>, evanst@clarkcountynv.gov, PAYAL_PATEL@clarkcountynv.gov,
NPETSAS@laosn.org, Michelle.palirio@clarkcountynv.gov

Greetings,

I have not been able to see my daughter and dr get any information of the status of her wellbeing and information of her care and health with her new foster family placement since Sunday 7/19/2020.

Nicholas Eason was assigned to this case 6/29/2020 and had 10 days to transfer the case over to the permanent worker.

Due to Nicholas Eason's incompetence and unprofessionalism, he has delayed the process and did not transfer the case over until 7/20/2020 which was 20 days past his limit (15 business days).

Keep In mind Nicholas Eason has FALSIFIED DOCUMENTS and is a party to the kidnapping of my daughter Ase Divine El.

Not only has Nicholas Eason acted immoral but also unethical causing genocide and slavery to my family.

It is against our beliefs and religious system as a Moor, and also a violation of Color of Law, Human Rights and Treaty of Peace and Friendship which will be brought up in Federal Court, that a child be separated from the DIVINE CREATOR her MOTHER. (Moorish Zodiac Constitution)

I have contacted the FBI and I will be also pursuing an investigation on top of a Federal suit against Nicholas Eason and Department of Family Services Las Vegas NV.

Please see attachment of the Affidavit and Violation Warning Denial of Rights under Color of Law that was sent out 7/13 and has been ignored and will get brought up in Federal Court. (Document also sent to INTERPOOL and United Nations)

I am demanding immediate information on/of my daughter and demanding immediate visitation to see her and check on her mental/physical health.

_____

  Virus-free. www.avast.com

_____

2 attachments

📄 Violation Warning.pdf
    21K

📄 Affidavit.pdf
    152K

Sadaye El <sade.kellogg@gmail.com>
To: ray sunn <divine.sovereign1@gmail.com>

Thu, Aug 13, 2020 at 7:54 PM

[Quoted text hidden]

2 attachments

Violation Warning.pdf
21K

Affidavit.pdf
152K

2.

# M Gmail     ATTACHMENT 4D     Sade Renee El <sade.kellogg@gmail.com>
## (2 pages)

## Trial this afternoon - witnesses
**3 messages**

---

**Payal Patel <Payal.Patel@clarkcountynv.gov>**                                    **Wed, Aug 19, 2020 at 10:19 AM**
To: Sade Renee <sade.kellogg@gmail.com>; Nick Petsas <NPetsas@laosn.org>

Good morning Sade, my understanding is your parents are in town today for the trial. Do you intend on calling either of
them as witnesses for the trial?

Get Outlook for iOS

---

**Sadaye El <sade.kellogg@gmail.com>**                                    **Wed, Aug 19, 2020 at 10:55 AM**
To: Payal Patel <Payal.Patel@clarkcountynv.gov>

I am Sade Renee El  all rights reserved and I will be making a special appearance today.

My mother and father will also be making a special appearance today.

May I remind you I am a Moor American, a LIVING BEING mother and divine creator to Ase Divine El all rights reserved
and I do not fall within the courts jurisdiction.

Who are you? Whats your status?

[Quoted text hidden]

---

**2 attachments**



**Legal Notice RV Boy Sadaye EI.jpg**
1855K



**Sade Renee El Identification Card.JPG**
76K

---

**Sadaye El <sade.kellogg@gmail.com>**                                    **Wed, Aug 19, 2020 at 11:05 AM**
To: Payal Patel <Payal.Patel@clarkcountynv.gov>

fyi

I have sent appropriate documents to vital statistics in regards to name change and legal status for myself and my
daughter. I am a Moor American and your courts and members do not have jurisdiction over me and my child.

On Wed, Aug 19, 2020 at 8:19 AM Payal Patel <Payal.Patel@clarkcountynv.gov> wrote:
[Quoted text hidden]

3 attachments





# THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
*Northwest Amexem / Northwest Africa / North America.*
### 'The North Gate'.
Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
The true and de jure Al Moroccans / Americans

## Averment Of Jurisdiction - Quo Warranto
For The Record, To Be Read Into The Record
Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

STEPHANIE RICHTER Nevada State Bar Number 12075                    May 27, 2021
(acting as Chief Deputy District Attorney)
601 N. Pecos Rd., Ste 470
Las Vegas, Nevada [89101]

**Re: J-20-351056-P1**

### Res Judicata

Hagens v Levine 415 U.S. 533., There is no discretion to ignore lack of jurisdiction. Joyce v U.S. 474 2d 215; The law provides that once State and Federal jurisdiction have been challenged, it must be proven. Main v Thiboutot 100. S. Ct 2501 (1980); " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". Basso v Utah Power and Light Co. 495 F.2d 906,910.

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for STEPHANIE RICHTER Nevada State Bar Number 12075 to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prima facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621
Thank You,

$1,000,000 a day Pain and Suffering

Sade Renee El, Ex-Relatione SADE KELLOGG THARP
Authorized Representative
Flesh and Blood Being, In Propria Persona Sui Juris

5.

9590 9402 5707 9346 4447 20




ATTACHMENT
4E
(19 pages)

**Moorish National Republic Federal Government**

**Moorish Divine and National Movement of the World**

**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**

**∿ ~ 'Temple of the Moon and Sun' ~ ∿**

**∿ ~ Societas Republicae Ea Al Maurikanos ~ ∿**

**The True and De jure Natural Peoples ~ Heirs of the Land**

---

## AFFADAVIT OF FACT PETION TO DENY MOTION

## DEMAND FOR IMMEDIATE RELEASE OF PROPERTY

1.
2. sade renee el ( all right reserved) in proper persona sui juris
3. Ex relatione nom de guerre SADE KELLOGG THARP
4. c/o 5370 East Craig Road 2173
5. Las Vegas Nevada Republic [89115]
6. (415) 684-2289

7.          EIGHTH JUDICIAL DISTRICT COURT (acting as)
8.                FAMILY DIVISION
9.          CLARK COUNTY, NEVADA REPUBLIC

10. In the Matter of the Parental Rights as to          ) #-J-20-351056P1
11. ase divine el in proper persona (all rights reserved)  ) Department Y
NOM DEGUERRE  14th Amendment Denationalized Deffacto Strawman  ) Courtroom 14
ASE DIVINE KELLOGG-THARP, ASE' KELLOGG-THARP          )

7020 2450 0000 0248 0129

12.

NOTICE THIS DOCUMENT WAS WRITTEN AND CREATED JULY 15, 2021 ( see affidavit of verification ) THIS DOCUMENT WAS E FILED WITH THE CLERK OF COURT STEVE
12. GIERSON  JULY 20,2021. PLEASE SEND PROOF WHEN DOCUMENT WAS SENT
13. CERTIFIED MAIL. THIS DOCUMENT WAS HAND DELIVERED TO PETITIONER
14. AUGUST 8, 2021.

15.                 DENIED MOTION TO TERMINATE PARENTAL RIGHTS

16.  ACTING AS/UNDER color of law, the CLARK COUNTY DEPARTMENT of Family Services

17. ("Department"), by and through acting as Clark County District Attorney's Office, by and through

18. acting as STEVEN B. WOLFSON, and acting as Chief Deputy District Attorney

19. STEPHANIE RICHTER do not have the authority, jurisdiction or the God Given right to terminate Parental Rights

20. of Natural Divine Creator sade renee el.

21. ///

1.                 DENIED MEMORANDUM OF POINTS AND AUTHORITIES

2.  1. Actions can only be governed by the people as stated in THE CONSTITUTION OF THE STATE OF NEVADA see Article 1 Section 20. Nevada Revised Statues, Chapter 432B and 128

3.  has no authority and is without mercy. Justice without mercy is Godless, and therefore repugnant to the
4.  United States Constitution. Eighth Judicial District Court has kidnapped the minor and has not proven for the record jurisdiction.

5.  2. In proper persona ase divine el ,Nom Degnerre Strawman ASE DIVINE KELLOGG THARP

6.  ASE KELLOGG THARP was born August 8, 2019 during a home birth. The order to create the  US Corporation birth certificate bond

7.  at California Republic is denied due to ase divine el a natural living being has a Moorish Live

8.  Record of Birth and a Living Family Holy Bible Live Birth Record. Those documents have been notarized and witnessed and sent via certified mail Vital Statistic California and e filed with STEVE GIERSON acting as Clerk of Court Nevada.

4/12

9. 3. Ase a Moor American is currently being denationalized as a 14th amendment subject and held hostage and captive by a defacto foster home which is unlawfully licensed

10. by the department where she was forcibly placed by the department.

11. Ase, Mother and "we the people" has never, waived any rights, signed any contracts, given consent

12. permission or authority to the Juvenile Court to adjudicate or exercise jurisdiction over any matters

13. pertaining to our life, property, persons, security and liberty. A "Writ of Error and Default Judgment on top of numerous affidavits including a writ of habeas corpus

14. was Efiled with acting as clerk of court STEVE GIERSON and sent via certified mail.

15. The department is in violation of … full faith and credit…

16. Divine creator sade renee el in proper persona nom de guerre SADE KELLOGG THARP all rights reserved

17. 4th amendment

18. 4th amendment

19. 4th amendment

20. 4th amendment

21. 4th amendment

1. Divine creator sade renee el in proper persona has no need to establish or prove to any corporations maternity

2. Job 41:11: "Whatsoever is under the whole heaven is mine." Ezekiel 18:4: "Behold, all souls are mine; as the soul of the father, so also the soul of the son is mine." Exodus 19:5: "Now therefore, if ye will obey my voice indeed, and keep my covenant, then ye shall be a peculiar treasure unto me above all people: for all the earth is mine." Psalms 50:12: "If I were hungry, I would not tell thee: for the world is mine, and the fullness thereof." Proverbs 8:14: "Counsel is mine, and sound wisdom: I am understanding; I have strength.

3. 5. Acting as the "Department" as mother previously stated she had a sperm donor for conception.

4. She reserves her rights at all times

5. 4th amendment

6. 4th amendment

7. 6. The movant of this motion has continued to deny friends and family by way of consanguinity to take

8. guardianship and provide home to ase divine el. Mother has proof of several attempts to get her offspring with friends and family.

.CONSPIRACY AGAINST RIGHTS—USC 18 §241 If two or more persons conspire to injure, 'oppress, threaten, or intimidate any person in any State in the free exercise or enjoyment of any right, they shall be fined under this title or imprisoned not more than ten years, or both.

9.      7. ase divine el is a Moor American. She is protected by Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire.

10. "A state cannot refuse to give foreign nationals their treaty rights because of fear that valid

11. international agreements may possibly not work completely to the satisfaction of state authorities. 1

12. Under the supremacy clause of the United States Constitution Art. VI, clause 2, state policies as to the rights of aliens to inherit must give way to overriding federal treaties and conflicting arrangements."

*Kolovrat v. Oregon, 366 U.S. 187, 194, 81 S.Ct. 922 (1961)*, which the Supreme Court of the United States decided the following.

13. The United Nations Declaration on the Rights of Indigenous Children avers the following:

Article 6 Every indigenous individual has the right to a nationality

14.               DENIED FACTUAL BACKGROUND

15. Where as (Hoke vs. Henderson,15, N.C.15,25 AM Dec 677) stated in a supreme court case ruling

16. "…That statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land."

17. 10. <u>FALSIFIED COMMENCEMENT OF CASE</u>: Please provide for the record and on the record the party in

18.  which had a concern of the mother alleged alcohol abuse. For the record please provide evidence and

19. proof of mother being arrested for DUI April 21,2020. The Department continues to falsify documents go

20. off 3ʳᵈ party hearsay and lie on reports with no proof or evidence or sworn affidavits supporting their

21. claims and is again charged with Treason, Conspiracy and Genocide. The court and its acting members have no jurisdiction over free living beings.

Hear, O Israel; The Lord our God is one Lord: And thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy mind, and with all thy strength: this is the first commandment. And the second is like, namely this, Thou shalt love thy neighbor as thyself. There is none other commandment greater than these" (Mark 12:29-31).

1. 11. <u>DENIED CASE PLAN</u>

2. Ase Divine El is presently being held hostage as prize and deprived of her liberty under

3. color of state law within purview of the plausible 14ᵗʰ Amendment, contrary to and in

4. violation of the supreme Law of the Land under Article VI, clause 2 of the Constitution

5. for the United States Republic of North America.

6. "...The right to be let alone—the most comprehensive of rights and the right most valued by civilized men. To protect that right, every unjustifiable intrusion by the government upon the privacy of the individual, whatever the means employed, must be deemed a violation of the Fourth Amendment." (Olmstead v. U.S., 277 U.S. 438, 478, 1928)

7. 12. DENIED TRIAL HOME VISIT   THE CONSTITUTION OF THE STATE OF NEVADA

8. Article One Sec. 18.  Unreasonable seizure and search; issuance of warrants.   The right of the people to be secure in their persons, houses, papers and effects against unreasonable seizures and searches shall not be violated; and no warrant shall issue but on probable cause, supported by Oath or Affirmation, particularly describing the place or places to be searched, and the person or persons, and thing or things to be seized.

9. 13. BABY PRISON CAMP: ase is currently being held hostage by

10. a hybrid European who is not familiar with mothers religions, heritage and customs.

11. ase is currently going through separation anxiety as she is being denied bonding time with her natural mother

> "No state shall convert a liberty into a license, and charge a fee therefore." (Murdock v. Pennsylvania, 319 U.S. 105)

12. sade renee el all rights reserved sui juris in proper persona is demanding the  immediate release and return of her offspring ase divine el.

13. DFS has continued to commit fraud and holding the child hostage from divine creator touch, reach and

14. sight. CONSPIRACY TO INTERFERE---USC 42 §1985 If two or more persons in any State or Territory

15. conspire for the purpose of depriving, either directly or indirectly any persons rights the party so

16. injured or deprived may have an action for the recovery of damages against any one or more of the

17. conspirators.

18. The court and its members have no authority or jurisdiction to adopt a permanency plan to terminate

19. god given rights.

20. MALACHI 3:8 "Will a man rob God?

21. ///

6/12

1.NO LEGAL AUTHORITY

2. the court and its members have not proven any evidence, witnesses, affidavits or anything similar to such

3. regards to prove and attest these statements are true and factual. This court which is not of record is acting

4.color which has not been given to them authority or consent.

-5."Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the 6. proceedings are not enrolled or recorded.'" 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, 7:C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488;2 L.R.A. 229; Heininger v. 8. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

9. Luke 11:52 Woe unto you, lawyers! for ye have taken away the key of knowledge: ye entered not in yourselves, and them that were entering in ye hindered.

10. THE BEST INTEREST OF ase divine el a living being in proper persona is to be with her divine creator sade 11. renee el.  The immediate return of property is demanded. John 8:36 If the Son therefore shall make you 12.free, ye shall be free indeed.

13. sade renee el, a Moor American indigenous to this land have the rights to life, physical and mental 14.integrity, liberty and security of person.  Indigenous peoples have the collective right to live in freedom, 15.peace and security as distinct peoples and shall not be subjected to any act of genocide or any other act of 16.violence, including forcibly removing children of the group to another group. Indigenous peoples and 17.individuals have the right not to be subjected to forced assimilation or destruction of their culture. 18.Indigenous peoples and individuals have the right to belong to an indigenous community or nation, in 19.accordance with the traditions and customs of the community or nation concerned. No discrimination of 20.any kind may arise from the exercise of such a right.

21. "The state cannot diminish rights of the people." - Hurtado v. People of the State of California, 110 U.S. 516.

7/12

1. CONSPIRACY TO INTERFERE—USC 42 §1985 If two or more persons in any State or Territory conspire for the 2.purpose of depriving, either directly or indirectly any persons rights the party so injured or deprived may 3.have an action for the recovery of damages against any one or more of the conspirators. "Where rights 4.secured by the Constitution are involved, there can be no rule making or legislation which would abrogate 5.them." - Miranda v. Arizona, 384 US 436, 491.

6. "...the right to be let alone the most comprehensive of rights and the right most valued by civilized men. To 7.protect that right, every unjustifiable intrusion by the government upon the privacy of the individual, 8.whatever the means employed, must be deemed a violation of the Fourth Amendment." - Olmstead v. U.S., 9.277 U.S. 438, 478 (1928).

10. Bill of Rights AMENDMENT X The powers not delegated to the United States by the Constitution, nor 11.prohibited by it to the States, ARE RESERVED TO THE STATES RESPECTIVELY, OR TO THE PEOPLE.

12. This agency has no authority to make a ruling or a judgment on People (sade renee el) without the Peoples 13.consent. "every man is independent of all laws, except those prescribed by nature. He is not bound by any 14.institutions formed by his fellowman without his consent." [Cruden v. Neale].

15. common law is the law of the land

16.NEGLECT HAS NEVER BEEN PROVEN. CFS and its agents have denied due process.

17. "If any statement, within any law, which is passed is unconstitutional, the whole law is unconstitutional." -- 18.Marbury v. Madison: 5 US 137 (1803). Therefore, ... "that statutes which would deprive a citizen of the 19.rights of person or property without a regular trial, according to the course and usage of common law, 20.would not be the law of the land." - Hoke vs. Henderson,15, N.C.15,25 AM Dec 677.

21. If it does exist Please provide for the record where mother has been CONVICTED of a DUI related to this case of alleged child abuse.

1. Produce for the record any physical marks, scars or witness sworn affidavits to attest to aae alleged child abuse and neglect.

2. Produce for the record sworn affidavits or visible evidence the child was neglected from shelter

3. Produce for the record a mental health evaluation whereas the child suffered from trauma.

4. Produce for the record how the child in care of mother was deprived financially.

5. <u>CLAIM NOT PROVEN</u>

6. Produce for the record the mothers excessive alcohol usage

7. Produce for the record your evidence that proves sade is a unfit parent.

8. Where do you get your authority from. Is there a contract between sade renee el in proper persona and or 9. SADE RENEE EL nom de guerre ? if so produce for the record

10. no man shall be deprived of his property without being heard in his own defense. - [Kinney V. Beverly, 2 11.Hen. & M(VA) 381, 336].

12. legislators cannot legislate the behavior of the people.

13. "The common law is the real law, the Supreme Law of the land, the code, rules, regulations, policy and statutes are not the law", -- Self v. Rhay, 61 Wn (2d) 261.

14. Amendment V: "No person shall be held to answer for a capital, or otherwise infamous crime, unless on a 15. presentment or indictment of a Grand Jury."

16. sade renee el is demanding the immediate return of her offspring and this case to be immediately dismissed based on lack of evidence no proof of claim, hearsay and defamation.

17. CFS and its members have no authority and jurisdiction over free national living beings.

18. We hold these truths to be self-evident, that all men are created equal, that they are endowed by their 19. Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of

9/12

Happiness. 20.That to secure these rights, Governments are instituted among Men, deriving their just powers from the 21.consent of the governed.

1. US Constitution Article VI: This Constitution, and the laws of the United States which shall be made in 2.pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, 3.shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the 4.Constitution or laws of any State to the contrary notwithstanding.

5. ase is in best care with her mother

6. ase has shown behavioral issues previous zoom chats due to her lacking the bonding  with  her divine 7.creator sade renee el

8. CFS is at fault for committing treason and genocide

9. CPS continues to deny Gods law which is the law of the land

10. NO CONTRACT-EVERY EXISTED. Produce for the record when mother accepted any case plan. Produce for 11.the record the signature of mother September 21, 2020.

12. 42 USC §1985(3) = CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: Depriving persons of rights or 13.privileges: If two or more persons in any State or Territory conspire or go in disguise on the highway or on 14.the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of 15.persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the 16.purpose of preventing or hindering the constituted authorities of any State or Territory from giving or 17.securing to all persons within such State or Territory the equal protection of the laws; or if two or more 18.persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, 19.from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully 20.qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States,

10/12

the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

21. ASE IS AT RISK OF INJURY IN FOSTER HOME during zoom meetings ase displayed behavioral issue with mother throwing food, excessive crying, obvious sadness in body language. Foster home also has several large canines that put ase at high risk due to family history.

1. The court agents and agencies and members have no consent

2. sade renee el is demanding the immediate return of her property

3. sade renee el is demanding the immediate dismissal of this case due to lack of proof of evidence

4. the court and its members have not provided proof of injury

5. In order for a crime to exist there must be a injured party

6. 18 USC §1512B - ENGAGES IN MISLEADING CONDUCT: (b) Whoever knowingly uses intimidation, threatens, 7.or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward 8.another person, with intent to - (1) influence, delay, or prevent the testimony of any person in an official 9.proceeding; (2) cause or induce any person to - (A) withhold testimony, or withhold a record, document, or 10.other object, from an official proceeding; (B) alter, destroy, mutilate, or conceal an object with intent to 11.impair the object's integrity or availability for use in an official proceeding; (C) evade legal process 12.summoning that person to appear as a witness, or to produce a record, document, or other object, in an 13.official proceeding; or (D) be absent from an official proceeding to which such person has been summoned 14.by legal process; or (3) hinder, delay, or prevent the communication to a law enforcement officer or judge 15.of the United States of information relating to the commission or possible commission of a Federal offense 16.or a violation of conditions of probation [1] supervised release,, [1] parole, or release pending judicial 17.proceedings; shall be fined under this title or imprisoned not more than 20 years, or both.

18. sade renee  el has filed with clerk of court several affidavits that have not been rebutted

19. please produce for the record where you derive your authority over free national living beings

11/12

20.///

21.///

1:Hagans v Lavine 415 U.S. 333., There is no discretion to ignore lack of jurisdiction. Joyce v U.S. 474 2d 215; The law 2.provides that once State and Federal jurisdiction have been challenged, it must be proven.  Main v Thiboutot 100. S. Ct 3.2501 (1980); " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must 4.be decided". Basso v Utah Power and Light Co. 495 F.2d 906,910.

## 5. YOU ARE ORDERED TO IMMEDIATELY RETURN THE PROPERTY

6. Due to proven fraud.it is ordered that you immediately release and return ase divine el to her divine creator sade 7.renee el. "Sovereignty itself is, of course, not subject to law, for it is the author and source of law." (Yick 8.Wo v. Hopkins, 118 US 356, 370).

9. Gal 5:13-14 For, brethren, ye have been called unto liberty; only use not liberty for an occasion to the 10.flesh, but by love serve one another. For all the law is fulfilled in one word, even in this; Thou shalt love 11.thy neighbor as thyself.

12. sade renee el is the divine creator the mother of ase divine el and she is  endowed with unalienable 13.rights among  those are life liberty and the pursuit of happiness.

IT IS ORDERED.

X _Sade renee el  all rights reserved_

Sade Renee El

IN PROPER PERSONA

SUI JURIS

12/12

| U.S. Office of Personnel Management<br>Guide to Personnel Data Standards | **ETHNICITY AND RACE IDENTIFICATION**<br>(Please read the Privacy Act Statement and instructions before completing) | |
|---|---|---|
| **Name (Last, First, Middle Initial)**<br>El, Sade Renee | **Social Security Number** | **Birthdate (Month and Year)**<br>July 1986 |

**Agency Use Only**

**Privacy Act Statement**

Ethnicity and race information is requested under the authority of 42 U.S.C. Section 2000e-16 and in compliance with the Office of Management and Budget's 1997 Revisions to the Standards for the Classification of Federal Data on Race and Ethnicity. Providing this information is voluntary and has no impact on your employment status, but in the instance of missing information, your employing agency will attempt to identify your race and ethnicity by visual observation.

This information is used as necessary to plan for equal employment opportunity throughout the Federal government. It is also used by the U. S. Office of Personnel Management or employing agency maintaining the records to locate individuals for personnel research or survey response and in the production of summary descriptive statistics and analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies.

Social Security Number (SSN) is requested under the authority of Executive Order 9397, which requires SSN be used for the purpose of uniform, orderly administration of personnel records. Providing this information is voluntary and failure to do so will have no effect on your employment status. If SSN is not provided, however, other agency sources may be used to obtain it.

**Specific Instructions:** The two questions below are designed to identify your ethnicity and race. Regardless of your answer to question 1, go to question 2.

**Question 1.** Are You Hispanic or Latino? (A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race.)
☐ Yes ☒ No

**Question 2.** Please select the racial category or categories with which you most closely identify by placing an "X" in the appropriate box. Check as many as apply.

| RACIAL CATEGORY<br>(Check as many as apply) | DEFINITION OF CATEGORY |
|---|---|
| ☐ American Indian or Alaska Native | A person having origins in any of the original peoples of North and South America (including Central America), and who maintains tribal affiliation or community attachment. |
| ☐ Asian | A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam. |
| ☐ Black or African American | A person having origins in any of the black racial groups of Africa. |
| ☐ Native Hawaiian or Other Pacific Islander | A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands. |
| ☐ White<br>☒ OTHER | A person having origins in any of the original peoples of Europe, the Middle East, or North Africa. |

→ MOOR AMERICAN / INDIGENIOUS / INDIAN / ABORIGINAL

Standard Form 181
Revised August 2005
Previous editions not usable

42 U.S.C. Section 2000e-16

NSN 7540-01-099-3446

1020 2450 0000 0248 0129

| U.S. Office of Personnel Management Guide to Personnel Data Standards | ETHNICITY AND RACE IDENTIFICATION (Please read the Privacy Act Statement and instructions before complet...) | |
|---|---|---|
| Name (Last, First, Middle Initial) **El, ASE Divine** | Social Security Number | Birthdate (Month and Year) **August 2019** |

**Agency Use Only**

**Privacy Act Statement**

Ethnicity and race information is requested under the authority of 42 U.S.C. Section 2000e-16 and in compliance with the Office of Management and Budget's 1997 Revisions to the Standards for the Classification of Federal Data on Race and Ethnicity. Providing this information is voluntary and has no impact on your employment status, but in the instance of missing information, your employing agency will attempt to identify your race and ethnicity by visual observation.

This information is used as necessary to plan for equal employment opportunity throughout the Federal government. It is also used by the U. S. Office of Personnel Management or employing agency maintaining the records to locate individuals for personnel research or survey response and in the production of summary descriptive statistics and analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies.

Social Security Number (SSN) is requested under the authority of Executive Order 9397, which requires SSN be used for the purpose of uniform, orderly administration of personnel records. Providing this information is voluntary and failure to do so will have no effect on your employment status. If SSN is not provided, however, other agency sources may be used to obtain it.

**Specific Instructions:** The two questions below are designed to identify your ethnicity and race. Regardless of your answer to question 1, go to question 2.

**Question 1.** Are You Hispanic or Latino? (A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race.)
☐ Yes  ☒ No

**Question 2.** Please select the racial category or categories with which you most closely identify by placing an "X" in the appropriate box. Check as many as apply.

| RACIAL CATEGORY (Check as many as apply) | DEFINITION OF CATEGORY |
|---|---|
| ☐ American Indian or Alaska Native | A person having origins in any of the original peoples of North and South America (including Central America), and who maintains tribal affiliation or community attachment. |
| ☐ Asian | A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam. |
| ☐ Black or African American | A person having origins in any of the black racial groups of Africa. |
| ☐ Native Hawaiian or Other Pacific Islander | A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands. |
| ☐ White ☒ OTHER | A person having origins in any of the original peoples of Europe, the Middle East, or North Africa. |

MOOR AMERICAN / INDIGENIOUS / INDIAN / ABORIGINAL

Standard Form 181
Revised August 2005
Previous editions not usable

42 U.S.C. Section 2000e-16

NSN 7540-01-099-3446

PCON ~~Arbitration~~
Your ~~Name:~~ Sade renee el
Address: c/o 5930 East Craig Road #2173
City, State, Zip: Las Vegas, Nevada Republic
Phone: (415) 684-2284
Email: sade.kellogg@gmail.com
Self-Represented Petitioner

# DISTRICT COURT
# CLARK COUNTY, NEVADA

In the Matter of the Application of:

KELLOGG THARP
SADE RENEE

*(print the old name you do not want anymore)*

For Change of Name: Sade Renee El

CASE NO.: # J-20-351056P1

DEPT: _____

## PETITION FOR ADULT NAME CHANGE

Petitioner respectfully states as follows:

1. Petitioner was born on *(date of birth)* July 6. 1986 ___ in *(city)* San Francisco ___, *(state)* California ___.

2. Petitioner has resided in Clark County, Nevada since *(date)* 02/01/2019 ___ and intends to live in Clark County, Nevada indefinitely.

3. Petitioner's current legal name is: *(clearly print the old name you do not want anymore)*

| Sade | Renee | Kellogg-Tharp |
|------|-------|---------------|
| *(first)* | *(middle)* | *(last)* |

Petitioner wishes to take a different name. The new name Petitioner would like to take is: *(clearly print the name you want to be known by in the future)*

| Sade | Renee | El |
|------|-------|-----|
| *(first)* | *(middle)* | *(last)* |

'3   7020 2450 0000 0248 0120

\* You are responsible for knowing the law about your case.  For more information on the law, this form, and free classes, visit www.familylawselfhelpcenter.org or the Family Law Self Help Center at 601 N. Pecos Road.  To find an attorney, call the State Bar of Nevada at (702) 382-0504.

4. Petitioner wishes to assume the new name because: (☒ *check one*)

☐ I want to change my name to conform to my gender identity. ☒ Other: (explain why you want to change your name)

Because everyone has the right to name and nationality.

5. (☒ *check one*)

☒ I have never been convicted of a felony.

☐ I have been convicted of a felony.   The details of my convictions are (*list all felony convictions, including the offense, date of conviction, and the county/state*):

*\*If you have a felony conviction, a complete set of fingerprints taken in the manner described by the Department of Public Safety must be provided at the time you file this petition.*

6. Petitioner is not requesting this name change to defraud creditors or for some other fraudulent reason.

2│2

Petitioner requests that the court enter an order changing Petitioner's name to (*print the new name you want to assume*) _Sade Renee El_ and for such other relief as the Court finds to be just and proper.

DATED this (*day*) _11_ day of (*month*) _September_, 20_21_.

Submitted By: (*your signature*) ▶ _All, all rights reserved_ /s/

(*print your name*) _sade renee el_

Page 2 of 3 – Petition for Adult Name Change

## VERIFICATION

Under penalties of perjury, I declare that I am the Petitioner in the above-entitled action; that I have read the foregoing Petition and know the contents thereof; that the pleading is true of my own knowledge, except for those matters therein contained stated upon information and belief, and that as to those matters, I believe them to be true.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED this (*day*) _11_ day of (*month*) _September_, 20_21_ :

Submitted By: (*your signature*) ▶ _All, all matters reserved_ /s/

(*print your name*) _sade renee el_

**Affidavit of Fact**

**Certificate of Service**

This package of documents contain AFFADAVIT OF FACT PETITION TO DENY MOTION DEMAND FOR IMMEDIATE RETURN OF PROPERTY 12 pages ETHNICITY AND RACE IDENTIFICATION ase divine el 1 page. ETHNICITY AND RACE IDENTIFICATION sade renee el 1 page PETITION FOR ADULT NAME CHANGE sade renee el 3 pages. 17 pages in total .

All Rights Reserved.

C.C:State's Attorney for CLARK COUNTY, Nevada

Nevada Secretary of State

Michael R. Pompeo, United States Secretary of State

William P. Barr, United States Attorney General

Wayne Salzgaber, Director of INTERPOL Washington

Michelle Bachelet Jeria, United Nations High Commissioner for Human Rights

Embassies and Consulates of the International Community and other interested persons

State of Nevada County of Clark

Signed and sworn ( or affirmed) before me on 9/31 2021 by Sade Renee El. Please see the attached documents. Affadavit of Fact Petition to deny motionFor immediate return of poperty 12 pages. Etnnicity and Race ID. 1 page Petition for adult name change. an 2 page notorized 17. pages total.



JESSICA GONZALEZ
Notary Public, State of Nevada
No. 19-2506-1
My Appt. Exp. May 23, 2023

**Nevada NOTARIZATION**

**State: Nevada republic**

**County: Clark**

On the ___11___ day of ___August___ before me personally appeared the above signatory, <u>Sade Renee El</u>. I am a Notary Public in and for Clark County and the above signatory, <u>Sade Renee El</u>, is personally known to me or proved to me on the basis of satisfactory evidence to be the one whose appellation is signed herein and acknowledged that he/she/they executed the same.

**WITNESS my hand and official seal:**

Seal:

JESSICA GONZALEZ
Notary Public, State of Nevada
No. 19-2506-1
My Appt. Exp. May 23, 2023

State of Nevada
County of Clark.
This document was acknowledged before me on August 11, 2021 by Sade Renee El.

*Jessica B...*

please see the attached Affadavit of Fact Petition to deny Motion. 12/12 pages 1/3 pages petition to/for adult name change.

Name (printed): <u>Sade Renee El</u>

Signature: <u>*sade renee el*</u> all rights reserved

J-20-351056-P1

# ATTACHMENT Ø

## DISTRICT COURT
## CLARK COUNTY, NEVADA

| Juvenile Protection | COURT MINUTES | December 21, 2021 |
|---|---|---|

J-20-351056-P1        Kellogg-Tharp, Sade,El, Sade Renee,
                      Mother

December 21, 2021         1:30 PM              All Pending Matters

HEARD BY:  -Charter, Stephanie A.         COURTROOM:  Courtroom 14

COURT CLERK:  Nillyreth Tabares

PARTIES:

| JOURNAL ENTRIES |
|---|

- (Ase Kellogg Tharp) Department of Family Services (DFS) represented by Michelle Pelino.Children's Attorney Project (CAP) represented by Denise Glasgow. Foster mother present. Parties present via audio visual.

Court reviewed the report and noted mother filed an Appeal to the Termination of Parental Rights Decision.

Court further reviewed the Motion for Medical treatment and FINDS it is in minor's best interest for minor to get medical procedure. Court ORDERED, Motion for Medical Treatment is GRANTED.

Court FURTHER ORDERED, subject minors CONTINUED under the Court s jurisdiction. Formal Supervision through the Department of Family Services. Reasonable efforts have been made. Permanency plan shall remain Adoption. Placement in foster home. Matter set for Review Hearing.

INTERIM CONDITIONS:

| PRINT DATE: | 02/23/2022 | Page 24 of 27 | Minutes Date: | July 22, 2020 |
|---|---|---|---|---|

Notice:  Journal entries are prepared by the courtroom clerk and are not the official record of the Court.

513



ATTACHMENT
4F
(3 pages)





CLERK OF THE COURT

**Moorish National Republic Federal Government**

**Moorish Divine and National Movement of the World**

**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**

**~ 'Temple of the Moon and Sun' ~**

**~ Societas Republicae Ea Al Maurikanos ~**

**The True and De jure Natural Peoples ~ Heirs of the Land**

---

**Notice to Agent is Notice to Principal -- Notice to Principal is Notice to Agent**

FAMILY COURT FOR STATE OF NEVADA FOR THE DISTRICT OF LAS VEGAS NEVADA

---

**RESPONDENTS REQUEST FOR PRODUCTION OF DOCUMENTS**

Natural Mother, Jus Sanguinis, Sade Renee El, hereby DEMAND that District Attorney Stephen Wolfson and Stephanie Ritcher to produce and permit Sade Renee El, Respondent, to inspect and copy the documents designated below, within thirty days from the date of service of these requests for production of documents.

**Second Request For Production of Documents:**

1. Produce the Documents, memoranda, reports, bulletins, or newsletters created or circulated by Defendant Las Vegas Nevada and Hospitals Corporation pertaining to it's

administrative policy for Cultural Awareness/ sensitivity training, organizational and/or training governing physicians related to the claims or subject-matter in this action.

2. Produce the documents, memorandum, bulletins, notes, letters, training manuals, guidebooks containing policy and/or directives guidance or procedures for caseworkers that implement Department Of Children and Family Services, Clark County Nevada's obligation to "keep biological families together" and emphasis on preventive services.

3. Produce the Documents relating to Children and Family Services, Clark County Nevada's administrative policy for training, organizational and/or Cultural Awareness policy regarding Moorish American /Indigenous daughters and sons.

4. Documents relating to Children and Family Services, Clark County Nevada's corporate compliance or risk management policies and/or procedures relative to any of the claims in this action.

5. Documents that were prepared, received, maintained, or sent by Children and Family Services, Clark County Nevada's or any of its agents, concerning the claims, and/or subject matter of this litigation, including but not limited to correspondence, reports, investigative reports, memoranda etc.

6. All documents referred to, reviewed, examined, or relied on by Children and Family Services, Clark County Nevada's or its agents.

1. All documents that Children and Family Services, Clark County Nevada provided to any entity, person, agents, contractors, government agency, relating to Respondent or her heir Ase Divine El, known to Court as ASE DIVINE KELLOGG THARP

2. All documents relating to complaints, reports, oral transmittal reports, written reports,

2

sade renee el sui juris
ucc 1 207 ucc 1 308
authorized representative, ex rel.
SADE KELLOGG THARP;
All Rights Reserved

3

ATTACHMENT 4.π

US POSTAGE PITNEY BOWES
ZIP 89120 $ 000.49
02 4W
0000366039 SEP 09 2022

RESORTED
FIRST CLASS

Mail Fraud wrong name

Sade Kellogg-Tharpa f/k/a Sade Renee El
9308 South Chicago Ave. #491
Chicago, IL 60617

STEPHANIE CHARTER
DISTRICT JUDGE

EIGHTH JUDICIAL DISTRICT COURT
FAMILY DIVISION, DEPARTMENT Y
601 NORTH PECOS ROAD
LAS VEGAS, NEVADA 89101-2408

RETURN SERVICE REQUESTED

28 BRDFNMP 60817

US POSTAGE PITNEY BOWES
ZIP 89120 $ 000.49
02 4W
0000366039 SEP 09 2022

RESORTED
FIRST CLASS

Sade Kellogg-Tharp a f/k/a Sade Renee El
9308 South Chicago Ave. #491
Chicago, IL 60617

STEPHANIE CHARTER
DISTRICT JUDGE

EIGHTH JUDICIAL DISTRICT COURT
FAMILY DIVISION, DEPARTMENT Y
601 NORTH PECOS ROAD
LAS VEGAS, NEVADA 89101-2408

RETURN SERVICE REQUESTED

28 BRDFNMP 60817

ATTACHMENT 4G

(2 pages)

STATE OF NEVADA        )
UNITED STATES OF AMERICA)
COUNTY OF CLARK        )

## AFFIDAVIT OF RETURN OF PROPERTY AND TRESPASS

**To all whom these presents shall come, Greetings:**

Regarding CASE NO J-20-351056-P1,  In the matter of ase divine el ex relatione ASE DIVINE KELLOGG THARP-DOB-08/08/2019

I, sade renee el ex relatione SADE KELLOGG THARP, declare and affirm that I am the mother, parent and owner of ase renee el and that pursuant to the 14th Amendment of the United States Constitution and case law from state appellate and federal district courts and up to the U.S. Supreme Court, all affirming the absolute Constitutional right of parents, that no State can remove my property without first allowing my right to due process in the law.

### DUE PROCESS

1. The rights of parents to the care, custody and nurture of their children is of such character that it cannot be denied without violating those fundamental principles of liberty and justice which lie at the base of all our civil and political institutions, and such right is a fundamental right protected by this amendment (First) and Amendments 5, 9, and 14. Doe v. Irwin, 441 F Supp 1247; U.S. D.C. of Michigan, (1985).

2. The liberty interest of the family encompasses an interest in retaining custody of one's children and, thus, a state may not interfere with a parent's custodial rights absent due process protections. Langton v. Maloney, 527 F Supp 538, D.C. Conn. (1981).

3. Parent's right to custody of child is a right encompassed within protection of this amendment which may not be interfered with under guise of protecting public interest by legislative action which is arbitrary or without reasonable relation to some purpose within competency of state to effect. Regenold v. Baby Fold, Inc., 369 NE 2d 858; 68 Ill 2d 419, appeal dismissed 98 S Ct 1598, 435 US 963, IL., (1977).

### JUDGE'S AND LAWYER'S OATH AND RESPONSIBILITY

1. Judges must maintain a high standard of judicial performance with particular emphasis upon conducting litigation with scrupulous fairness and impartiality. 28 USCA § 2411; Pfizer v. Lord, 456 F.2d 532; cert denied 92 S Ct 2411; US Ct App MN, (1972).

2. State Judges, as well as federal, have the responsibility to respect and protect persons from violations of federal constitutional rights. Gross v. State of Illinois, 312 F 2d 257; (1963).

Exhibit A:  Affidavit of Return of Property and Trespass

I REQUIRE that my property be returned to me immediately within 48 hours from today, November 22, 2021. Deliver my property to me at c/o 5370 East Craig Road Unit 2173 Las Vegas, Nevada Republic [89115]. Otherwise, there will be a $1,000,000 daily charge to all parties found to be responsible for withholding my property. I can be reached via cell phone for the restoration of my property at 415 684 2289.   *Asari renee el*   *all rights reserved*   All Statements ARE TRUE

## JURAT

STATE OF NEVADA                        )
UNITED STATES OF AMERICA               ) ss
COUNTY OF CLARK                        )


Subscribed and affirmed before me, a Notary Public, on this _22_ day of November, 2021, that sade renee el proved to me on the basis of satisfactory evidence to be the woman who appeared before me.


Notary Signature _____        Seal

My Commission Expires On _Mar 6 2023_

Denise STOCKMANN
Notary Public, State of Nevada
Appointment No. 19-1752-1
My Appt. Expires Mar 6, 2023

2

ATTACHMENT 333

  

## THE MOORISH NATIONAL REPUBLIC
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
### Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

### Affidavit of Fact
#### (Unlawful Demand of Immunization)

July 19, 2020

For the Record, On the Record, and Let the Record show, I Am Ase Divine El, a Moorish American National Aboriginal; Indigenous Natural Divine Being manifested in Human/Flesh to the Americas, In Propria Persona, Sui Juris, and not a nom-de-guerre, straw-man or any other artificial corporate construct, as written or scribed in ALL CAPITAL LETTERS and written by the unclean hands of others. I am Sovereign to this Land and preserve all my rights.

It is against my religion, as protected by the United States Republic Constitution Article I of the Bill of Rights, to engage in any way with the immunization process.

In addition, as immunization is a voluntary process I therefore choice not to participate in the process.

Any further discussion or any retaliation regarding my religion as it related to the immunization process will constitute a violation of my Constitutional / Treaty secured rights.

The sole obligation of government, as stipulated in the United States Republic North American Constitution Article IV Section IV, as a Republican form of government is to secure, protect, and preserve the rights of the People domestically and internationally.

MIRANDA v. ARIZONA , 384 U.S. 436 (1966) 491; 86 S. Ct. 1603
"Where rights secured by the Constitution are involved, there can be no 'rule making' or legislation which would abrogate them."

Norton v. Shelby County, 118 U.S. 425 p. 442
"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."

Notice to Agent is Notice to Principal -- Notice to Principal is Notice to Agent.

Affiant, Ase Divine El, ex-relatione ASE DIVINE, a living, breathing, flesh-and-blood, natural being woman, do affirm that Affiant has scribed and read the foregoing facts, and, in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

International Criminal Court
The Hague, The Netherlands

Witness: _Aade Renee El_
A Free and Sovereign Moorish American National, Northwest Amexem - Africa - America
All Rights Reserved

Witness: _Shyy Oshun Bey_
A Free and Sovereign Moorish American National, Northwest Amexem - Africa - America
All Rights Reserved

Witness: _Leanesta Nicole Richard Bey_
A Free and Sovereign Moorish American National, Northwest Amexem - Africa - America
All Rights Reserved

In Honor,
I Am: _Ase Divine El_
Ase Divine El, Authorized Representative
Natural Person, In Propria Persona
All Rights Reserved
Quixmehtukqut Terraory
[c/o 5370 E Craig Rd 2173]
[Near Las Vegas NV [89115]
Northwest Amexem

# ATTACHMENT 333 A   (4 pages)



Ms. Elmo Tharp
30 Esquina Dr
San Francisco CA 94134

*Presented to*

Elmo Tharp
30 Esquina Dr
San Francisco CA 94134

*By*

Elmo Tharp
30 Esquina Dr
San Francisco CA 94134

HOLY BIBLE

*On the occasion of*

Elmo Tharp
30 Esquina Dr
San Francisco CA 94134



The Shepherd

restoreth my soul. he leadeth me in the
paths of righteousness for his name's sake.

a, though I walk through the valley of
the shadow of death, I will fear no evil:
for thou art with me; thy rod and
thy staff they comfort me.

Thou preparest a table before me in the
presence of mine enemies: thou anointest
my head with oil; my cup runneth over.

Surely goodness and mercy shall follow
me all the days of my life: and I will dwell in
the house of the Lord for ever.

Elmo Tharp
30 Esquina Dr

Married 64 years

X Evelyn Jewel Tharp (Duer)
Shreport Louisiana. (Born)
• June 19, 1925 (Born)
January 16, 207 (Sunset)
San Francisco, CA

X Elmo Tharp
Shreport Louisiana (Born)
March 28, 1925 (Born)
August 24, 2015 (Sunset)
San Francisco, CA

X Andre Tharp
Shreport Louisiana
October 13, 1945
April 5, 1999
Vallejo, CA
Larer — Daria—Breeana

X Renee Tharp
San Francisco 8/16/1954
6/04/2007

Yvonne Tharp

Eric Ver Tharp
Evelyn Collie Tharp
SEE PAGE 4

NOTES
②

Steve ; Kellogg NYORK, NY

Sade Renee
7/6/1986 San Francisco, CA

Ase Divine
8/8/2019 San Francisco CA

EXHIBIT 3

# ⑦

# Moorish Science Temple of America

## Record of Live Birth

Let it be known by all men that at 4:00 A.M on August 8, 2019
of the Gregorian Calendar, occurred the live birth /nativity of Ase Divine El a
female child, at San Francisco, at the territory and/or adjoining island of California/
Calafia in Al Moroc/Amexum (America).

WHEREFORE the below signed witnesses do attest to and verify all claim to this live
birth/ nativity by this parent.

Mother: Sade Renee El by her union   x *Sade rence el* (all right reserved)

_____    _____
Child's left foot print          Child's right foot print

Witness 1: _____      Witness 2: _____

## CONSULATE





`7020 2450 0000 0245 1686`

# THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.

## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.

*Northwest Amexem / Northwest Africa / North America*

### 'The North Gate'.

Societas Republicae Ea Al Maurikanos.

Aboriginal and Indigenous Natural Peoples of the Land.

**The true and de jure Al Moroccans / Americans**

## <u>Affidavit of Truth/ Live Birth</u>

05/27/2021

Vital Statistics
1501 Capitol Ave #71
Sacramento, California Republic (95811)

I Sade Renee El attest to the fact I had a home birth at California Territory. I am the Divine Creator Mother of Ase Divine El who I birthed in California. For the record she was born August 8,2020 at 4:00am in California.

This is a certificate of Live birth.

Sade Renee El, Ex-Relatione SADE KISHA THARP
Authorized Representative
Flesh and Blood Being, In Propria Persona Sui Juris



ATTACHMENT 333B

(7 pages)

Filed
10/18/2020 2:08 PM
Steven D. Grierson
CLERK OF THE COURT



## LIBRARY OF CONGRESS

Office of Business Enterprises
Duplication Services Section

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA from March 1933 to June 1934, and that the attached photocopies from Volume XLVIII -- the title page, the publisher's page, and pages 484 through 487 on which appears the TREATY WITH MOROCCO, September 16, 1836 -- are a true representation from that work.

THIS IS TO CERTIFY FURTHER, that the publisher's page is stamped with a Library of Congress Order Division stamp that bears the date Jan 28 1991.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on September 4, 2014.

Gregory F. Cooper
Duplication Services, Section Head
Office of Business Enterprises
Library of Congress

101 Independence Avenue, SE Washington, DC 20540-4917 Tel 202.707.5650 www.loc.gov duplicationservices@loc.gov

# THE
# STATUTES AT LARGE

OF THE

## UNITED STATES OF AMERICA

FROM

### MARCH 1933 to JUNE 1934

CONCURRENT RESOLUTIONS
RECENT TREATIES AND CONVENTIONS, EXECUTIVE PROCLAMATIONS
AND AGREEMENTS, TWENTY-FIRST AMENDMENT
TO THE CONSTITUTION

EDITED, PRINTED, AND PUBLISHED BY AUTHORITY OF CONGRESS
UNDER THE DIRECTION OF THE SECRETARY OF STATE

## VOL. XLVIII

IN TWO PARTS

PART 1—Public Acts and Resolutions.
PART 2—Private Acts and Resolutions, Concurrent Resolutions,
Treaties and Conventions, Executive Proclamations
and Agreements, Twenty-first Amendment to the
Constitution.

### PART 1

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1934

KF50
.US
vol 48, pt 1
Set 2
LLRR



LIBRARY OF CONGRESS
6
JAN 2 8 1991
COPY
OTHER DIVISION

The original of every act and joint resolution printed in this volume from page 1 to page 211, inclusive, has the following heading:

ONE HUNDRED FIRST CONGRESS OF THE UNITED STATES OF AMERICA;

AT THE FIRST SESSION,

Begun and held at the city of Washington on Tuesday, the third day of January, one thousand nine hundred and eighty-nine.

The original of every act and joint resolution printed in this volume from page 212 to page 2351, inclusive, has the following heading:

ONE HUNDRED FIRST CONGRESS OF THE UNITED STATES OF AMERICA;

AT THE SECOND SESSION,

Begun and held at the city of Washington on Wednesday, the third day of January, one thousand nine hundred and ninety.

All acts and joint resolutions presented to the President of the United States bear the signatures of the Speaker (or of the Speaker pro tempore) of the House of Representatives and of the Vice President and President of the Senate (or of the President of the Senate pro tempore); these signatures accordingly appear on the originals of all acts and joint resolutions.

The signature of the President of the United States appears on the originals of all approved acts and joint resolutions.

The original of every act and joint resolution has endorsed thereon a certificate of origin, signed, as the case may be, by the Clerk of the House of Representatives or by the Secretary of the Senate and reading "I certify that this Act (or Joint Resolution) originated in the House of Representatives (or Senate)." The origin of each act and resolution contained in this volume is indicated in the margin at the beginning of each enactment; thus, for example, H.R. 1404 or H.J.Res. 75 indicate origin in the House of Representatives; and S. 695 or S.J.Res. 16 indicate origin in the Senate.



This volume is printed on acid free paper by
WILLIAM S. HEIN & CO., INC.

# TREATY WITH MOROCCO.

In the name of God, the merciful and clement!



[Psalm as to God.]

This is the copy of the Treaty of Peace which we have made with the Americans and written in this book; affixing thereto our blessed seal, that, with the help of God, it may remain firm forever.

Written at Mequinez, the city of Olives, on the 2d day of the month Jomad el hither, in the year of the Hegira 1252. (Corresponding to Sept. 16. A. D. 1836.)

ART. 1. We declare that both parties have agreed that this treaty, consisting of twenty-five articles, shall be inserted in this book, and delivered to James R. Leib, agent of the United States, and now their resident consul at Tangier, with whose approbation it has been made, and who is duly authorized on their part, to treat with us, concerning all the matters contained therein.

ART. 2. If either of the parties shall be at war with any nation whatever, the other shall not take a commission from the enemy, nor fight under their colors.

ART. 3. If either of the parties shall be at war with any nation whatever, and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty, and the effects returned to the owners. And if any goods, belonging to any nation, with whom either of the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested, without any attempt being made to take or detain them.

ART. 4. A signal, or pass, shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander alone shall be sufficient to exempt any of these from examination.

ART. 5. If either of the parties shall be at war, and shall meet a vessel at sea belonging to the other, it is agreed, that if an examination is to be made, it shall be done by sending a boat with two or three men only; and if any gun shall be fired, and injury done, without reason, the offending party shall make good all damages.

ART. 6. If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored; and, in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens

TREATY WITH MOROCCO. 1836.

of America on their effects, and bring them into any of the ports of His Majesty, they shall be immediately liberated, as they will then be considered as under His Majesty's protection.

ART. 7. If any vessel of either party, shall put into a port of the other, and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation. — *Vessels having to be supplied.*

ART. 8. If any vessel of the United States, shall meet with a disaster at sea, and put into one of our ports to repair, she shall be at liberty to land and reload her cargo, without paying any duty whatever. — *No duty in case of shipwreck to be paid.*

ART. 9. If any vessel of the United States, shall be cast on shore on any part of our coasts, she shall remain at the disposition of the owners, and no one shall attempt going near her without their approbation, as she is then considered particularly under our protection; and if any vessel of the United States shall be forced to put into our ports by stress of weather, or otherwise, she shall not be compelled to land her cargo, but shall remain in tranquillity until the commander shall think proper to proceed on his voyage. — *Vessels wrecked to be protected.*

ART. 10. If any vessel of either of the parties shall have an engagement with a vessel belonging to any of the Christian Powers within gunshot of the forts of the other, the vessel so engaged, shall be defended and protected as much as possible, until she is in safety; and if any American vessel shall be cast on shore, on the coast of Wadnoon or any coast thereabout, the people belonging to her, shall be protected and assisted, until by the help of God, they shall be sent to their country. — *Vessels having engagement with a Christian Power to be protected.*

ART. 11. If we shall be at war with any Christian Power, and any of our vessels sails from the ports of the United States, no vessel belonging to the enemy shall follow, until twenty-four hours after the departure of our vessels; and the same regulation shall be observed towards the American vessels sailing from our ports, be their enemies Moors or Christians. — *Enemy's vessels not to depart in twenty-four hours.*

ART. 12. If any ship of war belonging to the United States, shall put into any of our ports, she shall not be examined on any pretence whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them. — *Ships of war not to be examined.*

ART. 13. If a ship of war of either party shall put into a port of the other, and salute, it shall be returned from the fort with an equal number of guns, not more or less. — *Salute to be returned.*

ART. 14. The commerce with the United States, shall be on the same footing as is the commerce with Spain, or as that with the most favored nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption. — *American commerce on the same footing.*

ART. 15. Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel, he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any other labor whatever, shall be paid at the customary rates, not more and not less. — *Employment of interpreters, &c.*

ART. 16. In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there — *Exchange of prisoners.*

3 Q 2

488

## TREATY WITH MOROCCO. 1836.

shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed, that all prisoners shall be exchanged in twelve months from the date of their being taken, and that this exchange may be effected by a merchant, or any other person, authorized by either of the parties.

No compulsion in buying or selling.

ART. 17. Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper: and may buy and sell all sorts of merchandise but such as are prohibited to the other Christian nations.

No goods to be examined before they are sent on board, except contraband.

ART. 18. All goods shall be weighed and examined before they are sent on board; and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board; in which case, the persons who took the contraband goods on board, shall be punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

No detention of vessels.

ART. 19. No vessel shall be detained in port on any pretense whatever, nor be obliged to take on board any article without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

Disputes between citizens to be settled, &c.

ART. 20. If any of the citizens of the United States, or any persons under their protection, shall have any dispute with each other, the consul shall decide between the parties; and whenever the consul shall require any aid, or assistance from our Government, to enforce his decision, it shall be immediately granted to him.

Killing, &c. the law of the country.

ART. 21. If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

Persons dying intestate, their effects, &c.

ART. 22. If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of his effects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear who has a right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear, the property shall descend agreeably to that will, as soon as the consul shall declare the validity thereof.

Residence of consul, &c. and privileges.

ART. 23. The consul of the United States of America, shall reside in any seaport of our dominions that they shall think proper: and they shall be respected and enjoy all the privileges which the consuls of any other nation enjoy; and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing, no application to him for any redress shall be made.

No appeal to arms until after refusal of friendly arrangement.

ART. 24. If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made for an arrangement; and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties, nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property.   And

STILL VALID ACTIVE TREATY

CONVENTION WITH PERU-BOLIVIA. 1836.   437

it is further declared, that whatever indulgence, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

(ART. 13.) This treaty shall, confirmed in force, with the help of God, for fifty years, after the exchange of which time, the treaty shall continue to be binding on both parties, until the one shall give twelve months' notice to the other, &c on formation to demands & in which case, its operation shall cease at the end of the twelve months.

*Consuls of the United States of America.*
*For the Empire of Morocco.*

TO ALL WHOM IT MAY CONCERN.

Be it known. Whereas the undersigned, James R. Leib, a citizen of the United States of North America, and now their resident consul at Tangier, having been duly appointed commissioner, by letters patent, under the signature of the President and seal of the United States of North America, bearing date, at the city of Washington, the 6th day of July, A.D. 1836, for the ratification and concluding a treaty of peace and friendship between the United States of North America, and the Empire of Morocco: I, therefore, James R. Leib, Commissioner, as aforesaid, do conclude the foregoing treaty and every article and clause therein contained; reserving the same, nevertheless, for the final ratification of the President of the United States of North America, by and with the advice and consent of the Senate.

In testimony whereof, I have hereunto affixed my signature, and the seal of this consulate, on the 1st day of October, in the year of our Lord one thousand eight hundred and thirty-six, and of the Independence of the United States the sixty-first.

JAMES R. LEIB, (L. S.)

---

GENERAL CONVENTION OF PEACE, FRIENDSHIP,
COMMERCE, AND NAVIGATION,

*Between the United States of America and the Peru-
Bolivian Confederation.*

THE United States of America and the Peru-Bolivian Confederation, desiring to make firm and permanent the peace and friendship which happily subsists between them, have resolved to fix, in a clear, distinct and positive manner, the rules which shall, in future, be religiously observed between the one and the other, by means of a treaty, or general convention of peace, friendship, commerce, and navigation.

For this desirable purpose, the President of the United States of America has conferred full powers on Samuel Larned, Chargé d'Affaires of the said States, near the Government of Peru; and the Supreme Protector of the north and south Peruvian States, President of the Republic of Bolivia, endowed with the direction of the foreign relations of the Peru-Bolivian Confederation, has conferred like powers on John Garcia del Rio, Minister of State in the Department of Finance



# Consulate of Morocco

Nevada state republic
Sadie Renee El, Consul
C/o 5370 East Craig Road, #2173, Las Vegas, Nevada Republic

ATTACHMENT 6
(2 pages)



Date Issued: October 19, 2020
Re: Case Number: J – 20 – 351056 – P1

## WRIT OF HABEAS CORPUS AD SUBJICIENDUM
### International Document

Consulate of Morocco, Nevada state republic, to wit:

To: Tim Burch, (acting as) Administrator, and / or assign
CLARK COUNTY FAMILY SERVICES (Inc.)
701 North Pecos Road
Las Vegas, Nevada [Near. 89101]

Joe Lombardo, Sheriff for CLARK COUNTY, Nevada

Greetings:

YOU ARE HEREBY COMMANDED to forthwith produce the body of our
Moorish American National Ase Divine El who is being unlawfully held hostage for profit on
the information of ASE DIVINE KELLOGG THARP, DOB: 08/08/2019, [Race: Black],
under the custody of acting Administrator Tim Burch at the CLARK COUNTY FAMILY
SERVICES (Inc.) located at 701 N Pecos Road, Las Vegas, Nevada, to be brought before the
undersigned Consul officer Sade Renee El at the aforesaid location for immediate release
without condition or delay in accordance with the decision below.

Sade Renee El

Sade Renee El, Consul [judicial officer]
Consulate of Morocco, Nevada state republic
All Rights Reserved.

1

... it further ORDERED that all and sundry peace officers have the obligation to uphold and support the Constitution for the United States Republic of North America under Article VI, clause 2, as well as the provisions of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire under Articles 6 and 20, as shown in the attached affidavit [Exhibit: A];

It is further ORDERED that there shall be no cause for delay in the execution of this writ. See stare decisis law in *Kolovrat v. Oregon, 366 U. S. 187, 194, 81 S.Ct. 922 (1961)*, which the Supreme Court of the United States decided the following:

> *"A state cannot refuse to give foreign nationals their treaty rights because of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities. Under the supremacy clause of the United States Constitution Art. VI, clause 2, state policies ... must give way to overriding federal treaties and conflicting arrangements."*

SO ORDERED, Sui Juris

Sade Renee El

Sade Renee El, Consul [Judicial Officer]
Consulate of Morocco, Georgia state republic
All Rights Reserved.

2



ACT 725740 LOC 634033 BT 101929 $35.00 35DOLLARS AND N0 CENTS

\* 1 9 1 7 0 8 2 2 2 0 2 \*

MONEY ORDER

TO: JOE LOMBARDO



For your financial service needs, visit our website at wu.com

Western Union Financial Services, Inc. Money Order Tracing/Refund Request

ATTACHMENT 6A   (1 page)

08/29/2020 02:42:09
G7497H

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**CLARK COUNTY DETENTION CENTER**

PAGE: 01 OF 01
CRPTRAN
11.2.1.1

*Denationalization* → **NOM** **DESUERE**

| ID# : 2008520141 | NAME: KELLOGG-THARP, SADE | ADMIT DATE: 08/29/2020 |

*DEFACTO*

**PROPERTY DETAILS**

| TYPE | DESCRIPTION | CONDITION | MAKE | SERIAL # | QUANTITY | STATUS |
|------|-------------|-----------|------|----------|----------|--------|
| PROPERTY $ | K-172 | USED | | | 1 | Stored |
| NECKLACE | YM | USED | | | 1 | Stored |
| EARING | YM WB | USED | | | 1 | Stored |
| BRACELET | YM WB | USED | | | 1 | Stored |
| BRACELET | YM | USED | | | 1 | Stored |
| NECKLACE | 7 MULTI-COLOR | USED | | | 7 | Stored |
| SHIRT | PNK SPORT BRA | USED | | | | Stored |
| SHORTS | WHT | USED | | | | Stored |

*CORPORATION DEAD IN LAW*

*NO CONTRACT* *Jesus* *(unable)* *Z-06*

DATE: 08/29/2020   OFFICER: 1382 G7497H

I acknowledge that my personal property and/or cash has been properly recorded and receipted

| ID# : 2008520141 | NAME : KELLOGG-THARP, SADE |

**PROPERTY LOCATIONS**

| TYPE | DESCRIPTION | DATE/TIME | ACTION | FACILITY | LOCATION | PERSON | AGENCY |
|------|-------------|-----------|--------|----------|----------|--------|--------|
| PROPERTY # | K-172 | 08/29/2020 02:42:09 | Stored | LVMPD | LVMPD-PRM-K-K172 | | |
| NECKLACE | YM | 08/29/2020 02:42:09 | Stored | LVMPD | LVMPD-PRM-K-K172 | | |
| EARING | YM WB | 08/29/2020 02:42:09 | Stored | LVMPD | LVMPD-PRM-K-K172 | | |
| BRACELET | YM WB | 08/29/2020 02:42:09 | Stored | LVMPD | LVMPD-PRM-K-K172 | | |
| BRACELET | YM | 08/29/2020 02:42:09 | Stored | LVMPD | LVMPD-PRM-K-K172 | | |
| NECKLACE | 7 MULTI-COLOR | 08/29/2020 02:42:09 | Stored | LVMPD | LVMPD-PRM-K-K172 | | |
| SHIRT | PNK SPORT BRA | 08/29/2020 02:42:09 | Stored | LVMPD | LVMPD-PRM-K-K172 | | |
| SHORTS | WHT | 08/29/2020 02:42:09 | Stored | LVMPD | LVMPD-PRM-K-K172 | | |

*CHECK THE BODY CAMERA*

*X PANTIES*

**KELLOGG-THARP, SADE**
ID#:   0008520141
BKG#:  2000027575

**LVMPD-PRM-K-K172**

*NO SHOES*
*POLICY ENFORCERS*
*STRIPPED*

1008398 PROP

*NO CLOTHES*
*POLICY ENFORCERS STRIPPED*

*Sade Renee El*

*[handwritten top:] ALL OF THEM LIARS!*

*[handwritten left margin, vertical:] KAREN WHO CALLED "FAKE" CALLER*

*[handwritten left margin:] WHO MAKED THEY?*

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## IMPAIRED DRIVING REPORT

Event Number: LLV200000110570
I.D. Number: 5520141

On 08-28-201 Officer S. Guerra P#15260 along with my FTO T. Anderson 16220, while operating as marked patrol unit 3B12 were dispatched to a suspicious vehicle call at 1664 E. Charleston Blvd. Las Vegas, NV 89104.

*[handwritten:] precumptive*

Details of the call stated that there was a parked white sedan, bearing NV license plate 931J58, that was still running with the drivers door open in the Albertsons shopping center parking lot. Witnesses stated that there was a black female adult passed out at the wheel. They attempted to wake her up multiple times and she was not responsive. Once she did wake up she attempted to drive away multiple times, being stopped by security. The female would fall in and out of compliance while attempting to leave.

*[handwritten right margin:] Black is dead in law Denatina*

*[handwritten:] ALL LIES !!!*

Upon arrival I observed the white sedan improperly parked in the parking lot with the keys still in the ignition.

**PERSONAL CONTACT** - Articulate the reasonable suspicion or Probable Cause to have the driver exit the vehicle. This also includes any indications of the class, including signs and symptoms of impairment, admissions of drug and alcohol and/or controlled use, odors, and how they exited the vehicle. Document if the vehicle is moving or not, location of the keys and the position the driver is seated. You can document your observations on the bumper or exiting the vehicle, prior to administering field sobriety tests. (DOCUMENT ALL OBSERVATION DOCUMENTED IN THIS SECTION) Explain what other events you obtained from your investigation.

Upon approaching the vehicle, I made contact with the female who was later identified as Sade Kellogg (DOB 02-01-1988)

*[handwritten:] LIAR !*  *[handwritten:] 7/1/1986 Sade, Rende, El, car*

The car was off with the keys in the ignition. Kellogg was sitting in the driver seat. Upon speaking with Kellogg I immediately noticed her eyes were bloodshot red and glazed over. Kellogg's speech was noticeably slurred. I can also smell the odor of an alcoholic beverage coming from Kellogg's breath. I then asked Kellogg to exit the vehicle upon doing so she stumbled nearly falling over. On the ground on the drivers side of the vehicle there appears to be vomit that came from Kellogg.

*[handwritten:] ALL LIES*

**PRE ARREST SCREENING** - Articulate the results of the field sobriety tests and other information that assisted in the decision to arrest for DUI and/or additional charges. This would include signs, clues, and/or the number of clues per test, statements, refusals heard at the stop or on the scene, any statements made during the process of taking the person into custody, enroute to the jail, at the hospital, or during the booking process.

Kellogg failed the standardized field sobriety test. Kellogg displayed lack of smooth pursuit in both eyes, distinct and sustained nystagmus at maximum deviation, and nystagmus onset before 45 degrees.

*[handwritten:] ÷ LIES*

Kellogg was not able to properly follow directions for the walk and turn test or for the one leg stand test. For the walk and turn test she prematurely started the test, and could not keep her balance during instruction. Kellogg did not take proper heel to toe steps, with none of the heel to toe steps touching. Kellogg stepped off of the line with every step, would use her arms for balance and took 27 steps in both directions instead of the 9 that were instructed and was unable to complete a proper turn.

*[handwritten:] — LIAR*

For the one leg stand test Kellogg would sway while balancing, use her arms for balance, hopped and put her foot down multiple times during the test.

*[handwritten:] LIES*

In the vehicle there was an 4 empty aluminums of what appeared to be tequila 50 ml and an empty marijuana container.

In the back seat Kellogg's baby, Ava (DOB 08-02-2018) was in a child restraint device, not properly secured in it, and the device was not fastened at all in the backseat. Baby Ava did not have a diaper on and had a soiled diaper with feces next to her by her face area.

*[handwritten large:] FRAUD*

*[handwritten bottom:] document full of LIES!*

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# IMPAIRED DRIVING REPORT

Event Number:   LLV2006001166V9
I.D. Number:   6620141

Wherefore this Declarant prays that the Honorable Magistrate find probable cause exists to hold the above named person for trial on such charge(s).

S. Guerra P# 182897, Anderson P# 18226
Print Name and P#

Dated this   28TH   Day of   June   , 2020

Signature of Arresting Officer

Signature of Supervisor/P#/Date Approved

M Gmail      ATTACHMENT 8.      Sade Renee El <sade.kellogg@gmail.com>
                                    (3 pages)

**Federal Lawsuit/ harrasment/ threat...duress**

3 messages

Sadaye El <sade.kellogg@gmail.com>                               Fri, Aug 14, 2020 at 3:45 PM
To: Nicholas Eason <Nicholas.Eason@clarkcountynv.gov>, Nick Petsas <NPETSAS@lacsn.org>, Payal Patel
<PAYAL.PATEL@clarkcountynv.gov>, Michelle Pelino <Michelle.pelino@clarkcountynv.gov>, Sha'Londa Adams
<Sha'Londa.Adams@clarkcountynv.gov>

Nick Eason (doing business as) is still harassing me because I have refused his advances...1 day from me
released from unlawful kidnapping, he came to my apartment after we had court over the phone on a
unscheduled impromptu visit to my apartment. Nick Eason showed up as if we were friends. I explained to
him I had just gotten out of shower and in my weary moments he attempted to be my friend and made
advancements on me which I denied.

In this gross attempt to defame my character, Nick Eason has has expertly added definitions and codes
without factual statements, firsthand knowledge or attached report of this mental or physical abuse. His
beliefs and lack of first hand knowledge are just hearsay.

Trinsey v Pagliaro, D.C Pa. 1964,229 F. Supp 647. "Statements of counsel in brief or in argument are not
facts before the court and are therefore insufficient for a motion to dismiss or summary judgment".

DFS has refused after many attempts to provide me with said reports in regards to neglect and abuse.
They are denying me due process and abusing there authority in order to keep there funding agenda.
Department of Family Services for profit non governmential private cooperation.

Nick Eason continues to violate my rights under United State codes 18usc 241; 242.

**UNITED STATES CODE**
**TITLE 18 – CRIMES AND CRIMINAL PROCEDURE**
**PART I - CRIMES**
**CHAPTER 13 – CIVIL RIGHTS**
§ 241: Conspiracy against rights

If two or more persons conspire to injure, oppress, threaten, or intimidate any inhabitant of any State,
Territory, or District in the free exercise or enjoyment of any right or privilege secured to him by the
Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or
hinder his free exercise or enjoyment of any right or privilege so secured -

They shall be fined not more than $10,000 or imprisoned not more than ten years, or both; and if death
results, they shall be subject to imprisonment for any term of years or for life.

:§ 242: Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000 or imprisoned not more than one year, or both; and if bodily injury results shall be fined under this title or imprisoned not more than ten years, or both; and if death results shall be subject to imprisonment for any term of years or for life.

I have never abused or neglected my child. This case was Reassigned to Michelle Pelino 7/22/2020 and Nick Eason has his own motives which does not fit his job description. This is an attempt to continuous harassment because I denied his advances. In light of these actions I am going to seek a restraining order against Nick Eason. I fear for my childs safety and my safety.

Virus-free. www.avast.com

**3 attachments**

harrass..obsessed Eason.docx
15K

Affidavit.pdf
152K

Violation Warning.pdf
21K

Sade Renee El <sade.kellogg@gmail.com>

[Quoted text hidden]

**3 attachments**



Sade Renee El <sade.kellogg@gmail.com>

[Quoted text hidden]

**3 attachments**



Affidavit.pdf
152K

Violation Warning.pdf
21K



Sade Renee El <sade.kellogg@gmail.com>

---

## LAWFUL WARNING... AFFIDAVIT OF FACT

3 messages

*Emailed* ✓

Sade Renee <sade.kellogg@gmail.com>
To: Nicholas Eason <Nicholas.Eason@clarkcountynv.gov>, evanst@clarkcountynv.gov

Mon, Jul 13, 2020 at 10:22 AM

*Filed with Clerk of Court 8/27/2020*

Clark County
Department of Family Services
121 S.Martin Luther King Blvd
Las Vegas, Nevada 89106

# Affidavit Of Fact

## "Writ In The Nature of Discovery" / Lawful Warning / Notice"

Ministerial Offices and Officers and Agencies, and Agents for the Agency, Administrations and Administrators, and Departments, namely, Clark County Department of Family Services, do not have the judicial power or authority to compel authority over the people.

Unless, there exist a contract between the party or parties, at the <u>will of the party or parties</u>, of which contract must be existing by free, prior and informed consent. Said contract must bear my signature, must not contain any adhesions, must not be done under threat, duress or coercion, must be clear, concise and specific, and must not be construed to deny any of my retained and reserved Rights.

Questions arise as to the type of Administration /Tribunal and or Court and Officers / Employees of same and their or the lawful jurisdiction and Delegation of Authority of Clark County Department of Family Services, over the people. The Administration / Court / Tribunal must be in possession of it, and must produce it as proof in order for (any) to have validity of 'judgements' prior or intended. Family Administrations, Family Courts / Tribunals and Services or Agencies and agents of the agency, are NOT granted judicial authority by the Legislature.

<u>Substantive Point of Right #1:</u>
"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities." *Burns v. Sup. Ct., SF, 140 Cal. 1.*

Failure to produce said delegated authority is proof that the Agency / Court / Tribunal, namely Clark County Department of Family Services is attempting to bring injury to the people, namely SADE RENEE EL and ASE DIVINE EL and deprive our liberties and commit human trafficking and genocide upon my family.

Inferior Court: This term may denote any court subordinate to the chief appellate tribunal in the particular judicial system (e.g. trial court); but it is also commonly used as the designation of a court of special, limited, or statutory jurisdiction, whose record must <u>show the existence and attaching of jurisdiction in any given case, in order to give presumptive validity to its judgment.</u>

## Writ In The Nature Of Discovery

Therefore, the following questions are placed before this Administration / Court / Tribunal, Clark County Department of Family Services seeking Full Disclosure, of which, MUST be lawfully responded to in kind AND ALL points of Inquiry MUST be answered.

1. Does a contract exist between SADE RENEE EL and Clark County Department of Family Services bearing my signature?

2. If such contract does exist, produce it for the record.

3. If such a contract exists, provide proof that said contract acts as a waiver of my Right To Privacy and to my right to be left alone, which is protected under the 4th amendment of the American Constitution FOR the United States of America, wherein my rights are secured and protected from encroachment.

   Substantive Point of Right #3:
   "Waivers of Constitutional Rights, not only must they be voluntary, they must be knowingly intelligent acts done with sufficient awareness." Brady v. U.S., 397 U.S. 742, 748.

   Substantive Point of Right #4:
   "Right of privacy is a personal right designed to protect a person from unwanted disclosure of personal information." CNA Financial Corporation v Local 743, 515 F. Supp.942.

4. You must provide substantial and lawful, binding proof that I consented and granted you Clark County Department of Family Services and the Eighth Judicial District Court Family Division-Juvenile Clark County Nevada Rights over my Child, which supercede mine as a Mother. Being aboriginal and indigenous, I have the 'Individual and Collective Right' to Live in Freedom, Peace and Security as a Distinct People, and a 'Right' to the full guarantees against Genocide or any other 'Acts of Violence', including the Removal of Indigenous Children From Their Families and Communities Under Any Pretext. In addition I have the Individual Right to Life, Physical and Mental Integrity, Liberty and Security of Person. See Universal Declaration of the 'Rights Of Indigenous People'; Part II; Article 6. As well, any state government, Agency, Agent for the Agency NICHOLAS EASON, THANDIWE MARTIN-BERNAL, and TISHA EVANS, CANNOT determine what is best for me or my child:

   Substantive Point of Right #5:

   Under The United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the state does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. Mugler v. Kansas 123 US 623, 659 -- 60:

5. Request for Averment of Jurisdiction: Please produce, for the Record, the Delegation of Authority for this Court/Tribunal, Eighth Judicial District Court Family Division-Juvenile Clark County Nevada, pursuant to Article III, Sec.1 and 2 of United States Republic Constitution, of which all Courts derive their Judicial Authority, thereby indicating their 'Right of Action' to not only probe, pry, which violates ones' right to privacy; but also their Right of Action to adjudicate over the people, if any exist.

## Caveat

Further, I state for the record, I have not entered into, nor do I wish to enter into any contracts knowingly, willingly, intentionally or unintentionally, with NICHOLAS EASON,

Whereas, when no contract exist there is no obligation. In Order for an obligation to exist a contract MUST exist and it must not have adhesions, must be concise and cannot be an unconscionable contract that violates substantive Rights of the People, less it is Void Ab Initio.

*and;*

Whereas, Any Demand to compel me to act or perform, must be a Lawful demand.
*and;*

Whereas, this Court/Tribunal is acting under Statutes, <u>which are not Law</u>. Any applicable Law must be produced for the record; no statute(s) can violate the Rights secured by the People in the Supreme Law, the American Constitution FOR the United States of America, established to protect the Rights of the People, of which every state, state constitution, state court, charter, sub-charter, chapter, sub-chapter, association, agency, agent for the agency, entity, corporation, et al, must abide by and cannot abrogate, namely, NICHOLAS EASON and Clark County Department of Family Service (See Article VI of the American Constitution).

### Substantive Point of Right #6:

When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially". <u>Thompson v. Smith</u>, 154 SE 583.

*and;*

Whereas, the Tribunal Eighth Judicial District Court Family Division -- Juvenile Clark County, Nevada is acting outside of its statutory limitations and violating the Laws, committing fraud, genocide, collusion and Treason, which is highly penal, and attempting to enforce under a non-existing or Void contract, and / or by statute, giving no validity or jurisdiction to any judgment conferred upon this matter.

### Substantive Point of Right #7:

"If the court is not in the exercise of its general jurisdiction, but of some special statutory jurisdiction, it is as to such proceeding an inferior court, and not aided by presumption in favor of jurisdiction." <u>Smith's Leading Cases</u>, 816.

Therefore, failure to address ALL of the issues raised herein equates in law as to have addressed NONE of them and will serve as a waiver for any claims you are attempting to assert over me and /or my family.

Therefore, I am allotting 7 (seven) days for a corresponding Affidavit signed by the Respondent under penalty of perjury. Failure to do so, lawfully places your administration in Default and in violation as follows:

Should your administration attempt to proceed with this matter by way of Threat, Duress and Coercion, without responding to this Writ, and without Due Process of Law, which is afforded to ALL, it constitutes a violation of the fourth amendment, secured by the constitution, as well as a violation of Title 18 U.S.C., Section 241: <u>Conspiracy Against Rights</u>, Title 18 U.S.C., Section 242: <u>Deprivation of Rights Under Color of Law</u>.

## Lawful Notice and Warning

You will be prosecuted at the full extent of the law, as both <u>criminal and civil</u> charges will be filed on All agents and principals involved, in both their private and professional capacity, for their collusion in depriving the rights of the people and committing Fraud, Treason and Genocide against the people and against their oath bound obligations and fiduciary duties.

### Substantive Point of Right #8:

"Officers of the court have no immunity, when violating a Constitutional right, from liability. For they are deemed to know the law." Owen v. Independence, 100 S.C.T. 1398, 445 US 622.

**Substantive Point of Right #2:**

"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."  Norton v. Shelby County, 118 U.S. 425

**Notice to Agent is Notice to Principal, Notice To Principal is Notice To Agent!**

- This Document has been Emailed and Mailed to the Following:

- NICHOLAS EASON
  (Senior Family Service Specialist)

- THANDIWE MARTIN-BERNAL
  (His Supervisor)
Yolanda King
(County Manager)

- TISHA EVANS
  (Thandiwe's Supervisor)

- STEVE SISOLAK
  (Governor of State of Nevada)

- Barbara Cegavske
  ( Secretary of State ) (note: secretary for all the union states- HILARY CLINTON's Office)

- INTERPOL

- UNITED NATIONS WORLD COURT

---

Sade Renee <sade.kellogg@gmail.com>                                    Mon, Jul 13, 2020 at 10:31 AM
To: Thandiwe Martin-Bernal <martinti@clarkcountynv.gov>

  [Quoted text hidden]

---

Sade Renee <sade.kellogg@gmail.com>
To: ████████████████████

  [Quoted text hidden]

Michelle Pelino <Michelle.Pelino@clarkcountynv.gov>    Wed, Nov 18, 2020 at 4:11 PM
To: Sadaye El <sade.kellogg@gmail.com>

Click https://zoom.us/j/8734598123?pwd=ak1yODRwYkFvZ1puSG9iTHZKYW6dz09 to start or join a scheduled Zoom meeting.

ATTACHMENT 9    (4 pages)

Sent from my T-Mobile 4G LTE Device
[Quoted text hidden]

Sadaye El <sade.kellogg@gmail.com>    Wed, Nov 18, 2020 at 4:18 PM
To: Michelle Pelino <Michelle.Pelino@clarkcountynv.gov>, Sha'Londa Adams <Sha'Londa.Adams@clarkcountynv.gov>.

im curious to why you didnt send the zoom link via email.

Why are you texting me?

Also are you familiar with zoom it took you over 7 minutes to open the room.

[Quoted text hidden]

Sadaye El <sade.kellogg@gmail.com>    Wed, Nov 18, 2020 at 4:36 PM
To: Michelle Pelino <Michelle.Pelino@clarkcountynv.gov>, Sha'Londa Adams <Sha'Londa.Adams@clarkcountynv.gov>,
Payal Patel <PAYAL.PATEL@clarkcountynv.gov>, Nick Petsas <NPETSAS@lacsn.org>

Michelle,

You need to provide Consular Notification any time you detain a foreign national.

Why did you terminate my video call today?

I recorded the whole 2 minute video and I just reviewed it and I need to know what gave you the authority to terminate?

Also why did you text me the link not only is that unprofessional but just overall stupid.

And then I have recorded you taking over 7 minutes to start the meeting. The incompetence you display is unacceptable.

You seem to be upset, mad and angry which normally happens when people know they are wrong and out of order.

Would you like to set a different time today for the video call ?

Sade Renee El (all rights reserved)

On Tue, Nov 10, 2020 at 1:01 PM Michelle Pelino <Michelle.Pelino@clarkcountynv.gov> wrote:
[Quoted text hidden]

Due to threat, duress and coercion I have set up a Zoom account and you would need to send a link.

Again I demand the immediate return of my offspring.

***Kolograiv v. Oregon***
***A state cannot refuse to give foreign nationals their treaty rights because of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities. Under supremacy clause of the United States Constitution Art. 6 clause 2, state policies to the the rights of aliens to inherit must give way to overriding federal treaties and conflicting arrangements.***

[Quoted text hidden]

___

4 attachments

📄 E file Treaty of Peace Library Congress Edition (1).pdf
1477K

📄 Efile Affadavit for Writ Habeas Corpus Ad Subjiciendum.pdf
923K

📄 DOS Consular Notification Access Manual 6th Ed.pdf
9441K

📄 E File Writ of Habeas Corpus Ad Subjiciendum (2).pdf
568K

___

**Michelle Pelino <Michelle.Pelino@clarkcountynv.gov>**                          Tue, Nov 17, 2020 at 4:20 PM
To: Sadaye El <sade.kellogg@gmail.com>
Cc: Sha'Londa Adams <Sha'Londa.Adams@clarkcountynv.gov>

Good Afternoon,

Thank you for getting back to me regarding the Zoom visits. I will be sending out a link every Wednesday to your phone, and at 2pm you will click on it. This will open up the Zoom visit.

[Quoted text hidden]

___

**Sadaye El <sade.kellogg@gmail.com>**                          Tue, Nov 17, 2020 at 6:03 PM
To: Michelle Pelino <Michelle.Pelino@clarkcountynv.gov>
Cc: Sha'Londa Adams <Sha'Londa.Adams@clarkcountynv.gov>

Thank you for responding to my email... Acknowledging and Binding yourself to the treaty violation. It makes it easier for me to go after your bond. I appreciate your admittance.

I look forward to speaking with my daughter tomorrow and I look forward to pursuing my suit with you and your agents and actors. Again my penalty is 1,000,000 a day.

You never answered my questions???
if you are not competent enough you should really seek out legal advice for stateless persons as yourself because I'm going after every individual personally which includes your family.

This is going public and I'm grateful you continue to admit the fraud.

Also just to be clear I'm demanding the immediate return of my offspring, who is protected by treaty. We are FOREIGN NATIONALS...

Sade Renee El all rights reserved

[Quoted text hidden]

___

 **Gmail**          Sade Renee El <sade.kellogg@gmail.com>

## Visits
**9 messages**

**Michelle Pelino <Michelle.Pelino@clarkcountynv.gov>**       Tue, Nov 10, 2020 at 3:01 PM
To: Sadaye El <sade.kellogg@gmail.com>
Cc: Sha'Londa Adams <Sha'Londa.Adams@clarkcountynv.gov>

Good Afternoon Sade,

As per the last email I stated that we can do the visits on Mondays, however, I do apologize, I am unable to do Mondays. We will do them as you have been doing them on Wednesdays at 2pm via zoom. Due to this Wednesday being a holiday that the county observes, there will be no visit, however, this will begin on 11-18-2020 at 2pm. Please let me know if you have any questions.


Thank you.


Michelle Pelino

Family Service Specialist

Michelle.pelino@clarkcountynv.gov

702-455-8062(office)

702-591-0810 (cell)

2900 North Torrey Pines Drive

Las Vegas NV 89108


*** Due to the COVID-19 disrupting our work routine, I will be working remotely. The best way to get in contact with me is through email, text and/or communication through my work cell phone.


My office hours are Tuesday through Friday 8:00AM to 4:00 PM with every other Monday off.


**Sadaye El <sade.kellogg@gmail.com>**       Tue, Nov 10, 2020 at 5:01 PM
To: Michelle Pelino <Michelle.Pelino@clarkcountynv.gov>
Cc: Sha'Londa Adams <Sha'Londa.Adams@clarkcountynv.gov>


Michelle,

M Gmail                    ATTACHMENT           Sade Renee El <sade.kellogg@gmail.com>
                              9A

## Foster Care Sade Renee El

1 message

Sadaye El <sade.kellogg@gmail.com>                                    Wed, Sep 30, 2020 at 2:23 PM
To: Sha'Londa Adams <Sha'Londa.Adams@clarkcountynv.gov>, Michelle Pelino <Michelle.pelino@clarkcountynv.gov>
Cc: Nick Petsas <NPETSAS@laosn.org>, Payal Patel <PAYAL_PATEL@clarkcountynv.gov>

Michelle, Shalonda.

Greetings,

I left both you ladies a voicemail earlier in regards to D'Errica Perryman. She is a licensed foster in California, she just
moved to Henderson a few weeks ago and is willing to go through getting credentials transferred to Las Vegas.

It is better for the babys best interest considering the ICPC process would take up to 6 months for transfer and my current
domicile is in Las Vegas so my visits would not be convenient.

Currently I only get to see my baby 1 time a week in person for 1 hour. Skype visits are 2 times a week for 15 mins. I
heard the visit center has opened back therefore more time should be provided.

Ase Divine El (all rights reserved) is almost 14 months. She needs more in person bonding time with her natural mother. It
is also best for the baby and crucially important for her to be around people of her culture.

D'Errica Perryman can be reached at 415 966-7980.
She is expecting a call from you and will verify she is comfortable with the fingerprinting process background check and
meeting with you in person.

Sade Renee El (all rights reserved)

 **Gmail**          ATTACHMENT                    Sade Renee El <sade.kellogg@gmail.com>

**(no subject)**          9.B
2 messages

Sadaye El <sade.kellogg@gmail.com>
To: Sha'Londa Adams <Sha'Londa.Adams@clarkcountynv.gov>, Michelle Palino <Michelle.palino@clarkcountynv.gov>, Payal    Fri, Oct 2, 2020 at 4:26 PM
Patel <PAYAL_PATEL@clarkcountynv.gov>; Nick Petsas <NPETSAS@lacsn.org>; derricap1990@yahoo.com

Greetings,

Shakunda

Per our conversation earlier you said Derrica Perryman cant take my baby because you said (despite what I told you) she
is not a fictive kin.
under NRS 424 as consanguinity. Meaning we come from the same ancestors. Again my daughter is currently being
spiritually MOLESTED because it is against my religion to have men change baby girls diapers and baby girls sitting on a
mans lap. Again this is trauma to my daughter. Its also sexually exploitation. My daughter needs to be transferred out
immediately. I am stating Natural Law. I am telling you it is not Natural Law for me or my family to sit on men's lap. I am
telling you again that is spiritual MOLESTATION.

So can you email me and explain to me why Derrica Perryman cant take my baby since she does in fact fall under NRS
424?

NRS  424.090  Exemption from certain provisions of chapter.
    1.  The provisions of NRS 424.020 to 424.090, inclusive, do not apply to homes in which:
    (a)  Care is provided only for a neighbor's or friend's child on an irregular or occasional basis for a brief period, not to exceed
90 days.
    (b)  Care is provided by the legal guardian.
    (c)  Care is provided for an exchange student.
    (d)  Care is provided to enable a child to take advantage of educational facilities that are not available in his or her home
community.
    (e)  Any child or children are received, cared for and maintained pending completion of proceedings for adoption of such child
or children, except as otherwise provided in regulations adopted by the Division.
    (f)  Except as otherwise provided in regulations adopted by the Division, care is voluntarily provided to a minor child who is
related to the caregiver by blood, adoption or marriage.
    (g)  Care is provided to a minor child who is in the custody of an agency which provides child welfare services pursuant
to chapter 432B of NRS or a juvenile court pursuant to title 5 of NRS if:
        (1)  The caregiver is related to the child within the fifth degree of consanguinity or a fictive kin; and
        (2)  The caregiver is not licensed pursuant to the provisions of NRS 424.020 to 424.090, inclusive.
    2.  As used in this section, "fictive kin" means a person who is not related by blood to a child but has a significant emotional
and positive relationship with the child.
    [Part 5:185:1939; 1931 NCL § 1061.04] — (NRS A 1961, 739; 1973, 243; 1993, 74; 1995, 1769; 1999, 897; 2001
Special Session, 28; 2009, 515; 2011, 1361, 1776, 3546; 2013, 1451; 2015, 3844; 2017, 21)


# consanguinity
*noun*

- 1. the fact of being descended from the same ancestor

SRE.JPG
33K

## M Gmail

# ATTACHMENT 9C

Sade Renee El <sade.kellogg@gmail.com>

**,why are trying to you cancelling my visit 5.28.21 ase divine el**

4 messages

Sade Renee El <sade.kellogg@gmail.com>                                        Thu, May 27, 2021 at 3:53 PM
To: Michelle Polino <Michelle.polino@clarkcountynv.gov>, Stephanie Richter@clarkcountynv.gov, SheriLonda Adams <SheriLonda.Adams@clarkcountynv.gov>, Payal Patel <PAYAL_PATEL@clarkcountynv.gov>, Nick Potess <NPETSAS@lacsn.org>

Michelle,

,I have visits Wednesdays and Fridays due to threat and duress.

I only have 30 minute visits 1 hour weekly I see my child.
Not only is this injustice its in humane.

You don't have children so you cant imagine the pain and stress I go through on a daily basis missing my child. Having a child ripped from your arms and not being able to see them its truly heart wrenching. Not only would I never hurt my child, I never ever want to be without her. My daughter is my number one priority how could you be so cruel.

Why do you cancel visits hours before they start? I clear out my whole days Wednesdays and Fridays. You broke my heart again yesterday. Why are you trying to deny my bond with my child.

Also my next visit is 5/28/2021 not June 1st.

Why are you trying to cancel my visit for 5/28/2021. What's the problem?

Again I have attempted ARBITRATION several times. Why have you Sinned against me???

Matthew 18

5 "If your brother sins against you, go and tell him his fault, between you and him alone. If he listens to you, you have gained your brother. 16 But if he does not listen, take one or two others along with you, that every charge may be established by the evidence of two or three witnesses. 17 If he refuses to listen to them, tell it to the church. And if he refuses to listen even to the church, let him be to you as a Gentile and a tax collector. 18 Truly, I say to you, whatever you bind on earth shall be bound in heaven, and whatever you loose on earth shall be loosed[f] in heaven. 19 Again I say to you, if two of you agree on earth about anything they ask, it will be done for them by my Father in heaven. 20 For where two or three are gathered in my name, there am I among them."

Again I have a Resolution. Immediately return my Property Ase Divine El known to you as ASE KELLOGG THARP.

sade renee el (in proper persona)
all rights reserved
*****************************************************************
THIS EMAIL TRANSMISSION IS INTENDED FOR THE EXCLUSIVE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED, AND MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION THAT IS COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT (18 USC §§ 2510-2521). IF YOU ARE NOT THE INTENDED RECIPIENT OR AGENT RESPONSIBLE TO DELIVER THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR; PLEASE NOTIFY BY EMAIL AND DELETE THE ORIGINAL MESSAGE.

ALL RIGHTS RESERVED.

This private email message, and any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is for the sole use of the intended recipient and contains privileged and/or confidential information. To all public servants, including but not limited to Federal, State, or Local corporate government(s): I accept your oath of office as your firm and binding contract between you and me, one of the People, whereby you have promised to serve, protect, and defend me, guarantee all of my unalienable rights, and defend the Constitution for the united States of America. Any/all political, private, or public entities, International, Federal, State, or Local corporate government(s), private International Organization(s), Municipality(ies), Corporate agent(s), informant(s), Investigator(s) et. al., and/or third party(ies) working in collusion by monitoring My (this email) email(s), and any other means of communication without My express written permission are barred from any review, use, disclosure, or distribution. With explicit reservation of all My rights, without prejudice and without recourse to any of My rights. Any omission does not constitute a waiver of any and/or all intellectual property rights or reserved rights.

ATTACHMENT 10



Electronically Filed
10/21/2021 3:22 PM
Steven D. Grierson
CLERK OF THE COURT




# THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
### *Northwest Amexem / Northwest Africa / North America.*
### 'The North Gate'.
### Societas Republicae Ea Al Maurikanos.
### Aboriginal and Indigenous Natural Peoples of the Land.
### The true and de jure Al Moroccans / Americans

**For The Record, To Be Read Into The Record**
**Notice to Agent is Notice to Principal -- Notice to Principal is Notice to Agent.**

## Affidavit of Fact
## COMPLAINT DYDIA GARCIA

October 21, 2021

On October 13th 2021 my child and I was Harassed, Threatened, Mocked, Accused, Tormented Tortured, and SEXUALLY HARRASED by agent DYDIA GARCIA. As my child and I were interacting with toys she aggressively walked over accusing me of having a electronic device. She began to yell and attempted to sexually abuse me trying to touch my bra. I pushed her hand away. She then requested I take off my bra in the open play area with over 15 parents and children watching me get gang raped. I was appalled at her request. Not only is that indecent exposure its rape, public humiliation child endangerment to the facility on top of many other criminal and civil offenses. I'm sure DYDIA GARCIA would not ask a man to take of his pants and show her his underwear. I refused to take of my bra and my baby was snatched away to a locked room. DYDIA GARCIA traumatized my child yelling and requesting inhumane request in front of my daughter. She has a very aggressive demeanor. She then said my visit was cancelled out of retaliation because I wouldn't take off and show her my bra. DYDIA GARCIA weighs to me around 700 pounds. After my daughter was snatched away she continued to stand over me as I packed up my toys to leave. I felt very threatened and fearful she may attack me. She continued to make very unprofessional degrading and demeaning statements. She displayed mental illness, lack of emotional control and narcissism. I myself have been a office manager over 12 years in San Francisco Financial District I have ever seen such a animal display of incompetence, unprofessionalism and sexual request. DYDIA GARCIA needs to be immediately audited and fired.

Sade renee el sui juris all rights reserved
In proper persona

ATTACHMENT 10A

HENDERSON POLICE DEPARTMENT
-CASE INFORMATION

# M Gmail

## ATTACHMENT 10B

Sade Renee El <sade.kellogg@gmail.com>

## COMPLAINT-DYDIA GARCIA
2 messages

**Sade Renee El** <sade.kellogg@gmail.com>                                                     Thu, Oct 21, 2021 at 6:12 PM
To: ccmgr@clarkcountynv.gov, Sha'Londa Adams <Sha'Londa.Adams@clarkcountynv.gov>, Nick Petsas
<NPETSAS@lacsn.org>, Payal Patel <PAYAL.PATEL@clarkcountynv.gov>, Stephanie.Richter@clarkcountynv.gov,
Stephanie.Richter@clarkcountyda.com, Michelle Pelino <Michelle.pelino@clarkcountynv.gov>, Tisa Evans
<evanst@clarkcountynv.gov>

Please see attachment

NOTICE: This is a private electronic communication; read the information below before taking any
action within this private e-mail message as the contents are under strict disciplinarian guidelines.
NOTICE TO AGENT is NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO A-GENT. ALL
RIGHTS RESERVED (U.C.C.)
Tampering with PRIVATE communications and information is a serious crime that can lead to an
indictment. Any omission does not constitute a waiver of any and/or all Intellectual Property rights,
CONTENTS and/or Reserved Rights. All Rights Reserved. UCC § 1-207, UCC § 1-308; "All Rights Reserved
- Without Prejudice - Without Recourse"

This PRIVATE Document and its CONTENTS are exempt from the monitoring and the collection of data.
ALL THE CONTENTS OF THIS DOCUMENT- IS FOR THE PRIVATE USE ONLY.

DO NOT TRESPASS: This email disclaimer is an EXPRESSED and an ADHESION contract to all users
and receivers to its attachments and the text in the body of this message.

sade renee el in proper persona sui juris

 Virus-free. www.avast.com

**2 attachments**

📄 **Complaint Form Fillable GARCIA.pdf**
479K

📄 **Garcia Complaint FILED 10.21.pdf**
126K

**Sade Renee El** <sade.kellogg@gmail.com>                                                     Thu, Oct 21, 2021 at 6:20 PM
To: T El <latetah2@gmail.com>

[Quoted text hidden]

**2 attachments**

📄 **Complaint Form Fillable GARCIA.pdf**
479K

📄 **Garcia Complaint FILED 10.21.pdf**
126K

# M Gmail

## ATTACHMENT 11

Sade Renee El <sade.kellogg@gmail.com>

---

**ase divine el**
1 message

---

Sade Renee El <sade.kellogg@gmail.com>                                      Thu, Sep 2, 2021 at 3:46 PM
To: Sha'Londa Adams <Sha'Londa.Adams@clarkcountynv.gov>, Stephanie.Richter@clarkcountynv.gov, Nick Petaas
<NPETSAS@lacsn.org>, Michelle Pelino <Michelle.pelino@clarkcountynv.gov>

Greetings,

Since the kidnapping of my offspring/property I have been unable to see ase divine el.

I demand to see my child.

Due to force and duress when can you set up in person visits???

For the record we are not in contract I do not consent to any contracts, I never did, if any exist they are null and void. I just
want to see my baby its been over 6 months.


Visits for Ase was supposed to start on Saturday, August 29th from 9am to 10am at the South Visit Center. You canceled
my visit and have thus far not informed me why.

again... For the record we are not in contract I do not consent to any contracts, I never did, if any exist they are null and
void.

As I continue to remind you all ignorance of the law is no excuse and this is a violation of my human rights which you will
be prosecuted for no immunity.

My parental rights have not been terminated not only do I demand the immediate return of my child again I demand to
see her.


sade renee el in proper persona sui juris all rights reserved
**I am the sovereinge living justice sade renee  el in capitus dimiutio.**
**The claimants herein I only have pecuniary wages and have been illegally taxed, harassed,**
**for her wages are not that of commodities or excised but sweat equity only.**

NOTICE: This is a private electronic communication; read the information below before taking any
action within this private e-mail message as the contents are under strict disciplinarian guidelines.
NOTICE TO A-GENT is NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO A-GENT. ALL
RIGHTS RESERVED (U.C.C.)
Tampering with PRIVATE communications and information is a serious crime that can lead to an
indictment. Any omission does not constitute a waiver of any and/or all Intellectual Property rights,
CONTENTS and/or Reserved Rights. All Rights Reserved. UCC § 1-207, UCC § 1-308; "All Rights Reserved
- Without Prejudice - Without Recourse"

This PRIVATE Document and its CONTENTS are exempt from the monitoring and the collection of data.
ALL THE CONTENTS OF THIS DOCUMENT- IS FOR THE PRIVATE USE ONLY.

DO NOT TRESPASS: This email disclaimer is an EXPRESSED and an ADHESION contract to all users
and receivers to its attachments and the text in the body of this message. ALL Items, Hieroglyphics,
Symbols, Markings, Photo's, Audio and Sound, Video, Letters, in this E-MAIL and in any Attachments
(herein considered "CONTENTS") are sent under PRIVATE Contract and International Copyright and
are the exclusive property of the sender. (Void where prohibited by Law.) See also: http://www.ftc.gov/
privacy/glbact/glbsub1.htmGramm-Leach-BlileyAct; 15 USC §§ 6801-6809

STEVEN D. GRIERSON/CLERK OF COUNTY
STATE OF NEVADA
LAS VEGAS METROPOLITAN POLICE/S. GUERRA #18286     (3 pages)
NICHOLAS EASON, MICHELLE PELINO, PAYA PATEL     9/11/2020
STEVEN B. WOLFSON, SANDY SHIP, DISTRICT ATTORNEY     FAMILY SERVICES
NICK PETAS
ADRIANA RINCON WHITE HEARING MASTER
EIGHTH JUDICIAL COURT

## ADMINISTRATIVE ORDER. AFFADAVIT/WRIT
### ESHEAT

A notice to the agent is a notice to the principle;
A notice to the principal is a notice to the agent -
You are presented with Escheat Writ of
I respectfully ask that you as well as your subjects
refer to me by my Dejure appellation Sade Renee El
in all correspondence going forward so that
absolutely no assumption or mistake is made
regarding jurisdiction for I Am Sovereign National;
and therefore I overstand what you understand.
Now in regards to and in this said in relation
to my offspring Ase Divine El to whom you
and your subjects refer to as a child and that
she is not, therefore going forward it is
established that all correspondence with you
and your subjects is to be done in writs, due
to the fact and findings that your request
for a physical apperance in which you refer to
as a "summons" is nothing short of
Dolus Dans Locum contract for I am the
being standing or my domicile. You have
requested for a special apperance and this
is it. For the record please present to me
your nationality card as well as your
delegation of Authority order and include

PAGE 1/2

Sisolak

the certified numbers to the **United States Republic** or said agency where their authority can be verified for public record. Otherwise if you are making any claim please introduce evidence before the people of my own nationality peers, according to **National and International Law** and see if its validated by the People; the they will decide if something goes along with this or not. Otherwise im not making any claims, counter claims or pleas one way or another. I refer you to the **North America Republic** constitution for the **United States Article 2, Article 3 section 2, Article 6 supremacy clause**. Now that this is addressed and established My offspring **Ace Divine El** to whom is in the slight care of you and your subjects custody is to be returned to me upon receipt of this writ unharmed, tainted in any shape or form in all relines **unmolested**. I further more **command** that all transactions, transcripts including but not limited to the handeling of funds used, healthcare and service provided along with the locations to all persons involved in all cases, as well as the names of whom signed off on the act that authorize such matters listed in writs you abide and is considered to be treason and therefore Charged with **Talmudic**. It IS **ORDERED**!!!

By. Sade Renee El

All Rights Reserved




# THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
# LEGAL NOTICE!
## NAME DECLARATION, CORRECTION
## PROCLAMATION AND PUBLICATION

I, Sade Renee El, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

I, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, SADE KELLOGG THARP, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America -- acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record. I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am: Sade Renee El, 'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
(Zodiac Constitution and Birthrights of the Moorish-Americans) being Ali, Bey, El, Dey and Al); Article two (2), Paragraph two (2).

2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
Moorish American Credentials: AA 222141- TRUTH A-1

3. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State

4. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).

5. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES).

6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

Wherefore, I, Sade Renee El, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

I Am:    Sade Renee El

Case 2:21-cv-01910-CDS-DJA   Document 13   Filed 03/22/22   Page 126 of 133

Electronically Filed
11/10/2021 1:53 PM Steven D. Grierson CLERK OF THE COURT ce. Notice to Eighth Judicial Family Court Las Vegas/District Attorneys Office Las Vegas/ Secretary of State Las Vegas/ Governor of Nevada/ Joe Lombardo Sheriff Las Vegas/ Child Family Services Las Vegas/ Joe Biden President United States

**Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent**

**Affidavit of Fact / Immediate Demand to Return the Child ase divine el**

**Re: J-20-351056-P1 EIGHTH JUDICAL COURT LAS VEGAS**

**CHILD FAMILY SERVICES LAS VEGAS**

November 10.2021

I sade renee el in proper persona sui juris, one of the people as seen in (Article 1 Section 20 of the Nevada Constitution), am giving you due notice that you may give due care.

Please take notice that the Nevada Constitution prohibits the take of life, liberty or property without due process of law (please see the constitutional provisions below):

**Nevada Constitution Article 1 Section 8 (2):**

Due Process of Law

"No person shall be deprived of life, liberty, or property without due process of law."

1.

Please take further notice that the Legislature has no power to write statues to go against the rights of the people! Nevada Legislature doesn't have the power granted to them in the constitution to remove a child from a parent with no jury of their peers and Eighth Judicial Family Court Las Vegas, Stephanie A Charter nor the Legislature can give Child Family Service Las Vegas Inc. the authority to separate a child from their parents against the objection of parents. Please see the following authorities showing these facts:

1. Nevada Constitution Article 1 Section 20 "This enumeration of rights shall not be construed to impair or deny others retained by the people."

2. Where rights secured by the Constitution are involved , there can be no rule making or legislation which would abrogate them. Miranda v Arizona

3. Nevada Constitution Article 1 Section 3. "The right of trial by jury shall be secure to all and remain inviolate forever…" "Simmons v. United States, 390 U.S 377 (1968) "The claim and exercise of a Constitution right cannot be converted into a crime"… "a denial of them would be a denial of due process of law". We have long recognized the US Constitution Fifth Amendment's Due Process Clause, "No person shall be held to answer for a capitol, or other infamous crime, unless on a presentment or indictment of a Grand Jury."

4. The liberty interest of a parents care, custody, and control of their children is perhaps the oldest of the fundamental liberty interests recognized by Courts! More than 75 years ago, in Meyer v. Nebraska, 262 U.S. 390, 399, 401 (1923) we held that the "liberty" protected by the Due Process Clause includes the right of parents to "establish a home and bring up children" and "to control the education of their own." Two years later, in Pierce v. Society of Sisters, 268 U.S. 510, 534—535 (1925), we again held that the "liberty of parents and guardians" includes the right "to direct the upbringing and education of children under their control." We explained in Pierce that "the child is not the mere creature of the State; those who nurture him and direct his destiny have the right, coupled with the high duty, to recognize and prepare him for additional obligations." Id., at 535. We returned to the subject in Prince v. Massachusetts, 321 U.S. 158 (1944), and again confirmed that there is a constitutional dimension to the right of parents to direct the upbringing of their children. "It is cardinal with us that the custody, care and nurture of the child reside first in the parents, whose primary function and freedom include

2.

preparation for obligations the state can neither supply nor hinder." Id., at 166!
[Emphasis by Highlight Added]

5. Social Security Act 1935 (1101 (6)(d) (CFS creation Law) (d) Nothing in this
Act shall be construed as authorizing any Federal official, agent, or
representative, in carrying out any of the provisions of this Act, to take charge
of any child over the objection of either of the parents of such child, or of the
person standing in loco parentis to such child. [Emphasis by Highlight Added]

Please take further notice that the liberty interest of a Mother and their child is not
allowed to be interfered with by a state or agency or agents/actors in a partnership.
Your agreement for title IV with CFS Las Vegas also gives you a gross conflict of
interest as an agency and makes you have unclean hands. Here the Supreme Court
tells you the State Government can't interfere with these rights and can't provide what
parents can, yet you seem to feel empowered to be able to take a child with NO
JURY, which is mandatory based on the Nevada Constitution, before removing any
Liberty as shown in the Authorities above. As you are government/agency/corporation
/Private Entity, for profit it is my wish, demand, and requirement that you provide me
with the constitutional grants of authority that give you power to take children from
parents, preventing their care, custody and control. If you can produce these
Constitutional provisions, please send them to the above address, by affidavit, sworn
under penalty of perjury, within 3 days or you agree by acquiescence that you are
committing a crime against the rights of the people, knowingly committing trespasses
while being paid and conspiring against the people, and shall be considered as one
breaking the law with knowledge and partaking in an attack against the people!

Please take further notice that: any attempt to take a child or separate any child
without the judgement of a jury that has found some harm as an entity being involved
with CFS under title IV programs and other similar programs will be considered as a
trespass against the people.

Please take further notice that the people are now preparing to create Constitutional
Initiatives to prosecute actors and government workers, acting in Administrative
programs, outside of Government controlled grand juries and with a jury set outside of
government control as the people have been made aware of the financial benefit from
the programs being used to take children and receive administrative funding and other
such funds. If you ignore the will of the people after this notice, you will receive
multiple affidavits documenting your actions. As a Trustee or Board member, I, as
one of the people, am putting you on notice that your Trust or entity is believed to be
used for Nefarious Acts and harming the people. I pray, in the name of Jesus Christ,
that this notice reaches you in peace, good fortune and blessings and that your heart

3.

will be moved to do the righteous thing as the time for godly correction and
restoration is at hand.

I also demand the immediate return of the child ase divine el.

sade renee el in proper person sui juris all

rights reserved ucc 1-207 ucc 1-308

4.

Appellation: Sade Renee El, all rights reserved
Mailing Location:c/o 9308 South Chicago ave 491
Chicago, IL [60617]
Telephone: 4156842289
Email Address: sade.kellogg@gmail.com
IN PROPER PERSONA SUI JURIS

## UNITED STATES DISTRICT COURT

| | |
|---|---|
| Sade renee el in proper persona sui juris, arr Petitioner | CASE NO.: 2:21-CV-01910-APG-DJA |
| vs. STEPHANIE RICHTER, CHILD FAMILY SERVICES, ET AL., | |
| Defendants | |

## CERTIFICATE OF MAILING

I, Sade Renee El in proper persona sui juris declare under penalty of perjury under the law of the State of Nevada that the following is true and correct. That on service of the:

(☒ *check all that apply*)

☐ Motion        ☒ Answer        ☐ Financial Disclosure Form
☐ Opposition    ☐ Reply         ☐ Notice of Entry of Judgment / Order /
☒ Decree  Other: Amended Complaint      ☒ Mailing Location Confirmation

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

### 333 Las Vegas Boulevard S.
### Las Vegas, NV 89101

7017 3040 0000 7393 9779

Dated 06/03/2022

By: Sade renee el    all rights reserved

ATTACHMENT 666 (9 pages)

# Oath of Office

STATE OF NEVADA
COUNTY OF CLARK } SS:

I, ___Stephanie Charter___, do solemnly swear (or affirm) that I will support,
Protect, and defend the constitution and government of the United States, and the constitution and
government of the State of Nevada, against all enemies, whether domestic or foreign, and that I
will bear true faith, allegiance, and loyalty to the same, any ordinance, resolution, or law of any
state notwithstanding, and that I will well and faithfully perform all the duties of the office of

___District Court Judge, Family Division, Department Y___

on which I am about to enter; (if an oath) so help me God; (if an affirmation) under pains and
penalties of perjury.

_____ (Signature)

Subscribed and sworn to before me this

4th day of _Janury_, 2021

_____ (Signature)

_Frank P. Sullivan_ (Printed Name on Notary Seal)

_District Court Judge_
FRANK P. SULL...

**RECEIVED**

**JAN 07 2021**

**COUNTY CLERK** RCC 11/16/2020 item#3

**FILED**

OCT 18 2016

by ~~Thi by~~
CLERK

## OATH OF OFFICE

STATE OF NEVADA }
                  } SS:
COUNTY OF CLARK  }

I, *Beth I. Rosenblum, Esq.*, do solemnly swear that I will support, protect, and defend the Constitution and Government of the United States, and the Constitution and Government of the State of Nevada, against all enemies, whether domestic or foreign, and that I will bear true faith, allegiance, and loyalty to the same, any ordinance, resolution, or law of any state notwithstanding, and that I will well and faithfully perform all the duties of the office of *Domestic Violence Hearing Master*, on which I am about to enter, so help me God.

*Beth I. Rule*

Beth I. Rosenblum, ESQ.

**FRAUD CFS LAWYER**

Dated this 17 day of December, 2014.

State of Nevada
County of Clark
Signed and Sworn to before me on
this 17th December, 2014

*Rebecca Barboza*

REBECCA BARBOZA
Notary Public State of Nevada
No. 02-07014-1
My Appt. Exp. July 13, 2016

Return to:
Regional Justice Center, 200 Lewis Ave., Las Vegas, NV  89155-25th Attn: Court Administration

2

## OATH OF OFFICE

STATE OF NEVADA      )
                     )   SS:
COUNTY OF CLARK      )

I, Adriana R. White, do solemnly swear that I will support, protect, and defend the Constitution and Government of the United States, and the Constitution and Government of the State of Nevada, against all enemies, whether domestic or foreign, and that I will bear true faith, allegiance, and loyalty to the same, any ordinance, resolution, or law of any state notwithstanding, and that I will well and faithfully perform all the duties of the office of Hearing Master on which I am about to enter, so help me God.

Person Adopting Oath
Adriana R. White

Dated this 11ᵗʰ day of Jan , 2017

Presiding Judge Bryce C. Duckworth
Oath Administrator

Return to:
Regional Justice Center, 200 Lewis Ave., Las Vegas, NV  89155-2311; Attn:  Court Administration

RECEIVED

MAR 2 9 2019

COUNTY CLERK

3

# *Oath of Office*

**STATE OF NEVADA** }
**COUNTY OF CLARK** } **SS:**

I, ___ Belinda T. "BTH" Harris ___, do solemnly swear (or affirm) that I will support, Protect, and defend the constitution and government of the United States, and the constitution and government of the State of Nevada, against all enemies, whether domestic or foreign, and that I will bear true faith, allegiance, and loyalty to the same, any ordinance, resolution, or law of any state notwithstanding, and that I will well and faithfully perform all the duties of the office of

                    Justice of the Peace, N. Las Vegas Township, Department

**3**
_____

on which I am about to enter; (if an oath) so help me God; (if an affirmation) under pains and penalties of perjury.

_____ (Signature)

FRAUD
DEPT

Subscribed and sworn to before me this

4th day of January, 2021

_____ (Signature)

Abbi Silver Justice of the
Nevada Supreme Court
Nv # 3813

MAGISTRATE

4

RCC 11/16/2020 Rev# 2

Inst #: 20210106-0002105
Fees: $0.00
01/06/2021 12:22:20 PM
Receipt #: 4053575
Requestor:
JUSTICE COURT NORTH LAS V
Recorded By: MAKNY   Pgs: 2
**Debbie Conway**
**CLARK COUNTY RECORDER**
Src: MAIL
Ofc: MAIN OFFICE

**RECORDING COVER PAGE**
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

APN# _____

_____

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

**TITLE OF DOCUMENT**
(DO NOT Abbreviate)

OATH OF OFFICE [ Belinda T. Harris_____

_____

_____

Document Title on cover page must appear EXACTLY as the first page of the
document to be recorded.

RECORDING REQUESTED BY:

TERRI MARCH, COURT ADMINISTRATOR

RETURN TO: Name TERRI MARCH, NORTH LAS VEGAS JUSTICE COURT

Address 2428 N MARTIN L KING BLVD

City/State/Zip NORTH LAS VEGAS, NV 89032

MAIL TAX STATEMENT TO:  (Applicable to documents transferring real property)

Name_____

Address_____

City/State/Zip_____

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly—do not use page scaling.



# Oath of Office

STATE OF NEVADA )
                 ) ss.
COUNTY OF CLARK )

I, STEVEN B. WOLFSON, do solemnly swear (or affirm) that I will support, protect, and defend the constitution and government of the United States, and the constitution and government of the State of Nevada, against all enemies, whether domestic or foreign, and that I will bear true faith, allegiance, and loyalty to the same, any ordinance, resolution, or law of any state notwithstanding, and that I will well and faithfully perform all the duties of the office of

### CLARK COUNTY DISTRICT ATTORNEY

on which I am about to enter; (if an oath) so help me God; (if an affirmation) under pains and penalties of perjury.

Subscribed and sworn to before me this

21st day of February, 2012

(Signature)

Michael A Cherry
(Printed Name or Notary Seal)

Assoc Chief Justice
Nevada Supreme Court

RECEIVED

FEB 2 3 2012

COUNTY CLERK

6

Inst #: 20160801-0001201
Fees: $3.00
RC Fee: $0.00
08/01/2016 01:12:59 PM
Receipt #: 2853303
Requestor:
SHERIFF CLARK COUNTY
Recorded By: NEVECON   Pgs: 1
DEBBIE CONWAY
CLARK COUNTY RECORDER

**REINSTATEMENT OF**
**OATH OF OFFICE**

STATE OF NEVADA                    )
                                   )  ss.
COUNTY OF CLARK                    )

    I, JOSEPH LOMBARDO, the duly elected, qualified and acting Sheriff in and for the County of Clark, State of Nevada, do hereby reinstate the appointment of

**Clint Owenby**

    This REINSTATEMENT OF OATH OF OFFICE, effective March 21, 2016, is recorded for the purposes of reversing the recordation of a document entitled "REVOCATION", said document having been recorded on July 21, 2014, in Book 20140721 as Instrument #0002303, in records of the Clark County Recorder.

    IN WITNESS THEREOF, I have hereunto set my hand this ___17th___ day of ___August___, 2016.

_____
JOSEPH LOMBARDO, SHERIFF

SUBSCRIBED AND SWORN to before me on this 17th day of August, 2016.

_____
NOTARY PUBLIC
CLARK COUNTY, NEVADA

RETURN TO:    Las Vegas Metropolitan Police Department
    ATTN: Labor Relations
    400 South Martin Luther King Blvd
    Las Vegas NV 89106

RECORDER'S NOTE:
NOTARY STAMP/SEAL IS VISIBLE,
HOWEVER IT IS FRAGMENTED AND
MAY NOT BE REPRODUCIBLE



**RECORDING COVER PAGE**
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

Inst #: 201208280009094
Fees: $9.00
N/C Fee: $0.00
08/28/2012 03:22:21 AM
Receipt #: 132999
Requestor:
SHERIFF CLARK COUNTY
Recorded By: JACKSM    Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN#_____

_____

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

### TITLE OF DOCUMENT
### (DO NOT Abbreviate)

OATH OF OFFICE
_____
_____

Document Title on cover page must appear EXACTLY as the first page of the
document to be recorded.

**RECORDING REQUESTED BY:**

SHERIFFS OFFICE (CIVIL)

**RETURN TO: Name**   LT RICK FORBUS

**Address**   330 CASINO CENTER (CCDC)

**City/State/Zip**   L.V. NV. 89155

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

**Name**_____

**Address**_____

**City/State/Zip**_____

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly--do not use page scaling.

8

# Oath of Office

State of Nevada )
                )  SSs
County of Clark )

I **Joseph Lombardo** do solemnly swear (or affirm) that I will support, Protect and

defend the Constitution and Government of the United States, and the Constitution and

Government of the State of Nevada, against all enemies, whether domestic or foreign, and that I

will bear true faith, allegiance and loyalty to the same, any ordinance, resolution or law of any

State notwithstanding; and that I will well and faithfully perform all the duties of the **Deputy**

**Sheriff** on which I am about to enter, (if an oath) so help me God, (if an affirmation) under the

pains and penalties of perjury.

_____
Signature of Principal

Subscribed and sworn before me on this day

____26____ day of ____September____, 2012

Diana Alba, County Clerk                                    (Seal)

By:_____
Keri Miller                    Deputy Clerk



q