Appellation: Sade Renee El in proper persona
C/O: 9308 South Choicago ave 491
Chicago Illinois Republic [60617]
Telephone: 415 684 2289
Email Address: sade.kellogg@gmail.com

☑ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 29 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sade Renee El in proper persona<br>Petitioner,<br><br>Defendant. STEPHANIE ANN CHARTER ET., AL | CASE NO.: 2:21-cv-01910-APG-DJA<br><br>**CERTIFICATE OF SERVICE** |

I, declare under penalty of perjury under the law of the State of Nevada that the following is true and correct. That I served the: *(check all that apply)*

- ☐ Motion          ☒ Answer          ☒ Financial Disclosure Form
- ☐ Opposition      ☐ Reply           ☐ Exhibit Appendix
- ☒ Other: 3rd Amended Complaint

In the following manner: *(check one)*

☒ **Mail:** By depositing a copy in the U.S. Mail, postage prepaid, on
*(date you mailed it)* September 20, 20 22 addressed to:

*(Print the name and address of the person you mailed the document to)*

333 Las Vegas Boulevard South
Las Vegas, NV
89101

☐ **Electronic:** Through the Court's electronic service system on *(date)* _____.

DATED *(today's date)* September 20, 2022
By: *(autograph)* Sade Rena El
*print your appellation)* Sade Renee El



# UNITED STATES POSTAL SERVICE.

**Shipment Confirmation Acceptance Notice**

## A. Mailer Action

**Note To Mailer:** The labels and volume associated to this form online, must match the labeled packages being presented to the USPS® employee with this form.

Shipment Date: 09/20/22

Shipped From:

SADE RENEE EL
9308 S SOUTH CHICAGO AVE # 491
CHICAGO IL 60617-0505

| Type of Mail | Volume |
| --- | --- |
| Priority Mail® | 1 |
| Priority Mail Express™* | 0 |
| International Mail* | 0 |
| First-Class Package Service - Retail™ | 0 |
| Parcel Select® Ground | 0 |
| Other | 0 |
| Total Volume | 1 |

*Start time for products with service guarantees will begin when mail arrives at the local Post Office™ and items receive individual processing and acceptance scans.

## B. USPS Action

**USPS EMPLOYEE:** Please scan upon pickup or receipt of mail. Leave form with customer or in customer's mail receptacle. Employee verifies the package volume count on the Package Pickup Carrier Manifest.
- If the volume on the manifest matches the volume being collected from the customer, the employee should make the 1:YES selection by pressing the number 1 on the keypad of the handheld scanner, or on the keyboard of the POS ONE terminal.
- If the volume on the manifest does not match the volume being collected from the customer, the employee should make the 2:NO selection. The mail should still be collected and dispatched as normal.

**USPS SCAN**

9475 7036 9930 0411 8599 61

PS Form 5630, PSN 7530-08-000-4335, July 5, 2006

United States District District of Nevada 333 Las Vegas Blvd Las Vegas NV

Hola Vegas

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
SEP 29 2022

FILED ENTERED
RECEIVED
COUNSEL/PARTIES OF RECORD
BY: DEPUTY

DELIVER US MARSHALS SERVICE

Shipment Date: 09/28/22
Shipped From:
SADE PEREZ EL
1209 E SOUTH CHICAGO AVE #491
CHICAGO IL 60617-0365