AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Sade Renee El,

          Plaintiff,

v.

Stephanie Ann Charter, et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-001910-CDS-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is in favor of Defendants Stephanie Ann Charter, Steven B. Wolfson, Stephanie Ricther, Eighth Judicial Family Court Las Vegas, S Guerra, P Anderson, Adriana Rincon White, Belinda T. Harris, Nicholas Eason, Michelle Pelino, Joe Lombardo, Beth Rosenblum, Nick Petas, Tisha Evans, Shalonda Adams, Paya Patel, Dydia Garcia, and against Plaintiff Sade Renee El with prejudice.

| | |
|---|---|
| 11/3/2022 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ Y. Williams |
| | Deputy Clerk |